**Fill in this information to Identify the case:**

Debtor Name:   Volunteer Energy Services Inc.

United States Bankruptcy Court for the:   Southern District of Ohio

Case Number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SEQUENT ENERGY MANAGEMENT LLC<br>1200 SMITH STREET<br>SUITE 900<br>HOUSTON, TX  77022-4374 | CONTACT: CURTIS STALLINGS, DIRECTOR, TRADING NORTHEAST<br>PHONE: 832-397-1720<br>CSTALLIN@SEQUENTENERGY.COM | SUPPLIER - GAS | | | | $8,947,467.82 |
| 2 | ECO-ENERGY<br>6100 TOWER CIRCLE<br>SUITE 500<br>FRANKLIN, TN  37067 | CONTACT: JULIE REMKUS, DIRECTOR OF ACCOUNTING<br>PHONE: 615-656-7848<br>NATGASSETTLEMENTS@ECO-ENERGY.COM | SUPPLIER - GAS | | | | $4,154,041.95 |
| 3 | SHELL ENERGY NORTH AMERICA (US) LP<br>1000 MAIN STREET<br>LEVEL 12<br>HOUSTON, TX  77002 | CONTACT: BOB FILIPEK, ORIGINATIONS<br>PHONE: 219-714-2455866-818-5501<br>FAX: 713-265-1701<br>BOB.FILIPEK@SHELL.COM | SUPPLIER - POWER & GAS | | | | $2,486,177.01 |
| 4 | COLUMBIA GAS TRANSMISSION CORP.<br>700 LOUISIANA STREET<br>HOUSTON, TX  15264-1475 | CONTACT: JOHN WHITED, ACCOUNT REP<br>PHONE: 304-357-3423<br>J_WHITED@TCENERGY.COM | PIPELINE/TRANSMISSION | | | | $2,400,000.00 |
| 5 | ARM ENERGY MANAGEMENT, LLC<br>20329 STATE HIGHWAY 249<br>SUITE 450<br>HOUSTON, TX  77070 | CONTACT: CARTER GADDIS, SR. DIRECTOR OF ORIGINATION<br>PHONE: 502-938-6406<br>CARTER.GADDIS@ARMENERGY.COM | SUPPLIER - GAS | | | | $2,216,054.25 |

Debtor: Volunteer Energy Services Inc.            Case Number (if known):

