# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, the undersigned hereby enters an appearance in the above-captioned chapter 11 case (the "Chapter 11 Case") on behalf of PNC Bank, National Association, and requests that copies of all notice and pleadings given or filed in the Chapter 11 Case be given and served upon the following address:

Carrie M. Brosius (0075484)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
Email: cmbrosius@vorys.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions,

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that (i) affects or seeks to affect in any way the rights or interest of any creditor or party in interest in the Chapter 11 Case, with respect to the (a) the above-captioned debtor and debtor in possession (the "Debtor"), (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek or use; or (ii) requires or seeks to require any act, delivery of any property, payment or other conduct by the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after de novo review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHR NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in this case or in any other action are expressly reserved.

Dated: March 28, 2022

Respectfully Submitted,

*/s/ Carrie M. Brosius*
Carrie M. Brosius (0075484)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
Email: cmbrosius@vorys.com

**CERTIFICATE OF SERVICE**

I, Carrie M. Brosius, hereby certify that on March 28, 2022, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was served through the Court's CM/ECF system to all ECF participants registered in this case at the email address registered with the Court.

*/s/ Carrie M. Brosius*
Carrie M. Brosius (0075484)