**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 28, 2022**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| VOLUNTEER ENERGY SERVICES, INC., | Case No. 22-50804 |
| Debtor.[1] | Judge C. Kathryn Preston |

**ORDER SCHEDULING EXPEDITED HEARING ON FIRST DAY MOTIONS AND
APPROVING THE FORM AND MANNER OF NOTICE THEREOF
[RELATED TO DOCKET NO. 39]**

Upon the motion (Doc. No. 39) (the "Motion")[2] of the Debtor for entry of an order (this "Order"): (a) scheduling expedited hearings on the First Day Motions; and (b) approving the

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

form and manner of notice thereof, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference entered in this District; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted as set forth herein.

2. The First Day Motions shall be heard (the "Expedited Hearing") on **March 29, 2022, at 1:30 p.m.,** prevailing Eastern Time at the U.S. Bankruptcy Court for the Southern District of Ohio, Courtroom C, 170 North High Street, Columbus, Ohio 43215.

3. By no later than March 28, 2022, the Debtor shall cause the First Day Motions, a copy of this Order, and the completed Hearing Notice, substantially in the form attached as **Exhibit B** to the Motion, to be served via overnight courier service (such as FedEx) with first available delivery, electronic mail, and/or facsimile upon the following parties:

    a. the U.S. Trustee for the Southern District of Ohio;

    b. the holders of the 20 largest unsecured claims against the Debtor;

    c. the Internal Revenue Service and all other relevant taxing authorities;

      d.      the U.S. Attorney's Office for the Southern District of Ohio;

      e.      PNC Bank, National Association and its counsel;

      f.      the offices of the attorneys general for Ohio, Pennsylvania, Michigan, Kentucky, and West Virginia;

      g.      the Environmental Protection Agency;

      h.      Federal Energy Regulatory Commission;

      i.      the Public Utilities Commission of Ohio, Pennsylvania Public Utilities Commission, Kentucky Public Service Commission, and Michigan Public Service Commission;

      j.      The Federal Energy Regulatory Commission;

      k.      The Utility Companies that provided Utility Services (as such terms are defined in the Utility Motion, Doc. No. 23) to the Debtor as of the Petition Date;

      l.      All suppliers of the Debtor that are in possession of property subject to the lien(s) of PNC; and

      m.      any party that has requested notice pursuant to Bankruptcy Rule 2002.

4.      In addition to the notice requirements provided in the foregoing paragraph 3, the Debtor shall also provide telephone notice of the Expedited Hearing to the following parties:

      a.  Counsel for PNC

      b.  The US Trustee

      c.  All Utility Companies affected by the Utility Motion

5.      The Debtor shall file a Certificate of Service indicating compliance with the notice requirements stated in this Order.

6.      Under the circumstances, service in accordance with paragraphs 3 and 4 of this Order is deemed sufficient and adequate notice of the First Day Motions and the Expedited Hearing and is in full compliance with the applicable provisions of the Bankruptcy Code, the

Bankruptcy Rules, and the Local Rules. The Debtor shall cause a certificate or affidavit of service to be filed that evidences service in compliance with this Order.

7. Parties in interest seeking to oppose the relief requested in one or more of the First Day Motions may do so by (a) filing one or more objection(s) with the Court prior to the Expedited Hearing **and** prosecuting such objection(s) during the Expedited Hearing; or (b) by raising the objection(s) orally in open court at the Expedited Hearing without having filed any prior written objection(s) with the Court.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Copies to: Default List.