# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |

## NOTICE OF EXPEDITED HEARINGS ON
## CERTAIN FIRST DAY MOTIONS AND APPLICATIONS

On March 28, 2022, upon *Debtor's Motion for an Order (I) Scheduling Expedited Hearings on Certain First Day Motions and Applications and (II) Approving the Form and Manner of Notice Thereof* (Doc. No. 39), filed by Volunteer Energy Services, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, the Court entered an order (Doc. No. 41) (the "Hearing Order"), scheduling expedited hearings on the following motions and applications (the "First Day Motions"):

| | |
|---|---|
| 1 | Debtor's Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief (Doc. 15) (the "Case Management Motion") |
| 2 | Debtor's Motion for Entry of Order Designating David Warner as Responsible Person pursuant to Local Bankruptcy Rule 1074-1 and Notice Thereof (Doc. 16) (the "Responsible Person Motion") |
| 3 | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain and Operate Its Existing Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief (Doc. 17) and Exhibit C thereto (Doc. 18) (the "Cash Management Motion") |

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

| | |
|---|---|
| 4 | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Reimbursable Expenses, Benefits, and Related Items and (B) Honor and Continue Certain Prepetition Practices; (II) Authorizing Banks and Other Financial Institutions to Honor Checks and Electronic Transfer Requests Related to the Foregoing; and (III) Granting Related Relief (Doc. 19) (the "Employee Benefits Motion") |
| 5 | Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Its Obligations Under Prepetition Insurance Policies and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage in the Ordinary Course; (II) Authorizing Banks and Other Financial Institutions to Honor Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief (Doc. 20) (the "Insurance Motion") |
| 6 | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief (Doc. 21) (the "Tax Motion") |
| 7 | Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring LLC as Claims and Noticing Agent Effective as of the Petition Date (Doc. 24) (the "Epiq Application") |
| 8 | Debtor's Motion for Entry of an Order (I) Authorizing the Debtors Claims and Noticing Agent to Maintain the Creditor List In Lieu of Filing the Creditor List and Mailing Matrix; and (II) Granting Related Relief (Doc. 28) (the "Creditor Matrix Motion") |
| 9 | Debtor's Amended Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Implement Procedures for Notifying Customers of the Commencement of the Debtor's Case and (II) Granting Related Relief (Doc. 32) (the "Customer Notice Motion") |
| 10 | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to the Postpetition Lender, and (C) Utilize Cash Collateral; (II) Providing Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (Doc. 35) (the "Cash Collateral Motion") |

A.     **Date, Time, and Location:**  Pursuant to the Hearing Order, hearings on the First Day Motions will be held on **March 29**, **2022**, at **1:30 p.m.** (the "Expedited Hearing"), prevailing Eastern Time at the U.S. Bankruptcy Court for the Southern District of Ohio,

Courtroom C, 170 North High Street, Columbus, Ohio 43215.

      **B.**      **Responses and Objections:**  Parties in interest seeking to oppose the relief requested in one or more of the First Day Motions may do so by (a) filing one or more objection(s) with the Court prior to the Expedited Hearing <u>and</u> prosecuting such objection(s) during the Expedited Hearing; or (b) by raising the objection(s) orally in open court at the Expedited Hearing without having filed any prior written objection(s) with the Court.

      **C.**      **Telephonic Appearances:**  Parties wishing to appear at or audit the Expedited Hearing by telephone must arrange to do so through CourtCall, in accordance with the instructions set forth in the *Notice Re: Telephonic Appearance Procedures for Judge C. Kathryn Preston*, available on the Court's webpage at https://www.ohsb.uscourts.gov/judge-preston-policies-and-procedures. Except as may be specifically authorized by the Court, parties appearing telephonically will not be permitted to offer evidence or question witnesses at the Expedited Hearing.

| | |
|---|---|
| Dated: March 28, 2022<br>Columbus, Ohio | Respectfully submitted,<br><br>*/s/ Philip K. Stovall*<br>David M. Whittaker (0019307)<br>Philip K. Stovall (0090916)<br>**ISAAC WILES & BURKHOLDER, LLC**<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215-5098<br>Tel:    (614) 221-2121<br>Fax:    (614) 365-9516<br>Email: dwhittaker@isaacwiles.com<br>           pstovall@isaacwiles.com<br><br>*- and -*<br><br>Darren Azman (*pro hac vice* pending)<br>Natalie Rowles (*pro hac vice* pending)<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel:    (212) 547-5400<br>Fax:    (212) 547-5444<br>Email   dazman@mwe.com<br>           nrowles@mwe.com<br><br>*Proposed Counsel to the Debtor* |