# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOLUNTEER ENERGY SERVICES, INC., | ) ) | Case No. 22-50804 |
| Debtor.[1] | ) ) ) | Judge C. Kathryn Preston |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 29, 2022, AT 1:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE C. KATHRYN PRESTON IN COURTROOM C AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF OHIO, LOCATED AT 170 NORTH HIGH STREET, COLUMBUS, OHIO 43215**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Chapter 11 Petition [Doc. 1, filed March 25, 2022]

2. Notice of Election as a Complex Chapter 11 Case [Doc. 8, filed March 25, 2022]

3. Declaration of David Warner in Support of Chapter 11 Petition [Doc. 26, filed March 26, 2022]

## First Day Matters

4. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to the Postpetition Lender, and (C) Utilize Cash Collateral; (II) Providing Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Doc. 35, filed March 28, 2022] ("DIP Motion" or "Cash Collateral Motion")

    A. Declaration of Thomas Buck In Support the DIP Motion [Doc. 42, filed March 28, 2022]

        **Status:** This matter is going forward with respect to an interim order.

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

5. Debtor's Motion for Entry of Order Designating David Warner as Responsible Person pursuant to Local Bankruptcy Rule 1074-1 and Notice Thereof [Doc. 16, filed March 25, 2022] ("Responsible Person Motion")

   **Status:**     This matter is going forward.

6. Debtor's Amended Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Implement Procedures for Notifying Customers of the Commencement of the Debtor's Case and (II) Granting Related Relief [Doc. 32, filed March 28, 2022] ("Customer Notice Motion")

   **Status:**     This matter is going forward.

7. Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring LLC as Claims and Noticing Agent Effective as of the Petition Date [Doc. 24, filed March 26, 2022] ("Epiq Application")

   **Status:**     This matter is going forward.

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain and Operate Its Existing Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docs. 17 and 18, filed March 26, 2022] ("Cash Management Motion")

   **Status:**     This matter is going forward with respect to an interim order.

9. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Doc. 21, filed March 26, 2022] ("Tax Motion")

   **Status:**     This matter is going forward with respect to an interim order.

10. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Reimbursable Expenses, Benefits, and Related Items and (B) Honor and Continue Certain Prepetition Practices; (II) Authorizing Banks and Other Financial Institutions to Honor Checks and Electronic Transfer Requests Related to the Foregoing; and (III) Granting Related Relief [Doc. 19, filed March 26, 2022] ("Employee Benefits Motion")

    **Status:**     This matter is going forward with respect to an interim order.

11.     Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Its Obligations Under Prepetition Insurance Policies and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage in the Ordinary Course; (II) Authorizing Banks and Other Financial Institutions to Honor Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Doc. 20, filed March 26, 2022] ("Insurance Motion")

        **Status:**    This matter is going forward.

12.     Debtor's Motion for Entry of Interim and Final Orders (I) Approving Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving Proposed Procedures for Resolving Adequate Assurance Requests, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Doc. 23, filed March 26, 2022] ("Utilities Motion")

        **Status:**    The Debtor is withdrawing the Utilities Motion from being considered on an expedited basis. This matter will not be going forward.

13.     Debtor's Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Doc. 15, filed March 25, 2022] ("Case Management Motion")

        **Status:**    This matter is going forward.

14.     Debtor's Motion for Entry of an Order (I) Authorizing the Debtors Claims and Noticing Agent to Maintain the Creditor List In Lieu of Filing the Creditor List and Mailing Matrix; and (II) Granting Related Relief [Doc. 28, filed March 27, 2022] ("Creditor Matrix Motion")

        **Status:**    This matter is going forward.

**Additional Matter**

15.     Debtor's Motion for Entry of an Order (A) Scheduling an Expedited Hearing on Debtor's Motion for Entry of an Order Authorizing the Debtor to (I) Cause the Transition of Customers to Default Service or Another Retail Energy Provider and (II) Waive Termination Fees Associated with Customers that Switch to Other Retail Providers; and (B) Approving the Form and Manner of Notice Thereof [Doc. 45, filed March 28, 2022]

        **Status:**    The Debtor plans to address this matter with the Court. The motion does not request substantive relief.

Dated: March 28, 2022
      Columbus, Ohio

Respectfully submitted,

<u>/s/ Philip K. Stovall</u>
David M. Whittaker (0019307)
Philip K. Stovall (0090916)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Tel:   (614) 221-2121
Fax:   (614) 365-9516
Email: dwhittaker@isaacwiles.com
        pstovall@isaacwiles.com

- *and* -

Darren Azman (*pro hac vice* pending)
Natalie Rowles (*pro hac vice* pending)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:   (212) 547-5400
Fax:   (212) 547-5444
Email  dazman@mwe.com
       nrowles@mwe.com

*Proposed Counsel to the Debtor*