## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

### DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER
### (I) AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN
### EXECUTORY CONTRACTS EFFECTIVE AS OF THE PETITION DATE; AND
### (II) WAIVING THE REQUIREMENTS OF BANKRUPTCY RULE 6006(f)(6)

> **YOUR RIGHTS MAY BE AFFECTED. This is an omnibus motion pursuant to Rule 6006(f) of the Federal Rules of Bankruptcy Procedure. Parties receiving this motion should locate their names and contracts listed on <u>Schedule 1</u> to the proposed order attached hereto as <u>Exhibit A</u>.**

Volunteer Energy Services, Inc., as debtor and debtor in possession (the "<u>Debtor</u>") in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), hereby submits this motion (the "<u>Motion</u>") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>"), (i) authorizing the Debtor to reject, effective as of the Petition Date (as defined below), the contracts (the "<u>Broker Contracts</u>") identified on **<u>Schedule 1</u>** to the Proposed Order between the Debtor and its Brokers (as defined below); and (ii) waiving the requirement of Bankruptcy Rule 6006(f)(6). As explained further below, the Broker Contracts are agreements that govern the business relationship and the commission-based compensation structure that the Debtor has

---

[1]     The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

with the Brokers. **For the avoidance of doubt, all such agreements, and each and every modification, amendment, and supplement thereto, that the parties identified on <u>Schedule 1</u> to the Proposed Order have with the Debtor are Broker Contracts, as such term is used in this Motion, and which the Debtor is seeking to reject by and through this Motion.**

In support of this Motion, the Debtor relies upon the *Declaration of David Warner in Support of the Chapter 11 Petition and First Day Pleadings* (Doc. 26) (the "<u>First Day Declaration</u>"),[2] filed on March 26, 2022, and respectfully states as follows:

## <u>JURISDICTION AND VENUE</u>

1.      The United States Bankruptcy Court for the Southern District of Ohio (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference entered in this District.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are Bankruptcy Code sections 105(a) and 365 and Bankruptcy Rule 6006.

## <u>BACKGROUND</u>

I.      <u>The Chapter 11 Case</u>

4.      On March 25, 2022 (the "<u>Petition Date</u>"), the Debtor commenced the Chapter 11 Case by filing a petition for relief under chapter 11 of the Bankruptcy Code.

5.      The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

6.      No trustee, examiner, creditors' committee, or other official committee has been appointed in this Chapter 11 Case.

---

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the First Day Declaration.

7.      A description of the Debtor's business operations, capital structure, and circumstances leading to the chapter 11 filing is set forth in the First Day Declaration filed contemporaneously herewith and incorporated herein by reference.

## II.      The Executory Contracts

8.      As set forth in detail in the First Day Declaration, the Debtor is a retail energy supplier and has historically generated a significant portion of its business through a network of hundreds of commission-based independent contractors and agents (the "Brokers"). For the most part, business generated by the Brokers for the Debtor was in the form of municipal aggregation agreements secured by the Brokers, and the resulting participation in such municipal aggregations by residents of the municipality.

9.      The Debtor has an agreement with each of its Brokers that governs the Debtor's and each Broker's business relationship. Under these agreements, the Brokers are generally entitled to be paid a commission based on the amount of gas or electricity sold to the Debtor's customers participating in a municipal aggregation procured by the particular Broker over the life of the municipal aggregation agreement. The Broker Contracts are the particular agreements between the Debtor and the Brokers that the Debtor seeks authority to reject by and through this Motion. The Debtor has determined, in the reasonable exercise of its business judgment, that the Broker Contracts no longer serve any business purpose and are burdensome to the Debtor's bankruptcy estate.

## RELIEF REQUESTED

10.      The Debtor seeks entry of an order, substantially in the form of the Proposed Order attached hereto as **Exhibit A**: (a) authorizing the Debtor to reject the Broker Contracts, and deeming the Broker Contracts rejected, as of the Petition Date; and (b) waiving the

requirements of Bankruptcy Rule 6006(f)(6).

11.    For the reasons set forth herein, the Debtor submits that the relief requested is in the best interests of the Debtor, its estate, creditors, and other parties in interest and therefore should be granted.

## BASIS FOR REQUESTED RELIEF

**I.    Rejection of the Broker Contracts Constitutes a Sound Exercise of the Debtor's Business Judgment.**

12.    Bankruptcy Code section 365(a) provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease." 11 U.S.C. § 365(a). It is well-settled in the Sixth Circuit that where "the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing the performance of the other," a contract is considered executory. *In re Terrell*, 892 F.2d 469, 471 n.2 (6th Cir. 1989) (citation omitted).

13.    Courts routinely approve motions to assume, assume and assign, or reject executory contracts or unexpired leases upon a showing that the debtor's decision to take such action will benefit the debtor's estate and is an exercise of sound business judgment. *Mission Prod. Holdings, Inc. v. Tempnology, LLC*, 139 S. Ct. 1652, 1658 (2019) ("The bankruptcy court will generally approve [the] choice [to assume or reject an executory contract] under the deferential 'business judgment' rule."); *NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523 (1984) (the traditional standard applied by courts to authorize the rejection of an executory contract is that of "business judgment"); *In re Federated Dept. Stores, Inc.*, 131 B.R. 808, 811 (Bankr. S.D. Ohio 1991) ("Courts traditionally have applied the business judgment standard in determining whether to authorize the rejection of executory contracts and unexpired leases."); *In re Structurlite Plastics Corp.*, 86 B.R. 922, 925 (Bankr. S.D. Ohio 1988) (same).

