# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re VOLUNTEER ENERGY SERVICES, INC., | ) ) ) ) | Case No. 22-50804 |
| | | Chapter 11 |
| | | Judge C. Kathryn Preston |
| Debtor | | |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney is admitted to the State Bar of <u>Georgia</u>.

| | |
|---|---|
| Attorney Name | Gary W. Marsh |
| Name of Law Firm | Troutman Pepper Hamilton Sanders LLP |
| Street Address | 600 Peachtree St. NE, Suite 3000 |
| City, State, and Zip Code | Atlanta, GA 30308 |
| Telephone Number | 404-885-3000 |
| Facsimile Number | 404-885-3900 |
| Email Address | gary.marsh@troutman.com |
| State Bar Number | 471290 (GA) |

The undersigned seeks to appear for this party:

<u>Eco-Energy Natural Gas, LLC</u>.

A list of other courts, if any, to which the undersigned has been admitted is attached.

The undersigned is in good standing to practice before the courts to which the undersigned has been admitted.

Pending disciplinary actions:

☐ Yes. If yes, attach details.

☒ No.

Dated: April 14, 2022        Signed: /s/ Gary W. Marsh

125196793v1

In re:

VOLUNTEER ENERGY SERVICES, INC., Debtor

Pursuant to Local Bankruptcy Rule 2090-1, Gary W. Marsh moves the Court for the entry of an Order admitting Gary W. Marsh, Esq. *pro hac vice* to appear and participate as counsel for Eco-Energy Natural Gas, LLC in this Chapter 11 case.

I am a member in good standing of the following courts:

Georgia State Bar No. 471290

| Court | Date of Admission |
|---|---|
| Eleventh Circuit Court of Appeals | February 20, 1986 |
| U.S. District Court, Northern District of GA | January 21, 1986 |
| U.S. District Court, Middle District of GA | March 20, 1986 |
| U.S. Bankruptcy Court, Southern District of GA | December 13, 2012 |
| State and Superior Courts of GA | November 21, 1985 |
| GA Court of Appeals | February 20, 1986 |
| GA Supreme Court | April 22, 1986 |

There are no disciplinary actions pending against me in any jurisdiction. I will familiarize myself with the applicable rules of the Court and agree to abide by the ethical standards governing the practice of law in this Court.

My Contact information is as follows:

Gary W. Marsh
Attorney for Eco-Energy Natural Gas, LLC
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
Telephone: 404-885-3000
gary.marsh@troutman.com

125196793v1