# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>VOLUNTEER ENERGY SERVICES, INC.,<br><br>DEBTOR. | Chapter 11<br><br>Case No. 22-50804<br><br>Judge C. Kathryn Preston<br><br>Hearing: April 21, 2022<br>at 1:30 pm (Eastern Time) |

**SEQUENT ENERGY MANAGEMENT, LLC'S LIMITED OBJECTION
TO DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS EFFECTIVE AS OF THE PETITION DATE**
Related to Docket No. 69

Sequent Energy Management, LLC ("Sequent") hereby files this *Limited Objection* (the "Objection") to the *Debtor's Second Omnibus Motion for Entry of an Order Authorizing and Approving the Rejection of Certain Executory Contracts Effective as of the Petition Date* [Docket No. 69] (the "Rejection Motion") and in support thereof, respectfully submit the following:

**Preliminary Statement**

1. The Rejection Motion requests that the Court grant the Debtor two forms of relief. First, the Debtor requests the rejection of certain agreements by and between the Debtor and Sequent. Second, the Debtor requests that rejection be given retroactive effect to March 25, 2022, the date that the Debtor filed bankruptcy. The Rejection Motion was filed as an omnibus motion seeking relief against approximately thirty-two (32) separate entities, including Sequent, that provided either gas or electricity to the Debtor prior to and/or following the Petition Date.

2. Sequent does not object to the mere rejection of its agreements with the Debtor at this time; whether to reject is the Debtor's choice based on its reasonable business judgment and

4887-2394-9083.5

Case 2:22-bk-50804    Doc 175    Filed 04/15/22    Entered 04/15/22 16:57:29    Desc Main
Document      Page 2 of 13

the rights granted by the Bankruptcy Code. Where Sequent objects is in making the proposed rejection *nunc pro tunc* to the Petition Date. As described below *nunc pro tunc* relief is the exception, not the rule, and should only be granted where equitable. Such relief is not equitable here and would serve to cut off legitimate administrative-expense claims for gas or electricity provided to (and utilized by) the Debtor post-petition. Such a result unfairly prejudices entities like Sequent and provides an undeserved windfall to the Debtor. Accordingly, any order allowing the Debtor to reject the agreements listed in the Rejection Motion should be effective *as of the entry of the order* while keeping the parties' other rights intact, including rights with respect to potential administrative-expense claims.

## Jurisdiction and Venue

3. The United States Bankruptcy Court for the District of Ohio (the "Court") has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* entered in this District.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

5. The Debtor and Sequent entered into various agreements (the "Sequent Agreements") for the supply of natural gas by Sequent to the Debtor in the course of its operations. The current Sequent Agreements include: (i) Base Contract for Sale and Purchase of Natural Gas dated as of November 1, 2006, between Sequent and Volunteer, together with the Special Provisions dated November 1, 2006 relating thereto and all transaction confirmations, schedules, exhibits, attachments and/or annexes attached thereto or with respect thereto, (ii) the Natural Gas Asset Management Agreement dated as of March 25, 2021, by and between the Debtor and

2

Sequent, as successor to Sequent Energy Management, L.P., and (iii) one or more term agreements entered into pursuant to the Base Contract. These agreements are "forward contracts" within the meaning of the Bankruptcy Code. Though the Rejection Motion does not delineate the specific contracts with Sequent that the Debtor proposes to reject, Sequent infers the Sequent Agreements are the subject of the Rejection Motion.[1]

6. Pursuant to the Sequent Agreements, prior to and following the Petition Date, Sequent provided natural gas to the Debtor for use in its operations. Prior to the Petition Date, Sequent provided the Debtor with natural gas worth approximately $8.5 million for which Sequent remains unpaid. Sequent will file a timely proof of claim for such unpaid prepetition amounts including prepetition contract interest, fees, and other charges.

7. Leading up to the Petition Date, Sequent had been negotiating a critical vendor agreement with Volunteer in order to keep gas flowing from Sequent to Volunteer during what was believed to be a consensual, lender supported Chapter 11 case. However, as lender support eroded, Sequent suddenly stopped communicating on Friday, March 25, 2022. Ultimately, this became the Petition Date.

8. In the absence of communication from the Debtor, but in the spirit of cooperation to what had been represented to be a consensual sale process, Sequent began attempting to give the Debtor notice of <u>suspension</u> of shipments of gas (and not termination) which became effective on Monday, March 28, 2022, pursuant to the Sequent Agreements.

9. In the interim time period, Sequent continued to provide gas to the Debtor on March 25, the Petition Date itself, as well as the following Saturday and Sunday, March 26 and 27,

---

[1] Sequent further objects to the proposed order attached to the Rejection Motion to the extent that it does not specify which agreements with Sequent that the Debtor seeks to reject. Any order entered with respect to the Rejection Motion should delineate the specific agreements being rejected.

3

4887-2394-9083.5

respectively. This post-petition gas is likely worth several hundred thousand dollars, though Sequent's accounting for the month of March has not been finalized. The Debtor always had the right under the Sequent Agreements to defer or delay shipments of gas due to demand, maintenance, or the other business issues, but chose not to. Accordingly, Sequent was obligated to deliver gas, which was received by the Debtor. It is this post-petition provision of gas that concerns Sequent with respect to the proposed retroactive rejection of the Sequent Agreements.

## **Limited Objection**

10. Through this Objection, Sequent objects to the Debtor's request to reject the Sequent Agreements *nunc pro tunc* to March 25, 2022 (the "Petition Date"). The facts of this case reflect that the retroactive rejection of the Sequent Agreements to the Petition Date is neither appropriate nor equitable. Permitting the Debtor to reject the Sequent Agreements, effective as of the Petition Date, would result in an undue burden on Sequent, which continued to provide gas to that the Debtor presumably used in its post-petition operations. Retroactive rejection, which seeks to rewrite history between the parties by going back to the Petition Date notwithstanding later events, also runs afoul of the Supreme Court's *per curiam* decision in *Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano* holding that a *nunc pro tunc* order must "reflect the reality" of what actually occurred and "cannot make the record what it is not."[2] The Sequent Agreements existed in the days post-petition where Sequent provided gas to the Debtor, and any order rejecting them should reflect that.

11. Section 365 of the title 11 of chapter 11 of the United States Code (the "Bankruptcy Code") permits a debtor in possession to reject an executory contract or unexpired lease.[3] Courts,

---

[2] *See* 140 S.Ct. 696, 206 L.Ed.2d 1 (2020) (*quoting Missouri v. Jenkins*, 495 U.S. 33, 49 (1990)).

[3] *See* 11 U.S.C. § 365(a); *see also Univ. Med. Cent. V. Sullivan (In re Univ. Med. Ctr.)*, 973 F.2d 1065, 1075 (3d Cir. 1992).

4

generally hold that "section 365(a) is most faithfully read as making court approval a condition precedent to the effectiveness of a trustee's rejection of [an executory contract]. Therefore, the date of court approval … controls."[4] From the case law in this District, it appears that the longstanding practice has been to make the effective date of the order approving rejection the effective date of rejection itself.[5] The Debtor does not cite to any contravening case law from the Southern District of Ohio supporting retroactive or *nunc pro tunc* relief in this specific context.

12. It is true that some *other* courts have permitted the retroactive application of an order rejecting an executory contract, but "only after balancing the equities in a particular case."[6] "In the section 365 context, this means that bankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation,"[7] such as when the creditor itself causes an unnecessary delay in the rejection process.[8] Other court have suggested that retroactive rejection should only extend to the date of the filing of the motion itself, and only then in the absence of unfair prejudice.[9]

---

[4] *Thinking Machs. Corp. v. Mellon Fin. Servs. Corp. #1 (In re Thinking Machines Corp.)*, 67 F.3d 1021, 1025 (1st Cir. 1995) (holding that "rejection under section 365(a) does not take effect until judicial approval is secured"); *see also In re DBSI, Inc.*, 409 B.R. 720, 733 (Bankr. D. Del. 2009) (stating that "[t]he majority of courts, including the Bankruptcy Court for the District of Delaware, hold that court approval is a 'condition precedent' to an effective [executory contract] rejection.").

