**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| VOLUNTEER ENERGY SERVICES, INC., | § | Case No. 22-50804 |
| | § | |
| Debtor. | § | Hon. C. Kathryn Preston |

**AMENDED MOTION FOR ADMISSION *PRO HAC VICE***

Justin W. Ristau ("Movant"), on behalf of Mark D. Sherrill of the law firm Eversheds Sutherland LLP ("Mr. Sherrill") hereby moves the Court for admission of Mr. Sherrill to appear *pro hac vice* and participate as co-counsel in this case for creditor ARM Energy Management LLC ("ARM").

Movant and Mr. Sherrill represent that Mr. Sherrill is a member of the highest Court of the state of Texas and that Mr. Sherrill does not regularly practice before this Court. Mr. Sherrill has been admitted to practice in each of the following courts:

| Court | Date Admitted |
|---|---|
| Virginia | 1999 |
| Ohio | 2000 |
| Texas | 2002 |
| Southern District of Texas | 2002 |
| District of Columbia | 2004 |

Mr. Sherrill is in good standing in each of these Courts and has no disciplinary actions pending. Movant agrees that he will cause to be paid the required $200.00 fee following entry of an Order. Further, Movant provides the following contact information for Mr. Sherrill:

17645678v1

        Mark D. Sherrill, Esq. (24034678)
        Eversheds Sutherland LLP
        1001 Fannin Street, Suite 3700
        Houston, TX 77002
        marksherrill@eversheds-sutherland.com
        (713) 470-6106 – phone
        (713) 654-1301 – fax

WHEREFORE, Movant respectfully requests this Court grant Mr. Sherrill *pro hac vice* admission to appear before this Court on behalf of ARM Energy Management LLC with respect to the above-captioned matter. A proposed order is attached hereto as **Exhibit A**.

        Respectfully submitted,

        /s/ Justin W. Ristau
        Justin W. Ristau, Esq. (0075222)
        Bricker & Eckler LLP
        100 S. Third Street
        Columbus, OH 43215
        jristau@bricker.com
        (614) 227-2300 – phone
        (614) 227-2390 – fax
        *Counsel for ARM Energy Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *AMENDED MOTION FOR ADMISSION PRO HAC VICE* was served on June 1, 2022 though the Court's CM/ECF system to all participants registered in this case at the e-mail addresses registered with the Court.

/s/ Justin W. Ristau
Justin W. Ristau, Esq.   (0075222)

*<u>Exhibit A</u>*
*Proposed Order*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **VOLUNTEER ENERGY SERVICES, INC.,** | § | **Case No. 22-50804** |
| | § | |
| **Debtor.** | § | **Hon. C. Kathryn Preston** |

### ORDER GRANTING AMENDED MOTION FOR ADMISSION *PRO HAC VICE*
### [RELATED TO DOC. NO. _____]

This matter is before the Court on the Amended Motion for Admission *Pro Hac Vice* filed by Justin W. Ristau. Upon consideration, the Court hereby grants the Motion and Mark D. Sherrill is hereby granted admission *pro hac vice* to represent ARM Energy Management LLC in the above captioned matter.

Within 14 days of entry of this Order, Movant shall pay the required fee to the United States District Court for the Southern District of Ohio. Failure to pay the fee may result in a revocation of the admission order or other action ad determined by the Bankruptcy Court.

SO ORDERED.

Copies to:
Default List

###