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 6 | BP ENERGY COMPANY<br>501 WESTLAKE PARK BOULEVARD<br>HOUSTON, TX 77079 | CONTACT: PAIGE FRASER, MARKETING & ORIGINATION<br>PHONE: 713-853-5532<br>PAIGE.FRASER@BP.COM | SUPPLIER - GAS | | | | $2,081,720.19 |
| 7 | DTE ENERGY TRADING INC<br>414 SOUTH MAIN<br>SUITE 200<br>ANN ARBOR, MI 48104 | CONTACT: AMY GILLFEATHER<br>PHONE: 734-887-2080<br>DTE_GAS_STTLMTS@DTEENERGY.COM | SUPPLIER - GAS | | | | $2,017,761.43 |
| 8 | SNYDER BROTHERS<br>90 GLADE DRIVE<br>KITTANNING, PA 16201 | CONTACT: NATE HENRY, TRADING<br>PHONE: 724-548-8101<br>NATHAN.HENRY@SNYDERCOS.COM | SUPPLIER - GAS | | | | $1,360,148.75 |
| 9 | CARBONBETTER, LLC<br>2305 EAST CESAR CHAVEZ<br>AUSTIN, TX 78702 | CONTACT: BEN HUFF, TRADER<br>PHONE: 317-333-7281<br>BEN@CARBONBETTER.COM | SUPPLIER - GAS | | | | $575,162.08 |
| 10 | PJM INTERCONNECTION, L.L.C.<br>2750 MONROE BLVD<br>AUDOBON, PA 19403 | CONTACT: HELEN BURNLEY, SR. CLIENT MANAGER<br>PHONE: 610-635-3468<br>HELEN.BURNLEY@PJM.COM | ISO - POWER | | | | $322,295.00 |
| 11 | TREBEL LLC<br>1216 LEXINGTON AVENUE<br>SUITE 301<br>MANSFIELD, OH 44907 | CONTACT: SCOTT BELCASTRO<br>PHONE: (877) 861-2772<br>SUPPORT@TREBELLLC.COM | BROKER | | | | $238,396.12 |
| 12 | AMERICAN ENERGY SERVICES<br>1105 SHROCK ROAD<br>SUITE 602<br>COLUMBUS, OH 43229 | CONTACT: DENISE AMSPOKER<br>PHONE: 614-885-1901<br>AMDMA@SBCGLOBAL.NET | SUPPLIER - GAS (LOCAL) | | | | $198,000.00 |
| 13 | PNC BANK N.A.<br>THE TOWER AT PNC PLAZA<br>300 FIFTH AVENUE<br>PITTSBURGH, PA 15222-2401 | CONTACT: MICHAEL ETIENNE, SENIOR VICE PRESIDENT<br>PHONE: 412-762-4471<br>FAX: 412 768 4369<br>MICHAEL.ETIENNE@PNC.COM | LENDER - PPP LOAN | | | | $173,000.00 |
| 14 | ADAM N GIRARD F/K/A EGC LTD.<br>232 ROCKY FORK DR S<br>COLUMBUS, OH 43230 | CONTACT: ADAM N GIRARD<br>GIRARD.991@GMAIL.COM | BROKER | | | | $125,236.78 |
| 15 | NATALIE GIRARD F/K/A EGC LTD.<br>232 ROCKY FORK DR S<br>COLUMBUS, OH 43230 | CONTACT: NATALIE GIRARD<br>NATALIEGIRARD@YAHOO.COM | BROKER | | | | $125,236.78 |
| 16 | NEXUS GAS TRANSMISSION LLCX (US)<br>5400 WESTHEIMER COURT<br>HOUSTON, TX 77056-5310 | CONTACT: ANDREW MORENO, ACCOUNT REP<br>PHONE: 713-627-5322<br>ANDREW.MORENO@ENBRIDGE.COM | PIPELINE/TRANSMISSION | | | | $120,000.00 |
| 17 | TEXLA ENERGY MANAGEMENT INC.<br>1100 LOUISIANA<br>SUITE 4700<br>HOUSTON, TX 77002 | CONTACT: TYLER MARCUM, TRADING<br>PHONE: 713-655-9900<br>TYLERM@TEXLAENERGY.COM | SUPPLIER - GAS | | | | $118,763.60 |

Debtor: Volunteer Energy Services Inc.  Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | EASTERN GAS TRANSMISSION & STORAGE UNC. (F/K/A DOMINION ENERGY TRANSMISSION, INC.) 925 WHITE OAKES BLVD BRIDGEPORT, WV 26330 | CONTACT: SHARAD MATHUR, CREDIT RISK MGMT. PHONE: 804-212-7414 FAX: 804-771-6753 SHARAD.MATHUR@BHEGTS.COM | PIPELINE/TRANSMISSION | | | | $95,000.00 |
| 19 | PALMER ENERGY COMPANY INC 5577 AIRPORT HIGHWAY TOLEDO, OH 43615 | CONTACT: MARK R. FRYE, PRESIDENT PHONE: (419) 539-9180 FAX: (419) 539-9185 AHOFFMAN@PALMERENERGY.COM | BROKER | | | | $93,967.43 |
| 20 | UTILITY CHOICE INTERNATIONAL 3960 MEDINA ROAD AKRON, OH 44333 | CONTACT: CHRIS THOMPSON PHONE: 941-468-8668 CHRIS@AYTOMIC.COM | BROKER | | | | $83,754.09 |