14.     Courts generally will not second-guess a debtor's business judgment concerning the assumption or rejection of an executory contract or unexpired lease unless there is a showing of bad faith or gross abuse of discretion. *See Allied Tech., Inc. v. R.B. Brunemann & Sons, Inc.*, 25 B.R. 484, 495 (Bankr. S.D. Ohio 1982) ("Court approval of a debtor in possession's decision . . . should only be withheld if the debtor's judgment is clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code, and particularly of 11 U.S.C. § 365."); *see also In re Trans World Airlines, Inc.*, 261 B.R. 103, 121 (Bankr. D. Del. 2001) ("A debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim or caprice.") (citation and internal quotation omitted). "Accordingly, the court should not interfere with or second-guess the debtor's sound business judgment unless and until evidence is presented that establishes that the debtor's decision was one taken in bad faith or in gross abuse of its retained business discretion." *In re Wheeling-Pittsburgh Steel Corp.*, 72 B.R. 845, 849 (Bankr. W.D. Pa. 1987).

15.     The "business judgment" test is not a strict standard; it merely requires a showing that either assumption or rejection of the executory contract or unexpired lease will benefit the debtor's estate. *See NLRB v. Bildisco & Bildisco (In re Bildisco)*, 682 F.2d 72, 79 (3d Cir. 1982) (noting that the "usual test for rejection of an executory contract is simply whether rejection would benefit the estate"), *aff'd*, 465 U.S. 513 (1984). Further, "[s]ection 365 enables the trustee to maximize the value of the debtor's estate by assuming executory contracts and unexpired leases that benefit the estate and rejecting those that do not." *L.R.S.C. Co. v. Rickel Home Ctrs., Inc. (In re Rickel Home Ctrs., Inc.)*, 209 F.3d 291, 298 (3d Cir. 2000). Under the business judgment test, the debtor need demonstrate only that the assumption or rejection of the executory contract or unexpired lease will benefit the estate. *See Granada Investments, Inc. v. DWG Corp.*,

823 F.Supp. 448, 454 (N.D. Ohio 1993) ("The business judgment rule presumes that in making a

business decision, actions have been taken on an informed basis, in good faith, and in the honest

belief that the action was taken in the best interests of the company.") (citations omitted); *see*

*Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.*, 83 F.3d 735, 741 (5th Cir. 1996)

(section 365 of the Bankruptcy Code "allows a trustee to relieve the bankruptcy estate of

burdensome agreements which have not been completely performed").

16.     The Debtor, in its sound business judgment, has determined that rejection of the

Broker Contracts is in the best interests of its estate. As set forth in the First Day Declaration, the

purpose of this Chapter 11 Case is to conduct an orderly winddown of the Debtor's business

operations. Thus, the Broker Contracts are no longer necessary for or beneficial to the Debtor or

its estate, and, absent rejection, they may create unnecessary and burdensome expenses for the

Debtor's estate. In addition, the Debtor has determined that no meaningful value would be

realized by the Debtor if the Broker Contracts were assumed and assigned to third parties.

Accordingly, the Broker Contracts should be rejected.

## II.     Rejection as of the Petition Date.

17.     Although Bankruptcy Code section 365 does not specifically address the

retroactive rejection of executory contracts and unexpired leases, numerous courts have

authorized retroactive rejection where principles of equity supported such authorization. *See,*

*e.g.*, *Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.)*, 392 F.3d 1064, 1065–66

(9th Cir. 2004) (affirming bankruptcy court's approval of retroactive rejection); *Thinking Machs.*

*Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.)*, 67 F.3d 1021, 1028 (1st Cir.

1995) (holding that, with respect to lease rejection pursuant to section 365 of the Bankruptcy

Code, "bankruptcy courts may enter retroactive orders of approval, and should do so when the

balance of equities preponderates in favor of such remediation"); *In re Artemis Laser & Vein Center, LLC,* Case No. 14-55300, Docket No. 71 (Bankr. S.D. Ohio Sept. 26, 2014) (ordering that the rejection was effective as of the petition date, which was approximately one month prior to the date the motion was filed).

18.     The balance of equities in this Chapter 11 Case favors authorizing the Debtor to reject the Broker Contracts effective as of the Petition Date. Any postponement of the effective date of rejection of the Broker Contracts may potentially cause the Debtor to incur unnecessary administrative expenses under the Broker Contracts without providing any corresponding benefit to the Debtor's estate. Further, allowing the Debtor to reject the Broker Contracts will not unduly prejudice the contract counterparties to the Broker Contracts because they will receive proper notice of the Motion and the proposed rejection.

**III.     Waiver of the Requirements of Bankruptcy Rule 6006(f)(6) is Appropriate.**

19.     By the Motion, the Debtor seeks to reject 226 Broker Contracts. Bankruptcy Rule 6006(f)(6) requires that an omnibus motion to reject multiple executory contracts or unexpired leases "be limited to no more than 100 executory contracts or unexpired leases." However, the 2007 Advisory Committee Note to Rule 6006 states that "[a]n omnibus motion to assume, assign, or reject multiple executory contracts and unexpired leases must comply with the procedural requirements set forth in subdivision (f) of the rule, unless the court orders otherwise." Thus, courts will waive the requirements of Bankruptcy Rule 6006(f)(6) for cause. *See, e.g.*, *In re Old Carco LLC*, 406 B.R. 180, 207–10 (Bankr. S.D.N.Y. 2009) (citing the advisory committee notes and permitting more than 100 agreements to be rejected through one motion when (i) the rejected agreements were substantially similar, (ii) all of the rejected agreements were subject to a single comprehensive analysis by the debtors, and (iii) all of the

agreements were being rejected and not assigned to the reorganized entity). As the court noted in *Old Carco*, counterparties to the rejected agreements could easily find their names on the list of counterparties, and "it would not have advanced the process by requiring the Debtors to file eight separate motions requesting the same relief." *Id.* at 210.