[5] *See In re Federated Dep't Stores, Inc.*, 131 B.R. 808, 814 (S.D. Ohio 1991) (determining that the appropriate effective date or rejection was entry of the order approving rejection) (citing with approval, *In re Revco D.S., Inc.*, 109 B.R. 264 (Bankr. N.D. Ohio 1989)).

[6] *In re Chi-Chi's, Inc.*, 305 B.R.396, 399 (Bankr. D. Del. 2004) (citing *In re Thinking Machines Corp.*, 67 F.3d at 1028).

[7] *Thinking Machs. Corp.*, 67 F.3d 1021, 1025 (1st Cir. 1995)

[8] *See In re Jamesway Corp.*, 179 B.R. 33, 39 (Bankr. S.D. N.Y. 1995) (allowing retroactive rejection where [t]he particular landlords which are adversely affected are those, which through their own improper actions, occasioned the delay which creates the uncertainty" regarding the date of rejection).

[9] *See In re Garfinckels, Inc.*, 118 B.R. 154, 154 (Bankr. D.D.C. 1990) (declining to extend retroactive rejection past the entry of the order rejecting a lease but recognizing that rejection as of the filing of the motion could be appropriate in the absence of prejudice to the non-debtor party).

4887-2394-9083.5

13. In this case, even if the Court goes against prior authority from *Federated Dep't Stores*, retroactive rejection to the Petition Date is not equitable or necessary with respect to the Sequent Agreements. Because Sequent stopped shipping gas pursuant to its suspension notice effective March 28, 2022, outstanding post-petition amounts have not continued to accrue. Unless the Debtor changes course completely, decides to continue operating, and enters into new agreements with Sequent, the balance owed to Sequent is fixed (not including interest or other charges, if any). Sequent will not ship new gas to the Debtor. But to the extent it already did so post-petition between the Friday filing and the Monday effectiveness of the suspension notice, the benefit of that gas has been realized by the Debtor and its estate. Administrative-expense status is designed to compensate parties for providing goods and services to debtors in possession and incentivize others to do the same. Sequent should not be prohibited from seeking the administrative-expense claim to which it might be entitled by operation of a retroactive rejection order. Any order rejecting the Sequent Agreements should be effective upon entry of the order so as to allow parties like Sequent that provided gas or electricity to the Debtor post-petition to seek payment for such provision as administrative expenses. Any other result is inequitable.

14. The Debtor's blanket statement that prejudice does not exist because affected counterparties, such as Sequent, will have received notice of the proposed rejection, misses the point. By the time the Debtor filed the Rejection Motion, Sequent already provided post-petition gas to the Debtor based, in part, on the expectation that it would be able to seek payment for having done so. The prejudice at issue comes from retroactively cutting that right—which would involve a process already set out by the Bankruptcy Code—off completely in the context of rejection rather than on the merits. This Court is more than capable of determining whether parties like Sequent

should be afforded administrative-expense claims in exchange for having provided a benefit to the Debtor post-petition.

WHEREFORE, Sequent respectfully requests that the Court deny the Debtor's request to reject the Sequent Agreements *nunc pro tunc* as of the Petition Date and deem any such rejection to be effective as of the date of the Court's order approving the rejection of the Sequent Agreements.

Dated: April 15, 2022                                                     Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ John P. Melko*
John P. Melko (admitted *pro hac vice*)
jmelko@foley.com
Texas State Bar No. 13919600
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: 713.276.5500

and

Mark C. Moore  (admitted *pro hac vice*)
mmoore@foley.com
Texas State Bar No. 24074751
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214.999.4150

**COUNSEL FOR SEQUENT ENERGY MANAGEMENT, LLC**

4887-2394-9083.5

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on April 15, 2022, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case and to the parties on the attached Master Service List by U.S. Mail, first class, postage, prepaid not receiving ECF.

                                                  */s/ John P. Melko*
                                                  John P. Melko