20.      The Debtor respectfully submits that cause exists to waive the requirements of Bankruptcy Rule 6006(f)(6). First, all of the executory contracts addressed by this Motion are of the same type and purpose—contracts between the Debtor and its Brokers. The Broker Contracts are, in large part, substantially identical to each other.  Second, the Debtor's rationale for rejecting the Broker Contracts, and the legal and factual support for these determinations, apply equally to all Broker Contracts. Third, each Broker will receive a copy of this Motion and the requited notice. Thus, the Debtor submits that the Brokers will receive sufficient and proper notice. In this instance, requiring multiple motions would unnecessarily deplete the bankruptcy estate's and the Court's resources, and would not result in the Brokers receiving better notice.

21.      Under these circumstances, the Debtor submits that the Court should waive the requirements of Bankruptcy Rule 6006(f), thereby permitting the Debtor to seek rejection of all of the Broker Contracts by and through this one Motion. *See* Fed. R. Bankr. P. 6006 advisory committee's note (stating the drafting committee's intent that a court may order exceptions to Fed. R. Bankr. P. 6006(f) for an omnibus motion).

## **MOTION PRACTICE**

22.      This Motion includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated and a discussion of their application to this motion. Accordingly, the Debtor submits that this Motion satisfies Local Rule 9013-1(a).

## RESERVATION OF RIGHTS

23.    Nothing contained herein or any actions taken pursuant to such relief requested is intended or shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtor under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtor's or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion or any order granting the relief requested by this motion or any order granting the relief requested by this motion or a finding that any particular claim is an administrative expense claim or other priority claim; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtor's estate; (g) a waiver or limitation of the Debtor's, or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtor that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in this motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

## NOTICE

24.    The Debtor will provide notice of the Motion to: (a) the United States Trustee; (b) counsel to PNC Bank, National Association; (c) the holders of the 20 largest unsecured claims against the Debtor; (d) all official committees appointed, as of the filing of this Motion, in the Chapter 11 Case and their counsel; (e) the offices of the attorneys general for Ohio, Pennsylvania, Michigan, Kentucky, and West Virginia; (f) the United States Attorney's Office for the Southern District of Ohio; (g) the Internal Revenue Service; (h) the Debtor's state and

local taxing authorities in Ohio, Pennsylvania, Michigan, Kentucky, and West Virginia; (i) the

Public Utilities Commission of Ohio, Pennsylvania Public Utilities Commission, Kentucky

Public Service Commission, and Michigan Public Service Commission; (j) the U.S.

Environmental Protection Agency; (k) the Federal Energy Regulatory Commission; (l) any party

that has requested notice pursuant to Bankruptcy Rule 2002; and (m) the Brokers. The Debtor

submits that, in light of the nature of the relief requested, no other or further notice is required.

### **NO PRIOR REQUEST**

25.     No prior motion for the relief requested herein has been made in this or any other

court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order, substantially in the form of the Proposed Order attached hereto as **Exhibit A**, (i) authorizing the Debtor to reject, effective as of the Petition Date, the Broker Contracts; (ii) waiving the requirements of Bankruptcy Rule 6006(f)(6); and (iii) granting such other and further relief as the Court deems appropriate.

Dated: March 30, 2022
      Columbus, Ohio

Respectfully submitted,

*/s/ Philip K. Stovall*
David M. Whittaker (0019307)
Philip K. Stovall (0090916)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Tel:    (614) 221-2121
Fax:    (614) 365-9516
Email: dwhittaker@isaacwiles.com
       pstovall@isaacwiles.com

*- and –*

Darren Azman (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:    (212) 547-5400
Fax:    (212) 547-5444
Email: dazman@mwe.com
       nrowles@mwe.com

*Proposed Counsel to the Debtor*

## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
|  | ) |  |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
|  | ) |  |

**ORDER (I) AUTHORIZING AND APPROVING THE**
**REJECTION OF CERTAIN EXECUTORY CONTRACTS**
**EFFECTIVE AS OF THE PETITION DATE; AND (II) WAIVING**
**THE <u>REQUIREMENTS OF BANKRUPTCY RULE 6006(f)(6)</u>**
**[RELATED TO DOCKET NO. [__]]**

Upon the motion (Doc. __) (the "<u>Motion</u>")[2] of the Debtor for entry of an order (this

"<u>Order</u>"): (i) authorizing the Debtor to reject, effective as of the Petition Date, the Broker

Contracts; and (ii) waiving the requirements of Bankruptcy Rule 6006(f)(6), all as more fully set

---

[1]     The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

forth in the Motion; and this Court having reviewed the Motion and having heard the statements

in support of the relief requested therein at a hearing before the Court; and upon consideration of

the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334 and the Standing Order of Reference entered in this District; and the

matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this

proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and the Court being able to issue a final order consistent with Article III of the United States

Constitution; and due and sufficient notice of the Motion having been given under the particular

circumstances; and it appearing that no other or further notice is necessary; and it appearing that

the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and

other parties in interest; and after due deliberation thereon; and good and sufficient cause

appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is granted as set forth herein.

2.      The Broker Contracts listed on Schedule 1 hereto are rejected under Bankruptcy

Code section 365, effective as the Petition Date.

3.      The requirements of Bankruptcy Rule 6006(f)(6) are hereby waived for the

purposes of the Motion.

4.      The Debtor and its claims and noticing agent are authorized to take all actions

necessary to effectuate the relief granted pursuant to this Order.

5.      This Order shall be effective and enforceable immediately upon entry hereof.

6.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**


Copies to: Default List.