4887-2394-9083.5

Master Service List (as of 04/15/2022 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ADAM N GIRARD F/K/A EGC LTD. | ATTN ADAM N GIRARD | 232 ROCKY FORK DR S | | | COLUMBUS | OH | 43230 |
| ADAMS COUNTY TREASURER OFFICE | ATTN LISA A NEWMAN, TREASURER | 110 W MAIN ST, RM 135 | | | WEST UNION | OH | 45693 |
| AEP | ANITA ADAMS | 1 RIVERSIDE PLAZA | | | COLUMBUS | OH | 43215-2372 |
| AEP | JASMAN J. CLAY | 1 RIVERSIDE PLAZA | | | COLUMBUS | OH | 43215-2372 |
| AEP | 850 TECH CENTER DRIVE | | | | GAHANNA | OH | 43230 |
| AEP | OHIO CHOICE OPERATIONS | 700 MORRISON ROAD | | | GAHANNA | OH | 43230 |
| AEP | KEVIN VASS | 700 MORRISON ROAD | | | GAHANNA | OH | 43230 |
| AES CORPORATION - OHIO | TANYA DORNBUSCH | P.O. BOX 1247 | | | DAYTON | OH | 45401-1247 |
| ALLEGHENY COUNTY TREASURER OFFICE | ATTN JOHN K. WEINSTEIN, COUNTY TREASURER | ROOM 108, COURTHOUSE | 436 GRANT STREET | | PITTSBURGH | PA | 15219 |
| ALLEN COUNTY TREASURER OFFICE | ATTN KRISTA BOHN, TREASURER | 301 N MAIN ST, RM 201 & 203 | | | LIMA | OH | 45801-4434 |
| AMERICAN ENERGY SERVICES | ATTN DENISE AMSPOKER | 1105 SHROCK ROAD | SUITE 602 | | COLUMBUS | OH | 43229 |
| ANR PIPELINE COMPANY | ATTN: CAROL MALREY | 700 LOUISIANA ST | SUITE 1300 | | HOUSTON | TX | 77002 |
| ANR PIPELINE COMPANY | JUDY SMITH | 700 LOUISIANA ST | SUITE 1300 | | HOUSTON | TX | 77002 |
| ARM ENERGY MANAGEMENT, LLC | ATTN CARTER GADDIS, SR DIR ORIGINATION | 20329 STATE HIGHWAY 249 | SUITE 450 | | HOUSTON | TX | 77070 |
| ASHLAND COUNTY TREASURER OFFICE | ATTN ANGIE MCQUILLEN, COUNTY TREASURER | ASHLAND COUNTY COURTHOUSE | 142 W 2ND ST | | ASHLAND | OH | 44805 |
| ASHTABULA COUNTY TREASURER OFFICE | ATTN ANGIE MAKI-CLIFF, TREASURER | ASHTABULA COUNTY COURTHOUSE | 25 W JEFFERSON ST | | JEFFERSON | OH | 44047 |
| ATHENS COUNTY TREASURER OFFICE | ATTN RIC WASSEMAN, TREASURER | 15 S COURT ST, RM 334 | | | ATHENS | OH | 45701 |
| AUGLAIZE COUNTY TREASURER OFFICE | ATTN APRIL BOWERSOCK, TREASURER | 209 S BLACKHOOF ST | PO BOX 56 | | WAPAKONETA | OH | 45895 |
| B. RILEY FINANCIAL SERVICES | ATTN JASDEV SINGH, SENIOR ASSOCIATE | 299 PARK AVENUE | 21ST FLOOR | | NEW YORK | NY | 10171 |
| B. RILEY FINANCIAL SERVICES | ATTN TODD SANDFORD, CONSULTANT | 299 PARK AVENUE | 21ST FLOOR | | NEW YORK | NY | 10171 |
| B. RILEY FINANCIAL SERVICES | ATTN TOM BUCK, SENIOR MANAGING DIRECTOR | 299 PARK AVENUE | 21ST FLOOR | | NEW YORK | NY | 10171 |
| BAKER BOTTS LLP | (COUNSEL TO NRG RETAIL LLC) | ATTN: DAVID R. EASTLAKE | LAUREN N. RANDLE | 910 LOUISIANA STREET | HOUSTON | TX | 77002 |
| BELMONT COUNTY TREASURER OFFICE | ATTN KATHERINE J KELICH, TREASURER | 101 W MAIN ST | | | ST CLARSVILLE | OH | 43950-1260 |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON, PARTNER | 1201 N. MARKET STREET | SUITE 800 | | WILMINGTON | DE | 19801 |
| BLANK ROME LLP | ATTN MICHAEL C. GRAZIANO | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 |
| BLANK ROME LLP | ATTN DAVID E. KRONENBERG, PARTNER | 1825 EYE STREET NW | | | WASHINGTON | DC | 20006 |
| BLANK ROME LLP | ATTN MARK R. HASKELL, PARTNER | 1825 EYE STREET NW | | | WASHINGTON | DC | 20006 |
| BP ENERGY COMPANY | ATTN PAIGE FRASER, MKTNG & ORIGINATION | 501 WESTLAKE PARK BOULEVARD | | | HOUSTON | TX | 77079 |
| BROWN COUNTY TREASURER OFFICE | ATTN CONNIE PATRICK | 800 MT ORAB PIKE, STE 171 | | | GEORGETOWN | OH | 45121 |
| BUTLER COUNTY TREASURER OFFICE | ATTN NANCY NIX | 315 HIGH ST, 10TH FL | | | HAMILTON | OH | 45011 |
| CAP SPECIALTY | 600 ASPEN COMMONS | SUITE 300 | | | MIDDLETON | WI | 53562 |
| CAPITAL INDEMITY CORPORATION | MARK OVERBEY | 600 ASPEN COMMONS | SUITE 300 | | MIDDLETON | WI | 53562 |
| CAPITAL INDEMITY CORPORATION | PO BOX 5900 | | | | MADISON | WI | 53705-0900 |
| CARBONBETTER, LLC | ATTN BEN HUFF, TRADER | 2305 EAST CESAR CHAVEZ | | | AUSTIN | TX | 78702 |
| CARROL COUNTY TREASURER OFFICE | ATTN JEFF YEAGER, TREASURER | 119 S LISBON ST, STE 103 | PO BOX 327 | | CARROLLTON | OH | 44615 |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | HEATHER SCHROEDER | ONE VECTREN SQUARE | | EVANSVILLE | IN | 47708 |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | JAY VANZANT | ONE VECTREN SQUARE | | EVANSVILLE | IN | 47708 |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | IRA ECHO | ONE VECTREN SQUARE | | EVANSVILLE | IN | 47708 |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | DANA MYERS | ONE VECTREN SQUARE | | EVANSVILLE | IN | 47708 |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | MARIA SOLANO | ONE VECTREN SQUARE | | EVANSVILLE | IN | 47708 |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | DAVID MARSHALL | ONE VECTREN SQUARE | | EVANSVILLE | IN | 47708 |
| CHAMPAIGN COUNTY TREASURER OFFICE | ATTN ROBIN K EDWARDS, TREASURER | 1512 S US HIGHWAY 68, STE B400 | PO BOX 353 | | URBANA | OH | 43078 |
| CLARK COUNTY TREASURER OFFICE | ATTN PAMELA LITTLEJOHN, TREASURER | AB GRAHAM BLDG | 31 N LIMESTONE ST | | SPRINGFIELD | OH | 45502 |
| CLERMONT COUNTY TREASURER OFFICE | ATTN JEANNIE M ZURMEHLY, TREASURER | 1810 E MAIN ST | | | BATAVIA | OH | 45103 |
| CLINTON COUNTY TREASURER OFFICE | ATTN KYLE RUDDUCK, TREASURER | 46 S SOUTH ST, STE 205 | | | WILMINGTON | OH | 45177 |
| COLUMBIA GAS OF KENTUCKY (CKY) | KENT KOCH | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF KENTUCKY (CKY) | EDER AYALA | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF KENTUCKY (CKY) | JOY KEITH | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF KENTUCKY (CKY) | FRANK NINO | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF KENTUCKY (CKY) | LYNN BURKE | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF KENTUCKY (CKY) | STEVE WOOSLEY | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF OHIO (COH) | KENT KOCH | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF OHIO (COH) | EDER AYALA | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF OHIO (COH) | JOY KEITH | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF OHIO (COH) | LYNN BURKE | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF OHIO (COH) | FRANK NINO | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF OHIO (COH) | STEVE WOOSLEY | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | KENT KOCH | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | EDER AYALA | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | JOY KEITH | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | FRANK NINO | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | LYNN BURKE | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | STEVE WOOSLEY | 290 W NATIONWIDE BLVD | | | COLUMBUS | OH | 43215 |
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | JOHN WHITED | 700 LOUISIANA STREET | | HOUSTON | TX | 15264-1475 |
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | USMAN KHAN | 700 LOUISIANA STREET | | HOUSTON | TX | 77002 |