## **Schedule 1**

### **Broker Contracts**

| Name | Address | | City | State | Zip | Description |
|---|---|---|---|---|---|---|
| ABA Energy Partners Inc. | 9435 Waterstone Blvd | Suite 140 | Cincinnati | OH | 45249 | Broker Contract |
| Abba Enterprises Unlimited LLC | 2754 Shady Ridge Dr | | Columbus | OH | 43231 | Broker Contract |
| Ablahad Salmo | 686 Pine Ridge Avenue | | Oxford | MI | 48371 | Broker Contract |
| Academy Utility Consultants | 53125  Alyssa Ct. | | Shelby Twp | Mi | 48315 | Broker Contract |
| Action Business Services LLC | 157 Minges Circle | | Battle Creek | MI | 49015 | Broker Contract |
| Adam N Girard | 232 Rocky Fork Dr S | | Columbus | OH | 43230 | Broker Contract |
| AES - Alternative Energy Source | 8225 Farnsworth Road  A-10 | | Waterville | OH | 43566 | Broker Contract |
| Alternate Energy Suppliers | 680 Shoreline Dr. | | Fenton | MI | 48430 | Broker Contract |
| Alternative Gas & Electric Solutions, LLC | 5577 Airport Hwy. Suite 101 | | Toledo | OH | 43615 | Broker Contract |
| Alternative Utility Services, Inc. (AUS) | P O Box 250 | | Lake Geneva | WI | 53147 | Broker Contract |
| Amerex Brokers LLC | One Sugar Creek Center Blvd. | Suite 700 | Sugar Land | TX | 77478 | Broker Contract |
| AMPO Inc. | 1111 Shrock Rd. | Suite 100 | Columbus | OH | 43229-1155 | Broker Contract |
| AMPO Inc. | 1111 Shrock Rd. | Suite 100 | Columbus | OH | 43229-1155 | Broker Contract |
| AMT Telecom | 6905 Telegraph Rd. - Suite 155 | | Bloomfield Hills | MI | 48301 | Broker Contract |
| Amy Avery | 6658 N Meadows Pass | | Dexter | MI | 48130 | Broker Contract |
| Andrew Skedo | 40142 Denbigh | | Sterling Heights | MI | 48310 | Broker Contract |
| Antoinette Weathers | 5701 Suburban Court | | Flint | Mi | 48505 | Broker Contract |
| Aspen Energy | 4789 Rings Road | Suite 100 | Dublin | OH | 43017 | Broker Contract |
| Asset Energy LLC | 8961 Oakcrest Way | | West Chester | OH | 45069 | Broker Contract |
| Athens Area Chamber of Commerce | 340 W State Street | Suite 242 | Athens | OH | 45701 | Broker Contract |
| Baroda Group LLC | 15851 South US 27 | Building 20- Suite 22 | Lansing | MI | 48906 | Broker Contract |
| BHP Energy LLC d/b/a GEM Energy | 6842 Commodore Dr | | Walbridge | OH | 43465 | Broker Contract |
| BidUREnergy, Inc. | 4455 Genesee Street | | Buffalo | NY | 14225 | Broker Contract |
| Blue Flame | 9824 East Washington Street | | Chagrin Falls | OH | 44023 | Broker Contract |
| Blue Print Energy Group | 19707 Chagrin Blvd | | Shaker Hieights | OH | 44122 | Broker Contract |
| Bradley Lewis dba Creative Energy | 13900 Nicklaus Dr. | | Overland Park | KS | 66223 | Broker Contract |
| Broker Online Exchange | 1 Paragon Drive, Suite 255 | | Montvale | NJ | 07645 | Broker Contract |
| Buckeye Energy Brokers, Inc. | 66 East Mill Street | | Akron | OH | 44308 | Broker Contract |
| Burton Energy Group | 11675 Great Oaks Way | Suite 350 | Alpharetta | GA | 30022 | Broker Contract |
| Cambridge Area Chamber of Commerce | 607 Wheeling Ave | | Cambridge | OH | 43725 | Broker Contract |
| Caroline Cieminski | 6923 Oleander Court | | Liberty Township | OH | 45044 | Broker Contract |
| CCAOSC Energy Solutions, LLC. d/b/a Palmer Energy | 5577 Airport Highway | Ste. 101 | Toledo | OH | 43615 | Broker Contract |
| CEH Consulting LLC | 1460 Rosina Dr | | Miamisburg | OH | 45342 | Broker Contract |
| Chamber Energy Solutions, LLC. d/b/a Palmer Energy | 5577 Airport Hwy | Ste. 101 | Toledo | OH | 43615 | Broker Contract |
| Chase Tek Corporation | 1201 Dublin Road | | Columbus | OH | 43215 | Broker Contract |
| Cherrydale a/k/a Commercial Service Broker | 355 W. Columbia Ave | Suite #208 | Battle Creek | MI | 49015 | Broker Contract |
| Choice Energy Services Retail | 5151 San Felipe St. | Suite 2200 | Houston | TX | 77056 | Broker Contract |
| Clifford Walker III | 131 Delaware Street SE | | Grand | MI | 49507-1125 | Broker Contract |
| Commercial & Industral Energy | 17570 Fairlawn Drive | | Chagrin Falls | OH | 44023 | Broker Contract |
| Commercial Service Broker | 355 W. Columbia Ave | Suite #208 | Battle Creek | MI | 49015 | Broker Contract |