| Name | Attn | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | JACKIE SYDNOR | 700 LOUISIANA STREET | | HOUSTON | TX | 77002 |
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | CUSTOMER SERVICES TEAM | 450 - 1 STREET S.W. | | CALGARY | AB | T2P 5H1 |
| COLUMBIANA COUNTY TREASURER OFFICE | ATTN BRYAN BLAKEMAN, TREASURER | 105 S MARKET ST | | | LISBON | OH | 44432 |
| CONSUMERS ENERGY COMPANY | CASEY T. WELLS | 1945 W. PARNALL ROAD | | | JACKSON | MI | 49201 |
| CONSUMERS ENERGY COMPANY | JESSE T SUTTON | 1945 W. PARNALL ROAD | | | JACKSON | MI | 49201 |
| CONSUMERS ENERGY COMPANY | ELIZABETH CURTIS | P.O. BOX 740309 | | | CINCINNATI | OH | 45274-0309 |
| CONSUMERS ENERGY COMPANY | ROBERT G. RAILLING | P.O. BOX 740309 | | | CINCINNATI | OH | 45274-0309 |
| CONSUMERS ENERGY COMPANY | ATTN: GAS TRANSPORTATION SERVICES DEPT. | 1945 W. PARNALL ROAD | | | JACKSON | MI | 49201 |
| COSHOCTON COUNTY TREASURER OFFICE | ATTN JANETTE DONAKER, TREASURER | 349 MAIN ST | COURTHOUSE ANNEX | | COSHOCTON | OH | 43812 |
| CRAWFORD COUNTY TREASURER OFFICE | ATTN CINDY EDWARDS, TREASURER | 112 E MANSFIELD ST, STE 102 | | | BUCYRUS | OH | 44820-2349 |
| CUYAHOGA COUNTY TREASURER OFFICE | ATTN W CHRISTOPHER MURRAY II, TREASURER | CUYAHOGA COUNTY ADMIN HQ | 2079 E 9TH ST | | CLEVELAND | OH | 44115 |
| DEFIANCE COUNTY TREASURER OFFICE | ATTN VICKIE S MYERS, TREASURER | 500 W SECOND ST, STE 101 | PO BOX 278 | | DEFIANCE | OH | 43512 |
| DELAWARE COUNTY TREASURER OFFICE | ATTN DONALD E RANKEY JR, TREASURER | 145 N UNION ST, 1ST FL | | | DELAWARE | OH | 43015 |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | DINA LONGO | 1201 E 55TH ST.; PO BOX 5759 | | CLEVELAND | OH | 44103 |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | LAURA WHITKOFSKI | 1201 E 55TH ST.; PO BOX 5759 | | CLEVELAND | OH | 44103 |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | AYDEN CANAVOS | 1201 E 55TH ST.; PO BOX 5759 | | CLEVELAND | OH | 44103 |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | 1201 E 55TH ST. | 1201 E 55TH ST.; PO BOX 5759 | | CLEVELAND | OH | 44103 |
| DPL - DAYTON POWER & LIGHT COMPANY | TANYA DORNBUSCH | 1900 DRYDEN ROAD | | | DAYTON | OH | 45439 |
| DRAKE COUNTY TREASURER OFFICE | ATTN SCOTT J ZUMBRINK, TREASURER | 504 S BROADWAY, 1ST FL | COURTHOUSE | | GREENVILLE | OH | 45331 |
| DTE ENERGY TRADING INC | ATTN AMY GILLFEATHER | 414 SOUTH MAIN | SUITE 200 | | ANN ARBOR | MI | 48104 |
| DUKE ENERGY OHIO, INC. | GUSTAVO DIAZ | 315 MAIN STREET | | | CINCINNATI | OH | 45202 |
| DUKE ENERGY OHIO, INC. | SCOTT NICHOLSON | 315 MAIN STREET | | | CINCINNATI | OH | 45202 |
| DUKE ENERGY OHIO, INC. | ATTN: GEN MGR, GAS COMMERCIAL OPERATIONS | PO BOX 960 | | | CINCINNATI | OH | 45201-0960 |
| DUKE ENERGY OHIO, INC. | JEFF L. KERN | 139 E. FOURTH ST. | EM025 | | CINCINNATI | OH | 45201-0960 |
| DUKE ENERGY OHIO, INC. | 526 SOUTH CHURCH ST. | | | | CHARLOTTE | NC | 28202 |
| DUKE ENERGY OHIO, INC. | MITCH MARTIN | 315 MAIN STREET | | | CINCINNATI | OH | 45202 |
| DUKE ENERGY OHIO, INC. | CITYGATE OPERATIONS | 315 MAIN STREET | | | CINCINNATI | OH | 45202 |
| DUKE ENERGY OHIO, INC. | LAVONNNA FOSTER | 315 MAIN STREET | | | CINCINNATI | VA | 45202 |
| EASTERN GAS TRANSMISSION & STORAGE INC. | (FKA DOMINION ENERGY TRANSMISSION, INC) | TAMMI MARTIN | 707 EAST MAIN STREET, 18TH FL | | RICHMOND | VA | 23219 |
| EASTERN GAS TRANSMISSION & STORAGE INC. | (FKA DOMINION ENERGY TRANSMISSION, INC) | JOHN HAYES | 925 WHITE OAKES BLVD | | BRIDGEPORT | WV | 26330 |
| EASTERN GAS TRANSMISSION & STORAGE UNC. | F/K/A DOMINION ENERGY TRANSMISSION, INC. | ATTN SHARAD MATHUR, CREDIT RISK MGMT. | 925 WHITE OAKES BLVD | | BRIDGEPORT | WV | 26330 |
| ECO-ENERGY NATURAL GAS, LLC | ATTN HEATHER PAXTON | 6100 TOWER CIRCLE | SUITE 500 | | FRANKLIN | TN | 37067 |
| EPA - REGION 3 | 1650 ARCH ST | | | | PHILADELPHIA | PA | 19103-2029 |
| EPA - REGION 4 | ATTN ATLANTA FEDERAL CENTER | 61 FORSYTH ST SW | | | ATLANTA | GA | 30303-3104 |