| Name | Address | | City | State | Zip | Description |
|------|---------|---|------|-------|-----|-------------|
| Community Energy Advisers | 3725 Medina Road | Suite 112 | Medina | OH | 44256 | Broker Contract |
| Compass Enterprises | P O Box 611527 | | Port Huron | MI | 48061 | Broker Contract |
| Consumer Energy Solutions Inc. | 1255 Cleveland St | | Clearwater | FL | 33755 | Broker Contract |
| ConsumerChoice Marketing | 1331 Conant Street | Suite 201 | Maumee | OH | 43537 | Broker Contract |
| ConsumerChoice Marketing | 409 Adams St. | | Toledo | OH | 43604 | Broker Contract |
| Consumers Energy Options | 1057 Briarcliffe Dr | | Flint | MI | 48532 | Broker Contract |
| Curago Energy LLC | 8526 Pitlochry Court | | Dublin | OH | 43017 | Broker Contract |
| Corporate Energy Services | 8880 Christie Drive | | Largo | FL | 33771 | Broker Contract |
| CVC Co LLC | 1528 Guilford Road | | Columbus | OH | 43221 | Broker Contract |
| Dan Gheesling | 7626 Barnsbary | | West Bloomfield | MI | 48234 | Broker Contract |
| Dave Erich | 45 Copley Circle | | Springboro | OH | 45066 | Broker Contract |
| David Donahue | 10245 Twin Ponds Dr | | Goodrich | MI | 48438 | Broker Contract |
| David Printup | 917 Poppy Hills | | Blacklick | OH | 43004 | Broker Contract |
| David Tomlin | 11102 SW 73 RD CT | | Ocala | FL | 34476 | Broker Contract |
| Daybreak Energy | 8069 Garnet Ave NE | | Canton | OH | 44721 | Broker Contract |
| Dena Leginski | 9830 Allen Road | | Allen Park | MI | 48101 | Broker Contract |
| Dennis Giancola d/b/a H.P. Technologies | 8834 Mayfield Rd | | Checterfield | OH | 44026 | Broker Contract |
| Derrick Parker | P O Box 17213 | | Lakeside Park | KY | 41017 | Broker Contract |
| Diversified Energy | 1044 Kinder | | Toledo | OH | 43615 | Broker Contract |
| Dyna Flow LLC | 5179 Buckington Place | | Troy | MI | 48098 | Broker Contract |
| ECOVA Tharaldson Group a/k/a Engie | 1313 North Atlantic St. | Suite 5000 | Spokane | WA | 99201 | Broker Contract |
| EGC Ltd. | 733 E Dublin Granville Road | Suite 202 | Columbus | OH | 43229 | Broker Contract |
| Electric & Gas Savings LLC | 10221 Centrepark Dr | Apt # 1228 | Houston | TX | 77043 | Broker Contract |
| Elizabeth Young | 36249 Chaskey St | | Richmond | MI | 48062 | Broker Contract |
| Emuna Energy | 629 Euclid Ave | Suite 1300 | Cleveland | OH | 44114 | Broker Contract |
| Enel X North America, Inc. | One Marina Park Dr., Suite 400 | | Boston | MA | 02210 | Broker Contract |
| EnerCom Inc | 30700 Telegraph Road | Suite 3455 | Bingham | MI | 48025-4592 | Broker Contract |
| Enerconnex LLC | 4140 Clark Shaw Road | | Powell | OH | 43065 | Broker Contract |
| Energen Inc. | P.O. Box 533 | | Cuyahoga Falls | OH | 44222 | Broker Contract |
| Energy Alliances, Inc. | 8469 Blue Ash Road | | Cincinnati | OH | 45236 | Broker Contract |
| Energy Auction Exchange LLC | 893 West Baxter Drive | Suite 250 | South Jordan | UT | 84095-8506 | Broker Contract |
| Energy Choice LLC | 17122 Arthur Court | | Spring Lake | MI | 49456 | Broker Contract |
| Energy Cost Savers | 3601 Green Road | Suite 304 | Cleveland | OH | 44122 | Broker Contract |
| Energy Edge Strategic Solutions | 9601 Katy Freeway | Suite 450 | Houston | TX | 27024 | Broker Contract |
| Energy Impact | 4200 Regent Street | Suite 200 | Columbus | OH | 43219 | Broker Contract |
| Energy Professionals | 1315 Cleveland Street | | Clearwater | FL | 33755 | Broker Contract |
| Energy Revenue - Beisner and Beisner | 3665 Elroy-Ansonia Rd. | | Ansonia | OH | 45303 | Broker Contract |
| Enstar Energy LLC | 6810 S Cedar Street | Suite 16 | Lansing | MI | 48911 | Broker Contract |
| ERC Services LLC | 387 Golfview, Suite 100 | | Highland Heights | OH | 44143 | Broker Contract |
| Executive Assistant Service | 2103 Sandstone Dr | | Jenison | MI | 49428 | Broker Contract |