| EPA - REGION 5 | 77 W. JACKSON BLVD. | | | | CHICAGO | IL | 60604 |
| ERIE COUNTY TREASURER OFFICE | ATTN CALEB A STIDHAM, TREASURER | ERIE COUNTY OFFICE BLDG | 247 COLUMBUS AVE, STE 115 | | SANDUSKY | OH | 44870 |
| FAIRFIELD COUNTY TREASURER OFFICE | ATTN JAMES N BAHNSEN, TREASURER | 210 E MAIN ST, RM 206 | | | LANCASTER | OH | 43130 |
| FAYETTE COUNTY TREASURER OFFICE | ATTN PENNY J PATTON , REASURER | 133 S MAIN ST, STE 304 | | | WASHINGTON COU | OH | 43160 |
| FERC-FEDERAL ENERGY REGULATORY COMMISS. | 888 FIRST STREET, NE | | | | WASHINGTON | DC | 20426 |
| FIRST ENERGY | SUPPLIER SERVICES | 76 SOUTH MAIN STREET | | | AKRON | OH | 44308 |
| FIRST ENERGY | JUSTIN GAWNE | 76 SOUTH MAIN STREET | | | AKRON | OH | 44308 |
| FIRST ENERGY | MELISSA KAPELUCK | 76 SOUTH MAIN STREET | | | AKRON | OH | 44308 |
| FIRST ENERGY | HYUN PARK | 76 SOUTH MAIN STREET | | | AKRON | OH | 44308 |
| FIRST ENERGY | GENERAL CONTACT | 76 SOUTH MAIN STREET | | | AKRON | OH | 44308 |
| FRANKLIN COUNTY TREASURER OFFICE | ATTN CHERYL BROOKS SULLIVAN, TREASURER | 373 S HIGH ST, 17TH FL | | | COLUMBUS | OH | 43215-6306 |
| FULTON COUNTY TREASURER OFFICE | ATTN CHARLENE E LEE, TREASURER | 152 S FULTON ST, STE 155 | | | WAUSEON | OH | 43567 |
| GALLIA COUNTY TREASURER OFFICE | ATTN ROBERT J JACKS, TREASURER | 18 LOCUS ST, RM 1264 | | | GALLIPOLIS | OH | 45631-1264 |
| GEAUGA COUNTY TREASURER OFFICE | ATTN CHRIS HITCHCOCK, TREASURER | OPERA HOUSE | 211 MAIN ST, STE 1-A | | CHARDON | OH | 44024-1249 |
| GREENE COUNTY TREASURER OFFICE | ATTN KRAIG A HAGLER, TREASURER | 15 GREENE ST | | | XENIA | OH | 45385 |
| GUERNSEY COUNTY TREASURER OFFICE | ATTN JAMES CALDWELL, TREASURER | GUERNSEY COUNTY ADMIN BLDG | 627 WHEELING AVE, STE 201 | | CAMBRIDGE | OH | 43725 |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN: LAWRENCE E. OSCAR, ESQ. | 200 PUBLIC SQUARE, SUITE 2800 | CLEVELAND | OH | 44114 |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN: DANIEL A. DEMARCO, ESQ. | 200 PUBLIC SQUARE, SUITE 2800 | CLEVELAND | OH | 44114 |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN: CHRISTOPHER B. WICK, ESQ. | 200 PUBLIC SQUARE, SUITE 2800 | CLEVELAND | OH | 44114 |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN: ROCCO I. DEBITETTO, ESQ. | 200 PUBLIC SQUARE, SUITE 2800 | CLEVELAND | OH | 44114 |
| HAMILTON COUNTY TREASURER OFFICE | ATTN JILL A SCHILLER, TREASURER | 138 E COURT ST, RM 402 | | | CINCINNATI | OH | 45202 |
| HANCOCK COUNTY TREASURER OFFICE | ATTN J STEVE WELTON, TREASURER | HANCOCK COUNTY COURTHOUSE | 300 S MAIN ST | | FINDLAY | OH | 45840 |
| HARDIN COUNTY TREASURER OFFICE | ATTN DENISE K ALTHAUSER , TREASURER | ONE COURTHOUSE SQ, STE 230 | | | KENTON | OH | 43326 |
| HARRISON COUNTY ASSESSOR | ATTN JOSEPH R. 'ROCKY' ROMANO | 301 WEST MAIN STREET | | | CLARKSBURG | WV | 26301 |
| HARRISON COUNTY TREASURER OFFICE | ATTN VICKI SEFSICK, TREASURER | COMMUNITY IMPROVEMENT COPORATION | 538 N MAIN ST, STE A | | CADIZ | OH | 43907 |
| HENRY COUNTY TREASURER OFFICE | ATTN DIANA WACHTMAN, TREASURER | 660 N PERRY ST, STE 204 | | | NAPOLEON | OH | 43545 |
| HIGHLAND COUNTY TREASURER OFFICE | ATTN VICKIE L WARNOCK | PO BOX 824 | | | HILLSBORO | OH | 04513 |
| HIGHLAND COUNTY TREASURER OFFICE | ATTN: VICKIE L WARNOCK | 119 GOVERNER FORAKER PL | | | HILLSBORO | OH | 45133 |
| HOCKING COUNTY TREASURER OFFICE | ATTN DIANE SARGENT, TREASURER | 1 E MAIN ST | PO BOX 28 | | LOGAN | OH | 43138 |
| HOLMES COUNTY TREASURER OFFICE | ATTN LESLEE MAST, TREASURER | 75 E CLINTON ST, STE 105 | | | MILLERSBURG | OH | 44654 |
| HURON COUNTY TREASURER OFFICE | ATTN ROLAND TKACH, TREASURER | 12 E MAIN ST, STE 300 | | | NORWALK | OH | 44857 |
| ICE MILLER LLP | ATTN JOHN C CANNIZZARO, PARTNER | ARENA DISTRICT 250 WEST STREET | SUITE 700 | | COLUMBUS | OH | 43215-7509 |
| INTERNAL REVENUE SERVICE | ATTN IRS SERVICE CENTER | P O BOX 802503 | | | CINCINNATI | OH | 45280-2503 |