| Name | Address | | City | State | Zip | Description |
|---|---|---|---|---|---|---|
| FirstEnergy Solutions Dba The E Group | 10350 Ormsby Park Place | Suite 400 | Louisville | KY | 40223 | Broker Contract |
| Five Gems | 32432 Willoughby Road Apt 1 | | Farmington Hills | MI | 48334 | Broker Contract |
| Fred Holmes | 147 Pine Grove Dr | | Nelsonville | OH | 45764 | Broker Contract |
| Global Deregulation Services Inc | 1300 East Lafayette - Suite 1009 | | Detroit | MI | 48227 | Broker Contract |
| Good Energy L.P. | 232 Madison Ave. | 3rd Floor | New York | NY | 10016 | Broker Contract |
| Green Power Source | 5830 Ramblewood Ct | | Brighton | MI | 48116 | Broker Contract |
| Greenlight Marketing LLC | 6735 Monarch Drive | | Sylvania | Oh | 43560 | Broker Contract |
| Growers Energy Solutions, LLC. d/b/a Palmer Energy | 5577 Airport Hwy. | Ste. 101 | Toledo | OH | 43615 | Broker Contract |
| GSA Group | 704 North Old Woodward | | Brimingham | MI | 48009 | Broker Contract |
| Habes LLC | 824 Rollins Meadows | | Quincy | MI | 49082 | Broker Contract |
| HealthTrust Purchasing Group | P.O. Box 751576 | | Charlotte | NC | 28275-1576 | Broker Contract |
| Heartland Energy | 4988 South Mukford Road | | Rockford | IL | 61109 | Broker Contract |
| HPS LLC | 3275 N M-37 Highway | | Middleville | MI | 49333 | Broker Contract |
| Huck Hayes d/b/a Alternative Energy Source | 8225 Farnsworth Road | Suite A | Waterville | OH | 43566 | Broker Contract |
| Ice Solutions Inc | 8701 Maravilla Drive | | Fort Wayne | IN | 46815 | Broker Contract |
| International Marketing Business Group Ltd (IMBG) dba Nu Energy Solutions | 3454 Oak Alley Court | Suite 300 | Toledo | OH | 43606 | Broker Contract |
| Independent Energy Consultants Inc | 215 W Garfield Road | Suite 210 | Aurora | OH | 44202 | Broker Contract |
| Industrial and Commercial Energy Cons. | 5846 Cedar Point Road | | Oregon | OH | 43616 | Broker Contract |
| Insight Sourcing Group | 5555 Triangle Parkway, Suite 300 | | Norcross | GA | 30092 | Broker Contract |
| Integrity Energy | 5711 Grant Ave | | Cleveland | OH | 44105 | Broker Contract |
| Irish Energy Group LLC | 206 High Street | | Somerset | OH | 43783 | Broker Contract |
| JAC Technologies | 1348 King Highway | | Kalamazoo | MI | 49001 | Broker Contract |
| Jackson Area Chamber of Commerce | 234 Broadway Street | | Jackson | OH | 45640 | Broker Contract |
| Jackson Metropolitan Housing Authority | 249 West 13th Street | | Wellston | OH | 45692 | Broker Contract |
| Jamie Warner | 1209 Lakeshore Drive | | Columbus | OH | 43204 | Broker Contract |
| JARSCO LLC | P.O. Box 153 | | Lithopolis | OH | 43136 | Broker Contract |
| Jeff Brandt | 22150 Swan Street | Apt 833 | South Lyon | MI | 48178 | Broker Contract |
| Jieun Yoon | 698 Ridgeview Ter | | Fremont | CA | 94536 | Broker Contract |
| Jim Rosenthal | 1975  Jason Drive | | Commerce Twp | MI | 48382 | Broker Contract |
| JME Leadership Committee LLC | 11400 King Road | | Concord | MI | 49237 | Broker Contract |
| Joel Heron | 3300 North Branch Road | | North Branch | MI | 48461-9391 | Broker Contract |
| John C. Costa | 1056 Somerset Ave | | Grosse Pointe Park | MI | 48230 | Broker Contract |
| John R Wiles | 10301 N Crosset Hill Dr | | Pickerington | OH | 43147 | Broker Contract |
| John Urmetz | 237 Justo Ln | | Independence | OH | 44131 | Broker Contract |
| Jon Dunbar | 621 E Sunset Drive | | North Muskegon | MI | 49445 | Broker Contract |
| Jon Jurhs | 5058 Huntington Drive | | Carmel | IN | 46033 | Broker Contract |
| Jonathan Firetage | 17124 Hilton | | Southfield | MI | 48075 | Broker Contract |
| KBK Group | 1971 Beverly Road | | Columbus | OH | 43221 | Broker Contract |
| Kristine Mahan | 5949 Whitneyville Ave SE | | Alto | MI | 49302 | Broker Contract |