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | ATTN CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SERVICE | ATTN: IRS SERVICE CENTER | 550 MAIN ST | | CINCINNATI | OH | 45202 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13 | | | GEORGETOWN | DE | 19947 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET | | | PHILADELPHIA | PA | 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY | | | DOVER | DE | 19904 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST | | | WILMINGTON | DE | 19801 |
| ISAAC WILES & BURKHOLDER, LLC | ATTN DAVID WHITTAKER, PRTNR (BANKRUPTCY) | TWO MIRANOVA PLACE | STE. 700 | COLUMBUS | OH | 43215-5098 |
| ISAAC WILES & BURKHOLDER, LLC | ATTN JOHN D. JOLLEY, PARTNER (CORPORATE) | TWO MIRANOVA PLACE | STE. 700 | COLUMBUS | OH | 43215-5098 |
| ISAAC WILES & BURKHOLDER, LLC | ATTN PHILIP K. STOVALL, ASSOCIATE | TWO MIRANOVA PLACE | STE. 700 | COLUMBUS | OH | 43215-5098 |
| JACKSON COUNTY ASSESSORS OFFICE | ATTN DEBBIE MURDOCK, BUSINESS DEPUTY | 106 NORTH STREET WEST | | RIPLEY | WV | 25271 |
| JACKSON COUNTY TREASURER OFFICE | ATTN B LEE HUBBARD, CPA - TREASURER | 226 E MAIN ST, 3RD FL | | JACKSON | OH | 45640 |
| JEFFERSON COUNTY TREASURER OFFICE | ATTN RAYMOND M AGRESTA, TREASURER | 301 MARKET ST, RM 104 | | STEUBENVILLE | OH | 43952 |
| KANAWHA COUNTY OFFICE OF THE ASSESSOR | ATTN KASEY TUCKER, BUSINESS UNIT | 409 VIRGINIA STREET EAST | | CHARLESTON | WV | 25301 |
| KENTUCKY DEPT OF REVENUE | 501 HIGH ST | | | FRANKFORT | KY | 40601-2103 |
| KENTUCKY PUBLIC SERVICE COMMISSION | P.O. BOX 615 | 211 SOWER BOULEVARD | | FRANKFORT | KY | 40602-0615 |
| KENTUCKY STATE TREASURER | ATTN UNCLAIMED PROPERTY DIVISION | 1050 US HIGHWAY 127 SOUTH, STE 100 | | FRANKFORT | KY | 40601 |
| KNOX COUNTY TREASURER OFFICE | ATTN SHELLEY COON, TREASURER | 117 E HIGH ST, STE 103 | | MOUNT VERNON | OH | 43050 |
| LAKE COUNTY TREASURER OFFICE | ATTN MICHAEL ZUREN, TREASURER | 105 MAIN ST | | PAINESVILLE | OH | 44077 |
| LAWRENCE COUNTY TREASURER OFFICE | ATTN TRESA L BAKER, TREASURER | 111 S 4TH ST | | IRONTON | OH | 45638 |
| LICKING COUNTY TREASURER OFFICE | ATTN ROY VAN ATTA, TREASURER | 20 S SECOND ST | | NEWARK | OH | 43055 |
| LOGAN COUNTY TREASURER OFFICE | ATTN RHONDA STAFFORD, TREASURER | 100 S MADRIVER ST | | BELLEFONTAINE | OH | 43311 |
| LORAIN COUNTY AUDITOR OFFICE | ATTN K CRAIG SNODGRASS, CPA, CGFM | LORAIN COUNTY ADMIN BLDG | 226 MIDDDLE AVE, 2ND FL | ELUROA | OH | 44035 |
| LUCAS COUNTY TREASURER OFFICE | ATTN LINDSAY M WEBB, TREASURER | ONE GOVERNMENT CTR, STE 500 | | TOLEDO | OH | 43604 |
| MADISON COUNTY TREASURER OFFICE | ATTN STACEY MCKENZIE, TREASURER | 1 N MAIN ST | PO BOX 675 | LONDON | OH | 43140-0675 |
| MAHONING COUNTY TREASURER OFFICE | ATTN DANIEL R YEMMA, TREASURER | 120 MARKET ST, 1ST FL | | YOUNGSTOWN | OH | 44503 |
| MARION COUNTY TREASURER OFFICE | ATTN JAN DRAPER, TREASURER | 222 W CENTER ST | | MARION | OH | 43302 |
| MARSHALL COUNTY ASSESSORS OFFICE | ATTN AMANDA LOCKHART | BUSINESS AND COMMERCIAL TAX DEPUTY | PO BOX 554 | MOUNDSVILLE | WV | 26041 |
| MARSHALL COUNTY ASSESSORS OFFICE | ATTN: ERIC BUZZARD | MARSHALL COUNTY COURTHOUSE | 600 7TH ST | MOUNDSVILLE | WV | 26041 |
| MCDERMOTT WILL & EMERY LLP | ATTN GREGG A. STEINMAN, ASSOCIATE | 333 SE 2ND AVENUE | SUITE 4500 | MIAMI | FL | 33131-2184 |
| MCDERMOTT WILL & EMERY LLP | ATTN DANIEL THOMSON, ASSOCIATE | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 |
| MCDERMOTT WILL & EMERY LLP | ATTN DARREN AZMAN, PARTNER | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 |
| MCDERMOTT WILL & EMERY LLP | ATTN NATALIE A. ROWLES, ASSOCIATE | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 |
| MEDINA COUNTY TREASURER OFFICE | ATTN JOHN A BURKE, TREASURER | MEDINA COUNTY ADMIN BLDG | 144 N BROADWAY | MEDINA | OH | 44256 |
| MEIGS COUNTY TREASURER OFFICE | ATTN PEGGY S YOST, TREASURER | 100 E SECOND ST | | POMEROY | OH | 45769-0231 |
| MERCER COUNTY TREASURER OFFICE | ATTN DAVID E WOLTERS, TREASURER | 101 N MAIN ST, RM 201 | | CELINA | OH | 45822 |
| MGU - MICHIGAN GAS UTILITIES | RHONDA E MCCORMICK | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 |
| MGU - MICHIGAN GAS UTILITIES | GREGG GRIFFIN | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 |
| MGU - MICHIGAN GAS UTILITIES | SHANNON BURZUCKI | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 |
| MGU - MICHIGAN GAS UTILITIES | RICH STASIK | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 |
| MGU - MICHIGAN GAS UTILITIES | IRENE ISAIS | 200 E. RANDOLPH ST. | | CHICAGO | IL | 60601-6302 |
| MGU - MICHIGAN GAS UTILITIES | NICHOLAS KRZEMINSKI | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 |
| MIAMI COUNTY TREASURER OFFICE | ATTN JIM STUBBS, TREASURER | 201 W MAIN ST, 1ST FL | | TROY | OH | 45373 |
| MICHCON - DTE | THOMAS JEFF GORENFLO | ONE ENERGY PLAZA | | DETROIT | MI | 48226 |
| MICHCON - DTE | ALMIR ALIJAGIC | ONE ENERGY PLAZA | | DETROIT | MI | 48226 |
| MICHCON - DTE | TYLER RUSH | ONE ENERGY PLAZA | | DETROIT | MI | 48226 |
| MICHCON - DTE | SHERYL MALONEY | ONE ENERGY PLAZA | | DETROIT | MI | 48226 |
| MICHCON - DTE | DTE_GCC ACCOUNT | ONE ENERGY PLAZA | | DETROIT | MI | 48226 |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN UNCLAIMED PROPERTY DIVISION | PO BOX 30756 | | LANSING | MI | 48909 |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: UNCLAIMED PROPERTY DIVISION | 7285 PARSONS DR | | DIMONDALE | MI | 48821 |
| MICHIGAN DEPT OF TREASURY | ATTN CUSTOMER CONTACT DIVISIONMBT UNIT | PO BOX 30059 | | LANSING | MI | 48909 |
| MICHIGAN DEPT OF TREASURY | ATN: CUSTOMER CONTACT DIVISIONMBT UNIT | AUSTIN BLDG | 430 W ALLEGAN ST | LANSING | MI | 48922 |
| MICHIGAN PUBLIC SERVICE COMMISION | ATTN: DAN SCRIPPS, COMMISSIONER, CHAIR | 7109 W SAGINAW HWY | | LANSING | MI | 48917 |
| MICHIGAN PUBLIC SERVICE COMMISSION | ATTN DAN SCRIPPS, COMMISSIONER, CHAIR | PO BOX 30221 | | LANSING | MI | 48909 |
| MONROE COUNTY TREASURER OFFICE | ATTN TAYLOR G ABBOTT, TREASURER | 101 N MAIN ST, RM 21 | | WOODSFIELD | OH | 43793 |
| MONTGOMERY COUNTY TREASURER OFFICE | ATTN JOHN MCMANUS, TREASURER | 451 W THIRD ST | | DAYTON | OH | 45422 |
| MORGAN COUNTY TREASURER OFFICE | ATTN RANDY WILLIAMS, TREASURER | THE RIECKER BLDG | 155 E MAIN ST | MCCONNELSVILLE | OH | 43756 |
| MORROW COUNTY TREASURER OFFICE | ATTN MICHAEL D GOFF, TREASURER | COURT HOUSE | 48 E HIGH ST | MOUNT GILEAD | OH | 43338-1493 |
| MUSKINGUM COUNTY TREASURER OFFICE | ATTN TODD A HIXSON, TREASURER | MUSKINGUM COUNTY COURTHOUSE | 401 MAIN ST | ZANESVILLE | OH | 43701 |
| NATALIE GIRARD F/K/A EGC LTD. | ATTN NATALIE GIRARD | 232 ROCKY FORK DR S | | COLUMBUS | OH | 43230 |
| NEXUS GAS TRANSMISSION LLC, (US) | ERMA JOHNSON | 5400 WESTHEIMER COURT | | HOUSTON | TX | 77056-5310 |
| NEXUS GAS TRANSMISSION LLCX (US) | ATTN ANDREW MORENO, ACCOUNT REP | 5400 WESTHEIMER COURT | | HOUSTON | TX | 77056-5310 |
| NOBLE COUNTY TREASURER OFFICE | ATTN MARILYN BOND, TREASURER | 290 COURTHOUSE | | CALDWELL | OH | 43724 |
| NORTHERN DISTRICT OF WEST VIRGINIA | ATTN WILLIAM J. IHLENFELD, II, U.S. ATTY | FREDRICK P STAMP JR FED BLDG & | US COURTHOUSE; 1125 CHAPLINE ST STE 3000 | WHEELING | WV | 26003 |
| OFFICE OF THE WV ATTORNEY GENERAL | ATTN PATRICK MORRISEY, ATTORNEY GENERAL | STATE CAPITOL COMPLEX, BLDG. 1, RM E-26 | 1900 KANAWHA BLVD. E | CHARLESTON | WV | 25305 |
| OHIO DEPARTMENT OF TAXATION | ATTN OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD. | | COLUMBUS | OH | 43229 |
| OHIO DEPARTMENT OF TAXATION | ATTN BUSINESS TAX DIV-COMM. ACTIVITY TAX | P O BOX 16158 | | COLUMBUS | OH | 43216-6158 |
| OHIO DEPARTMENT OF TAXATION | ATTN OHIO DEPARTMENT OF TAXATION | P O BOX 16560 | | COLUMBUS | OH | 43216-6560 |