| Name | Address | | City | State | Zip | Description |
|---|---|---|---|---|---|---|
| Lakepoint Energy LLC | 2640 Covington Place | | Avon | OH | 44011 | Broker Contract |
| Landmark Real Estate | P. O. Box 611527 | | Port Huron | MI | 48061 | Broker Contract |
| Larry Hughes | 4475 Har rods St | | Groveport | OH | 43125 | Broker Contract |
| Lawrence Popiel | 6612 N. Evangeline | | Dearborn Heights | MI | 48127 | Broker Contract |
| LCI Networking LTD | 1303 Titlesit Dr | | Akron | OH | 44312 | Broker Contract |
| Lights Out Energy | 3922 Eileen Drive | | Cincinnati | Oh | 45209 | Broker Contract |
| Logan-Hocking Chamber of Commerce | 96 W Hunter Road | | Logan | OH | 43138 | Broker Contract |
| Logical Communication Services, LLC | 39340 US Highway 19N | | Tarpon Springs | FL | 34689 | Broker Contract |
| Lyons Consulting LLC | 4611 Pine Ave | | Holland | MI | 49423 | Broker Contract |
| M&S SpeedForce, LLC. | 10178 Portage St NW | | Canal Fulton | OH | 44614 | Broker Contract |
| Madison Blair and Co. | 829 Westhaven Blvd. | | Lansing | MI | 48917 | Broker Contract |
| Magic Diamond Tools, Inc. | 32450 Chesterbrook St. | | Farmington Hills | MI | 48334 | Broker Contract |
| Marc Sosnowski | 8488 Kinloch Street | | Dearborn Heights | MI | 48127 | Broker Contract |
| Mark Brickley | 248 Postage Circle | | Pickerington | OH | 43147 | Broker Contract |
| Mark Coffey | 4818 Windswept Drive | | Milford | MI | 48380 | Broker Contract |
| Mark Gahn | 7511 McDonald Road | | Cheboygan | MI | 49721 | Broker Contract |
| Matthews Marketing | P.O, Bix 312 | | Williamstown, W | VA | 26187 | Broker Contract |
| Michael Capuano | 1528 Guilford | | Columbus | OH | 43221 | Broker Contract |
| Michigan 4 Energy LLC | P O Box 35 | | Walled Lake | MI | 48390 | Broker Contract |
| Michigan Retailers Association | 603 South Washington Ave. | | Lansing | Mi | 48933 | Broker Contract |
| Midwest Energy Inc. | 60590 Decatur Road | | Cassopolis | MI | 49031 | Broker Contract |
| Midwest Utility Consultants , Inc. | 5123 Romohr Road | | Cincinnati | OH | 45244 | Broker Contract |
| Mike Kennedy | 2604 Chateau Drive | | Catawba Island | OH | 43452 | Broker Contract |
| Monumental Energy LLC | 177 24th St NW | | Barberton | OH | 44203 | Broker Contract |
| MSI Utilities Inc | 4250 Metro Place N Suite 330 | | Dublin | OH | 43017 | Broker Contract |
| Muirfield Energy | 425 Metro Place North | Suite 550 | Dublin | OH | 43017 | Broker Contract |
| Muirfield Energy | 425 Metro Place North | Suite 550 | Dublin | OH | 43017 | Broker Contract |
| Natalie Girard | 232 Rocky Fork Dr S | | Columbus | OH | 43230 | Broker Contract |
| National Energy Experts, Inc | 3216 East Creek Ct | | Avon | Oh | 44011 | Broker Contract |
| National Sales Systems, LLC. | 920 S. Orchard Hill Dr. | | Casnovia | MI | 49318 | Broker Contract |
| Nelsonville Area Chamber | P O Box  276 | | Nelsonville | OH | 45764 | Broker Contract |
| New American Power | 41 University Dr Suite 400 | | Newtown | PA | 18940 | Broker Contract |
| New River Group, LLC. | 4041 North High Street | Suite 202 | Columbus | Oh | 43214 | Broker Contract |
| Nick Barlow | 526 144th Ave | | Caledonia | MI | 49316 | Broker Contract |
| Nicolas Andreasson | 2486 Orchard Lake Road | | Sylvan Lake | MI | 48320 | Broker Contract |
| North Shore Energy Consulting | 18843 White Oak DR. | | Chagrin Falls | OH | 44023 | Broker Contract |
| Northeast Energy Partners | 100 Front Street | 20th Floor | Worcester | MA | 01608 | Broker Contract |
| OGW Energy Resources | P O Box 351 | | Tipp City | OH | 45371 | Broker Contract |
| OHIO EIC | 1948 Williams Way | | Wooster | OH | 44691 | Broker Contract |
| Ohio Energy Management LLC | 3408 Warren Road | Suite 1 | Cleveland | OH | 44111 | Broker Contract |

| Name | Address | | City | State | Zip | Description |
|---|---|---|---|---|---|---|
| Ohio Industrials | 1231 Cambridge Blvd | | Columbus | OH | 43212 | Broker Contract |
| On-Demand Energy, LP | 500 Cherrington Pkwy. | Suite 400 | Moon Township | PA | 15108 | Broker Contract |
| One Source | 17199 N. Laurel Park Drive | Suite 260 | Livonia | MI | 48152 | Broker Contract |
| Onyx Power & Gas Consulting | 3 Galleria Tower | 13155 Noel Road Suite 900 | Dallas | TX | 75240 | Broker Contract |
| Open Energy LLC | 33228 West 12 Mile Road #294 | | Farmington Hills | MI | 48334 | Broker Contract |
| Options Consulting Services | 409 Adams St. | | Toledo | OH | 43604 | Broker Contract |
| Palmer Energy Company, Inc. | 5577 Airport Highway | Ste. 101 | Toledo | OH | 43615 | Broker Contract |
| Patricia Hancz | 5467 Stewart Road | | Monroe | MI | 48162 | Broker Contract |
| Paul Pickell | 3625 Tara Drive | | Highland | MI | 48356 | Broker Contract |
| Performance Group of America LLC | 5675 Landsburg Road | | Feenville | MI | 49408 | Broker Contract |
| Pickerington Area Chamber of Commerce | 21 Lockville Road | Suite 100 | Pickerington | OH | 43147 | Broker Contract |
| Power Bid | 5055 Enterprise Rd. | | Toledo | OH | 43612 | Broker Contract |
| Pure Energy Source | Melanie Zoma | 7269 Silverbeech | West Bloomfield | MI | 48323 | Broker Contract |
| RD Energy Inc. | 20 Meadow Wood Dr. | | Granville | OH | 43023 | Broker Contract |
| Regor Energy Corporation | 9604 Cliffview Street NW | | Clinton | OH | 44216 | Broker Contract |
| Revenue Group Salesloft Division | 3711 Chester Ave | | Cleveland | OH | 44114 | Broker Contract |
| Rick Ebaugh | 21726 Gregory | | Dearborn | MI | 48124 | Broker Contract |
| Rick Sible | 920 S Orchard Hill Drive | | Casnovia | MI | 49318 | Broker Contract |
| S J Cobb & Associates | 1411 Park Avenue West | | Mansfield | OH | 44906 | Broker Contract |
| SCEW | 5736 Whitehaven Dr | | Lansing | MI | 48917 | Broker Contract |
| Schneider Electric fka Summit Energy Ser. | 25716 Network Place | | Chicago | IL | 60673-1257 | Broker Contract |
| Schneider Electric fka Summit Energy Ser. | 10350 Ormsby Park Place | Suite 400 | Louisville | KY | 40223 | Broker Contract |
| SCioto Energy | 4041 North High St | Suite 202 | Columbus | OH | 43214 | Broker Contract |
| Scott Hayes | 4759 Quarton Road | | Bloomfield Hills | MI | 48301 | Broker Contract |
| Shamie Development, Inc | 26111 W 14 Miles Road | Suite #LL-4 | Franklin | MI | 48025 | Broker Contract |
| Sheree Hill | 46675 W. Seven Mile | | Northville | MI | 48167 | Broker Contract |
| Simple Energy | 1607 E Big Beaver Road | Suite 310 | Troy | MI | 48083 | Broker Contract |
| South East Energy Consultants LLC | 2328 US Highway 19 N | | Holiday | FL | 34691 | Broker Contract |
| Southern Energy Alliance & Holding | 133 Canopy Lane | | Summerville | SC | 29485 | Broker Contract |
| Steve Mintz | 12 Windward Way | | Chagrin Falls | OH | 44023 | Broker Contract |
| Strategic Energy Service | 1528 Guilford | | Columbus | OH | 43221 | Broker Contract |
| Sun & Young, Inc | 32450 Chesterbrook St. | | Farmington Hills | MI | 48334 | Broker Contract |
| Sun Heating & Cooling Inc | 766 Industrial Court | | Bloomfield Hills | MI | 48302 | Broker Contract |
| Supernova Partners, LLC a/k/a Affordable Gas & Electric | 15535 Easy Ridge Ct. | | Chesterfield | MO | 63017 | Broker Contract |
| Supernova Partners, LLC a/k/a Affordable Gas & Electric | 10749 E Garden Rd | | Mt Vernon | IL | 62864 | Broker Contract |
| Svetlana Newberry | 1524 Sheepshead Bay Rd. Apt 5A | | Brooklyn | NY | 11235 | Broker Contract |
| Tacuma Swanson | 163 Barnof East | | Westerville | OH | 43081 | Broker Contract |
| Taylor Energy Partners LLC | 91 Carl Drive | | Ada | MI | 49301 | Broker Contract |
| Taylor Marketing Group | 91 Carl Drive | | Ada | MI | 49301 | Broker Contract |