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION | ATTN BUSINESS TAX DIVISION | P O BOX 182101 | | COLUMBUS | OH | 43218-2101 |
| OHIO DEPARTMENT OF TAXATION | ATTN COMPLIANCE BUSINESS TAX DIVISION | PO BOX 2678 | | COLUMBUS | OH | 43216-2678 |
| OHIO DEPT OF TAXATION | 4485 NORTHLAND RIDGE BLVD | | | COLUMBUS | OH | 43229 |
| OHIO DEPT OF TAXATION | 30 E BROAD STREET | 22ND FLOOR | | COLUMBUS | OH | 43215 |
| OHIO DEPT OF TAXATION | ATTN BANKRUPTCY DIVISION | PO BOX 530 | | COLUMBUS | OH | 43216-0530 |
| OTTAWA COUNTY TREASURER OFFICE | ATTN ANTHONY L HATMAKER, TREASURER | COURT HOUSE | 315 MADISON ST, RM 201 | PORT CLINTON | OH | 43452 |
| PA DEPARTMENT OF REVENUE | ATTN PA DEPARTMENT OF REVENUE | P O BOX 280405 | | HARRISBURG | PA | 17128-0405 |
| PA DEPARTMENT OF REVENUE | ATTN PA DEPARTMENT OF REVENUE | PO BOX 280407 | | HARRISBURG | PA | 17128-0407 |
| PA DEPARTMENT OF REVENUE | ATTN PA DEPARTMENT OF REVENUE | PO BOX 280905 | | HARRISBURG | PA | 17128-0905 |
| PA DEPARTMENT OF REVENUE | ATTN: PA DEPARTMENT OF REVENUE | LOBY, STRAWBERRY SQ | | HARRISBURG | PA | 17128-0101 |
| PALMER ENERGY COMPANY, INC. | ATTN MARK R. FRYE, PRESIDENT | 5577 AIRPORT HIGHWAY | | TOLEDO | OH | 43615 |
| PANHANDLE EASTERN PIPE LINE COMPANY, LP | KELSI BOWMAN | 1300 MAIN STREET (P.O.BOX 4967) | | HOUSTON | TX | 77002 |
| PANHANDLE EASTERN PIPE LINE COMPANY, LP | ADAORA OFOMA | P O BOX 204037 | | DALLAS | TX | 75320-4037 |
| PAULDING COUNTY TREASURER OFFICE | ATTN LOU ANN WANNEMACHER, TREASURER | 115 N WILLIAMS ST | PO BOX 437 | PAULDING | OH | 45879 |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | ATTN SECRETARYS BUREAU | COMMONWEALTH KEYSTONE BUILDING | 400 NORTH ST 2ND FLOOR, ROOM-N201 | HARRISBURG | PA | 17120 |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | ATTN BAS - FISCAL SECTION | 400 NORTH STREET | | HARRISBURG | PA | 17120 |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | ATTN BUREAU OF ADMIN SVCS FISCAL SECTION | P.O. BOX 3265 | | HARRIBURG | PA | 17105-3265 |
| PENNSYLVANIA STATE TREASURY | ATTN UNCLAIMED PROPERTY DIVISION | 4TH FL, RIVERFRONT OFFICE CTR | 1101 SOUTH FRONT ST | HARRISBURG | PA | 17104-2516 |
| PEOPLES NATURAL GAS (PNG) | JASON DALTON | 200 E. RANDOLPH ST. | | CHICAGO | IL | 60601-6302 |
| PEOPLES NATURAL GAS (PNG) | STEVEN KOLICH | 200 E. RANDOLPH ST. | | CHICAGO | IL | 60601-6302 |
| PEOPLES NATURAL GAS (PNG) | WILHELMINA SPEICHER | P O BOX 6050 | | CAROL STREAM | IL | 60197-6050 |
| PEOPLES NATURAL GAS (PNG) | ATTN: SENIOR ATTORNEY | 375 NORTH SHORE DRIVE | SUITE 600 | PITTSBURGH | PA | 15212 |
| PERRY COUNTY TREASURER OFFICE | ATTN THERESA MOORE, TREASURER | 212 S MAIN ST, UPPER LEVEL | PO BOX 288 | NEW LEXINGTON | OH | 43764 |
| PICKAWAY COUNTY TREASURER OFFICE | ATTN ELLERY S ELICK, TREASURER | 110 ISLAND RD, STE E | | CIRCLEVILLE | OH | 43113 |
| PIKE COUNTY AUDITOR OFFICE | ATTN KAYLA SLUSHER, AUDITOR | 230 WAVERLY PLAZA, STE 200 | | WAVERLY | OH | 45690-1222 |
| PJM INTERCONNECTION, L.L.C. | ATTN HELEN BURNLEY, SR. CLIENT MANAGER | 2750 MONROE BLVD | | AUDUBON | PA | 19403 |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | HELEN BURNLEY | 2750 MONROE BLVD | AUDUBON | PA | 19403 |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | JESSE R. DIAZ | 2750 MONROE BLVD | AUDUBON | PA | 19403 |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | CREDIT HOTLINES | 2750 MONROE BLVD | AUDUBON | PA | 19403 |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | MARK MILLION | 2750 MONROE BLVD | AUDUBON | PA | 19403 |
| PNC BANK N.A. | ATTN DAVID KEITH, SENIOR VICE PRESIDENT | THE TOWER AT PNC PLAZA | 300 FIFTH AVENUE | PITTSBURGH | PA | 15222-2401 |
| PNC BANK N.A. | ATTN MICHAEL ETIENNE, SR VICE PRESIDENT | THE TOWER AT PNC PLAZA | 300 FIFTH AVENUE | PITTSBURGH | PA | 15222-2401 |
| PNC BANK N.A. | ATTN TODD W MILENIUS | THE TOWER AT PNC PLAZA | 300 FIFTH AVENUE | PITTSBURGH | PA | 15222-2401 |
| POCAHONTAS COUNTY ASSESSOR'S OFFICE | ATTN JOHNNY PRITT | 900 10TH AVENUE | SUITE I | MARLINTON | WV | 24954 |
| PORTAGE COUNTY TREASURER OFFICE | ATTN BRAD CROMES, TREASURER | 449 S MERIDIAN ST | PO BOX 1217 | RAVENNA | OH | 44266 |
| PREBLE COUNTY AUDITOR OFFICE | ATTN LAVON WRIGHT, AUDITOR | 101 E MAIN ST | PO BOX 361 | EATON | OH | 45320-0361 |
| PRESTON COUNTY ASSESSOR | ATTN CONNIE R. ERVIN | 106 W. MAIN ST | SUITE 101 | KINGWOOD | WV | 26537 |
| PUBLIC UTILITIES COMMISSION OF OHIO | ATTN ROBERT FADLEY, DIRECTOR | SERVICE MONITORING & ENFORCEMENT DEPT | 180 EAST BROAD STREET | COLUMBUS | OH | 43215-3793 |
| PUBLIC UTILITIES COMMISSION OF OHIO | P O BOX 715343 | | | CINCINNATI | OH | 45271-5343 |
| PUTNAM COUNTY TREASURER OFFICE | ATTN TRACY WARNECKE, TREASURER | 245 E MAIN ST, STE 203 | | OTTAWA | OH | 45875 |
| PUTNAM COUNTY ASSESSOR | ATTN GARY WARNER | 12093 WINFIELD ROAD | SUITE 3 | WINFIELD | WV | 25213 |
| RANDOLPH COUNTY ASSESSORS OFFICE | 4 RANDOLPH AVE | ROOM 101 | | ELKINS | WV | 26241 |
| RICHLAND COUNTY TREASURER OFFICE | ATTN SHERIFF SALES, TREASURER | 50 PARK AVENUE E | | MANSFIELD | OH | 44902 |
| ROCKIES EXPRESS PIPELINE LLC | JOHN DROZD | 370 VAN GORDON STREET | | LAKEWOOD | CO | 80228-1519 |
| ROCKIES EXPRESS PIPELINE LLC | DEBORAH FISHEL | 370 VAN GORDON STREET | | LAKEWOOD | CO | 80228-1519 |
| ROSS COUNTY TREASURER OFFICE | ATTN DAVID JEFFERS, TREASURER | ROSS COUNTY COURTHOUSE | 2 N PAINT ST, STE F | CHILLICOTHE | OH | 45601 |
| SANDUSKY COUNTY TREASURER OFFICE | ATTN KIMBERLY FOREMAN, TREASURER | 100 N PARK AVE, STE 112 | | FREMONT | OH | 43420 |
| SCOITO COUNTY TREASURER OFFICE | ATTN BILL OGG, TREASURER | 602 7TH ST, RM 102 | | PORTSMOUTH | OH | 45662 |
| SEMCO | PATTY SCHNEIDER | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 |
| SEMCO | TAM SPENCER | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 |
| SEMCO | HEATHER RIVARD | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 |
| SEMCO | MELISSA DEEG | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 |
| SEMCO | RYAN HOUCK | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 |
| SEMCO | ROXANN ZMOLIK | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 |
| SENECA COUNTY TREASURER OFFICE | ATTN PAUL HARRISON, TREASURER | 109 S WASHINGTON ST, STE 2105 | | TIFFIN | OH | 44883 |
| SEQUENT ENERGY MANAGEMENT LLC | ATTN BRETT KRIEG | 1200 SMITH STREET | SUITE 900 | HOUSTON | TX | 77022-4374 |
| SHELBY COUNTY TREASURER OFFICE | ATTN JOH COFFIELD, TREASURER | SHELBY COUNTY ANNEX, | 129 E COURT ST, 3RD FL | SIDNEY | OH | 45365 |
| SHELL ENERGY NORTH AMERICA (US) LP | ATTN BOB FILIPEK, ORIGINATIONS | 1000 MAIN STREET | LEVEL 12 | HOUSTON | TX | 77002 |
| SNYDER BROTHERS | ATTN ANDREW SINGH | P.O. BOX 1022 | 1 GLADE PARK EAST | KITTANING | PA | 16201 |
| SOUTHERN DISTRICT OF OHIO | ATTN KENNETH L. PARKER, U.S. ATTORNEY | FEDERAL BLDG | 200 W SECOND ST, STE 600 | DAYTON | OH | 45402 |
| SOUTHERN DISTRICT OF OHIO | ATTN KENNETH L. PARKER, U.S. ATTORNEY | 221 E 4TH ST, STE 400 | | CINCINNATI | OH | 45202 |
| SOUTHERN DISTRICT OF OHIO | ATTN KENNETH L. PARKER, U.S. ATTORNEY | 303 MARCONI BLVD, STE 200 | | COLUMBUS | OH | 43215 |
| STARK COUNTY TREASURER OFFICE | ATTN ALEXANDER A ZUMBAR, TREASURER | 110 CENTRAL PLAZA S, STE 250 | | CANTON | OH | 44702-1410 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON | 700 CAPITOL AVE, STE 118 | | FRANKFORT | KY | 40601-3449 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL | G. MENNEN WILLIAMS BLDG, 7TH FL | 525 W OTTAWA ST - PO BOX 30212 | LANSING | MI | 48909 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN COLLECTIONS ENFORCEMENT SECTION | ATTN: BANKRUPTCY UNIT | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN DAVE YOST | 30 E BROAD ST | 14TH FL | COLUMBUS | OH | 43215 |