| Name | Address | | City | State | Zip | Description |
|---|---|---|---|---|---|---|
| TEF Energy Solutions | 6157 Walnut Hills Blvd | | West Bloomfield | MI | 48322 | Broker Contract |
| TEK Utilities LLC | 1880 Mackenzie Dr | Ste 207 | Columbus | OH | 43220 | Broker Contract |
| Telecom Consulting | 75098 Elk Horn Dr | | Bruce Township | MI | 48065 | Broker Contract |
| TES Energy Services | 17480 Dallas Parkway | Ste. 200 | Dallas | TX | 75287 | Broker Contract |
| The Eagles Nest Worldwide | P O Box 36 | | Blacklick | OH | 43004 | Broker Contract |
| The Pragma Company LLC | 483 Pauly Drive | | Perrysburg | OH | 43551 | Broker Contract |
| Thomas Haefner | 25072 Castlereigh | | Farmington Hills | MI | 48336 | Broker Contract |
| Tiffany Maholm | 2327 Sonnington Drive | | TOLEDO | OH | 43612-1647 | Broker Contract |
| Tim O'Brien | 2215 Clawson Avenue #209 | | Royal Oak | MI | 48073 | Broker Contract |
| Timothy C. Hall Jr | 31915 Kelley RD | | Burr Oak | MI | 49030 | Broker Contract |
| TPI Efficiency | 2019 Center St | Suite 502 | Cleveland | OH | 44113 | Broker Contract |
| Trajectory Services, LLC | P O Box 26605 | | Akron | OH | 44319 | Broker Contract |
| Trane Energy Choice | P O Box 7410346 | | Chicago | IL | 60674-0346 | Broker Contract |
| Trebel LLC | 1216 Lexington Avenue | Suite 301 | Mansfield | OH | 44907 | Broker Contract |
| Triple S Energy Management LLC | 2038 Oldtown Valley Road SE | | New Philadelphia | OH | 44336 | Broker Contract |
| Triumph Purchasing Network Inc | 1600 West 9 Mie Rd - Ste 515 | | Southfield | MI | 48075 | Broker Contract |
| Ty Branscum | 8195 Hickory Ridge Rd | | Holly | MI | 48442 | Broker Contract |
| URC Energy a/k/a Stone Pillar | 255 Evernia Street | Unit 511 | West Palm Beach | FL | 33401 | Broker Contract |
| USave Utilities LLC | 4503 Loggers Run NE | | Grand Rapids | MI | 49525 | Broker Contract |
| Utilities Group Inc | 11260 Chester Road | Suite 540 | Cincinnati | OH | 45246 | Broker Contract |
| Utility Choice International (UCI) | 3960 Medina Road | | Akron | OH | 44333 | Broker Contract |
| Utility Research Inc | 2060 Addaleen Road | | Highland | MI | 48357 | Broker Contract |
| Utility Savings Assn | 26645 W 12 Mile Road | Suite 106 | Southfield | MI | 48034 | Broker Contract |
| VERB Energy LLC | Kevin Riley | 43118 Devon Lane | Canton | MI | 48187 | Broker Contract |
| Vibrant Energy Company | 9401 Mentor Ave #237 | | Mentor | OH | 44060 | Broker Contract |
| Vikron Energy | 8168 S Bingham Ridge Dr | | Traverse | MI | 49684 | Broker Contract |
| WMS Inc. | 1220 East Joppa Road | Suite 400B | Towson | MD | 21286 | Broker Contract |
| World Energy Solutions, Inc. d/b/a EnerNOC, Inc | Dept. CH #16381 | | Palatine | IL | 60055-6381 | Broker Contract |
| Worthington Energy Consultants | 1650 Watermark Dr | Suite 180 | Columbus | OH | 43215 | Broker Contract |