| Name | Attn | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO | 16TH FL, STRAWBERRY SQ | | | HARRISBURG | PA | 17120 |
| SUMMIT COUNTY FISCAL OFFICE | ATTN KRISTEN M SCALISE, FISCAL OFFICER | OHIO BLDG, TREASURER DIVISION | 175 S MAIN ST, 3RD FL | | AKRON | OH | 44308 |
| TENNESSEE GAS PIPELINE COMPANY, LLC | VERONICA ESPARZA | PO BOX 734034 | | | DALLAS | TX | 73403 |
| TENNESSEE GAS PIPELINE COMPANY, LLC | PRESTON TROUTMAN | P.O. BOX 2511 | | | HOUSTON | TX | 77252-2511 |
| TENNESSEE GAS PIPELINE COMPANY, LLC | CHRISTOPHE BROWN | PO BOX 734034 | | | DALLAS | TX | 73403 |
| TENNESSEE GAS PIPELINE COMPANY, LLC | TED CHAVEZ | P.O. BOX 2511 | | | HOUSTON | TX | 77252-2511 |
| TENNESSEE GAS PIPELINE COMPANY, LLC | NAGA SURAPAREDDY | P.O. BOX 204208 | | | DALLAS | TX | 75320-4208 |
| TEXAS EASTERN TRANSMISSION, LP | ASHLEY ALCOTT | 5400 WESTHEIMER COURT | | | HOUSTON | TX | 77056-5310 |
| TEXAS EASTERN TRANSMISSION, LP | WILLIAM FREELAND | P O BOX 301563 | | | DALLAS | TX | 75303-1563 |
| TEXLA ENERGY MANAGEMENT INC. | ATTN TYLER MARCUM, TRADING | 1100 LOUISIANA | SUITE 4700 | | HOUSTON | TX | 77002 |
| TREBEL LLC | ATTN SCOTT BELCASTRO | 1216 LEXINGTON AVENUE | SUITE 301 | | MANSFIELD | OH | 44907 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO ECO-ENERGY NATURAL GAS,LLC) | ATTN: GARY W. MARSH | 600 PEACHTREE ST. NE, STE 3000 | | ATLANTA | GA | 30308 |
| TRUMBULL COUNTY TREASURER OFFICE | ATTN SAM LAMANCUSA, TREASURER | COUNTY ADMIN BLDG | 160 HIGH ST, NW, FL 2A | | WARREN | OH | 44481 |
| TRUNKLINE GAS COMPANY , LLC | KELSI BOWMAN | 1300 MAIN STREET (P.O.BOX 4967) | | | HOUSTON | TX | 77002 |
| TRUNKLINE GAS COMPANY , LLC | ADAORA OFOMA | 1300 MAIN STREET (P.O.BOX 4967) | | | HOUSTON | TX | 77002 |
| TRUNKLINE GAS COMPANY , LLC | | P O BOX 204037 | | | DALLAS | TX | 75320-4037 |
| TUSCARAWAS COUNTY TREASURER OFFICE | ATTN JEFF MAMARELLA, TREASURER | 125 E HIGH AVE | | | NEW PHILADELPHIA | OH | 44663 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | ATTN OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVENUE, NW | | | WASHINGTON | DC | 20460 |
| UNION COUNTY TREASURER OFFICE | ATTN ANDRE J SMARRA, TREASURER | 233 W 6TH ST, 2ND FL | | | MARYSVILLE | OH | 43040 |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN JEFFERY L. PFRIEM | 170 N. HIGH ST. 200 | | COLUMBUS | OH | 43215 |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN KATE M. BRADLEY | 170 N. HIGH ST. 200 | | COLUMBUS | OH | 43215 |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN MARIA D. GIANNIRAKIS | 170 N. HIGH ST. 200 | | COLUMBUS | OH | 43215 |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN MARYANNE WILSBACHER, ASST UST | 170 N. HIGH ST. 200 | | COLUMBUS | OH | 43215 |
| UNITED STATES TRUSTEE | ATTN: JEREMY SHANE FLANNERY | US TRUSTEE OFFICE | 170 NORTH HIGH STREET, STE 200 | | COLUMBUS | OH | 43215 |
| UTILITY CHOICE INTERNATIONAL | ATTN CHRIS THOMPSON | 3960 MEDINA ROAD | | | AKRON | OH | 44333 |
| VAN WERT COUNTY TREASURER OFFICE | ATTN JEFF MCINTOSH, TREASURER | VAN WERT COUNTY COURTHOUSE | 121 E MAIN ST, STE 200 | | VAN WERT | OH | 45891 |
| VINTON COUNTY TREASURER OFFICE | ATTN VICKI MAXWELL, TREASURER | 100 E MAIN ST | | | MCARTHUR | OH | 45651 |
| VOLUNTEER ENERGY SERVICES, INC. | ATTN RICHARD A CURNUTTE SR | CEO/PRESIDENT | 790 WINDMILLER DRIVE | | PICKERINGTON | OH | 43147 |
| VOLUNTEER ENERGY SERVICES, INC. | ATTN DAVID WARNER, CFO | 790 WINDMILLER DRIVE | | | PICKERINGTON | OH | 43016 |
| VOLUNTEER ENERGY SERVICES, INC. | ATTN JOHN L EINSTEIN, CORPORATE ATTORNEY | 790 WINDMILLER DRIVE | | | PICKERINGTON | OH | 43004 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | (COUNSEL TO PNC BANK, NATIONAL ASSOCIATION) | ATTN: TIFFANY STRELOW COBB | 52 EAST GAY ST | PO BOX 1008 | COLUMBUS | OH | 43216-1008 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | (COUNSEL TO PNC BANK, NATIONAL ASSOCIATION) | ATTN: CARRIE M. BROSIUS | 200 PUBLIC SQUARE, STE 1400 | | CLEVELAND | OH | 44114 |
| WARREN COUNTY TREASURER OFFICE | ATTN BARNEY WRIGHT, TREASURER | 406 JUSTICE DR | | | LEBANON | OH | 45036 |
| WASHINGTON COUNTY TREASURER OFFICE | ATTN TAMMY BATES, TREASURER | 205 PUTNAM ST | | | MARIETTA | OH | 45750 |
| WAYNE COUNTY TREASURER OFFICE | ATTN MELISSA A KOCH, TREASURER | 428 W LIBERTY ST | | | WOOSTER | OH | 44691 |
| WE ENERGIES | ATTN: CUSTOMER SERVICE | PO BOX 6042 | | | CAROL STREAM | IL | 60197-6042 |
| WEST VIRGINIA STATE TAX DEPARTMENT | THE REVENUE CENTER | 1001 LEE ST. E | | | CHARLESTON | WV | 25301 |
| WEST VIRGINIA STATE TAX DEPARTMENT | ALBERT T. SUMMERS CTR STATE OFFICE BLDG | 1124 SMITH STREET | | | CHARLESTON | WV | 25301 |
| WETZEL COUNTY ASSESSOR | ATTN SCOTT LEMLEY | WETZEL COUNTY COURTHOUSE | 210 MAIN ST. | | NEW MARTINSVILLE | WV | 26155 |
| WILLIAMS COUNTY TREASURER OFFICE | ATTN KELLIE GRAY, TREASURER | 1 COURTHOUSE SQ | | | BRYAN | OH | 43506 |
| WIRT COUNTY ASSESSORS OFFICE | | 1 COURT SQ | | | ELIZABETH | WV | 26143 |
| WOOD COUNTY ASSESSOR | ATTN DAVID NOHE, ASSESSOR | 321 MARKET ST | | | PARKERSBURG | WV | 26101 |
| WOOD COUNTY TREASURER OFFICE | ATTN JANE SPOERL, TREASURER | 1 COURTHOUSE SQ | | | BOWLING GREEN | OH | 43402 |
| WYANDOT COUNTY TREASURER OFFICE | ATTN FRANKLIN J GRAFMILLER, TREASURER | 109 S SANDUSKY AVE | | | UPPER SANDUSKY | OH | 43351 |