**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **VOLUNTEER ENERGY SERVICES, INC.,** | § | **Case No. 22-50804** |
| | § | |
| Debtor. | § | **Hon. C. Kathryn Preston** |
| | § | |
| | § | |
| | § | **Hearing: July 21, 2022** |
| | § | **at 9:30 a.m. (Eastern)** |
| | § | |
| | § | **Objection Deadline:  June 27, 2022** |

**NOTICE OF HEARING ON MOTION OF ARM ENERGY MANAGEMENT LLC
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503**
**[Related to Doc. 330]**

| | |
|---|---|
| **Subject of Hearing Notice:** | This notice (the "Notice") pertains to the *MOTION OF ARM ENERGY MANAGEMENT LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503* (the "Motion") (Doc. 330), filed on June 2, 2022, by the above-captioned debtor (the "Debtor"). |
| **Hearing Date, Time and Location:** | A hearing on the Motion will be held before the Honorable C. Kathryn Preston, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, Courtroom C, 5th Floor, 170 North High Street, Columbus, Ohio 43215, on **July 21, 2022, at 9:30 a.m., Eastern Time** (the "Hearing"). |
| **Objections, Responses, and Replies:** | The deadline to object or respond to the Motion is **June 27, 2022** (the "Objection Deadline"). Any reply to an objection or response shall be filed **on or before July 18, 2022**. Any responses or objections to the relief requested in the Motion must: |

1

  a) be in writing;

  b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Ohio, *General Order 30-4* from the United States Bankruptcy Court for the Southern District of Ohio, dated February 24, 2021 (the "<u>General Order</u>");

  c) be filed electronically with the Court on the docket of *In re Volunteer Energy Services, Inc.*, Case 22-50804, by registered users of the Court's electronic filing system and in accordance with the General Order (which is available on the Court's website at http://www.ohsb.uscourts.gov); *provided, however*, that any party properly acting *pro se* may file an objection or response by delivering, by mail or otherwise, a copy of the written objection or response to the Clerk of the U.S. Bankruptcy Court for the Southern District of Ohio, 170 N. High Street, Columbus, Ohio 43215. The Clerk **must receive** such written objection or response prior to the Objection Deadline; and

  d) be served upon:

    i. the entities on the Master Service List available on the Debtor's case website at https://dm.epiq11.com/volunteerenergy; and

    ii. any person or entity with a particularized interest in the subject matter of the Motion.

**Any party that files an objection or response to the Motion must also appear at the Hearing to prosecute such objection or response.**

| | |
|---|---|
| **If No Objections are Filed:** | If no objections are timely filed and served with respect to the Motion, the Court may enter an order granting the relief requested in the Motion without further notice or opportunity to be heard. |

| | |
|---|---|
| **Continuances and Adjournments:** | The Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Debtor will file an agenda before the Hearing, which may modify or supplement the Motion to be heard at the Hearing. |
| **Copy of the Motion:** | A copy of the Motion and other documents filed in the above-captioned chapter 11 case may be obtained free of charge by (a) visiting the Debtor's case website maintained by Corporate Restructuring LLC ("Epiq"), at https://dm.epiq11.com/volunteerenergy; (b) contacting Epiq directly via its dedicated toll-free hotline at (855) 604-1885 or, for international callers, at +1 (503) 597-5544, Monday through Friday between 9:00 a.m. and 9:00 p.m. Eastern Time; or (c) contacting Epiq via email at volunteerenergyinfo@epiqglobal.com. |

Dated June 6, 2022

Respectfully submitted,

/s/ Justin W. Ristau
Justin W. Ristau, Esq.   (0075222)
Bricker & Eckler LLP
100 S. Third Street
Columbus, OH 43215
jristau@bricker.com
(614) 227-2300 – phone
(614) 227-2390 – fax
*Counsel for ARM Energy Management LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **NOTICE OF HEARING ON MOTION OF ARM ENERGY MANAGEMENT LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503** was served on June 6, 2022 on the parties as set forth on the attached Certificate of Service List by email or regular U.S. mail, postage pre-paid.

/s/ Justin W. Ristau
Justin W. Ristau, Esq. (0075222)

Master Service List (as of 06/05/2022 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| COLUMBIANA COUNTY TREASURER OFFICE | ATTN BRYAN BLAKEMAN, TREASURER | 105 S MARKET ST | | LISBON | OH | 44432 | |
| CUYAHOGA COUNTY TREASURER OFFICE | ATTN W CHRISTOPHER MURRAY II, TREASURER | CUYAHOGA COUNTY ADMIN HQ | 2079 E 9TH ST | CLEVELAND | OH | 44115 | |
| EPA - REGION 5 | 77 W. JACKSON BLVD. | | | CHICAGO | IL | 60604 | |
| INTERNAL REVENUE SERVICE | ATTN CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| KENTUCKY DEPT OF REVENUE | 501 HIGH ST | | | FRANKFORT | KY | 40601-2103 | |
| LICKING COUNTY TREASURER OFFICE | ATTN ROY VAN ATTA, TREASURER | 20 S SECOND ST | | NEWARK | OH | 43055 | |
| MONTGOMERY COUNTY TREASURER OFFICE | ATTN JOHN MCMANUS, TREASURER | 451 W THIRD ST | | DAYTON | OH | 45422 | |
| PENNSYLVANIA PUBLIC UTILITY | COMMISSION; ATN SECRETARYS BUREAU | COMMONWEALTH KEYSTONE BUILDING | 400 NORTH ST 2ND FLOOR, ROOM-N201 | HARRISBURG | PA | 17120 | |
| POCAHONTAS COUNTY ASSESSOR'S OFFICE | ATTN JOHNNY PRITT | 900 10TH AVENUE | SUITE I | MARLINTON | WV | 24954 | |
| PUTMAN COUNTY TREASURER OFFICE | ATTN TRACY WARNECKE, TREASURER | 245 E MAIN ST, STE 203 | | OTTAWA | OH | 45875 | |
| RANDOLPH COUNTY ASSESSORS OFFICE | 4 RANDOLPH AVE | ROOM 101 | | ELKINS | WV | 26241 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON | 700 CAPITOL AVE, STE 118 | | FRANKFORT | KY | 40601-3449 | |
| STATE OF OHIO ATTORNEY GENERAL | ATN COLLECTIONS ENFORCEMENT SECTION | ATTN: BANKRUPTCY UNIT | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF OHIO ATTORNEY GENERAL | ATTN DAVE YOST | 30 E BROAD ST | 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF PENNSYLVANIA ATTORNEY | GENERAL; ATTN JOSH SHAPIRO | 16TH FL, STRAWBERRY SQ | | HARRISBURG | PA | 17120 | |
| TRUNKLINE GAS COMPANY , LLC | PO BOX 204037 | | | DALLAS | TX | 75320-4037 | |
| FAYETTE COUNTY TREASURER OFFICE | ATTN PENNY J PATTON, TREASURER | 133 S MAIN ST, STE 304 | | WASHINGTON COURT HOUSE | OH | 43160 | |
| ROCKIES EXPRESS PIPELINE LLC | DEBORAH FISHEL | 370 VAN GORDON STREET | | LAKEWOOD | CO | 80228-1519 | |
| HARRISON COUNTY ASSESSOR | ATTN JOSEPH R. 'ROCKY' ROMANO | 301 WEST MAIN STREET | | CLARKSBURG | WV | 26301 | |
| AUGLAIZE COUNTY TREASURER OFFICE | ATTN APRIL BOWERSOCK, TREASUER | 209 S BLACKHOOF ST | PO BOX 56 | WAPAKONETA | OH | 45895 | abowersock@auglaizecounty.org |
| ASHLAND COUNTY TREASURER OFFICE | ATTN ANGIE MCQUILLEN, COUNTY TREASURER | ASHLAND COUNTY COURTHOUSE | 142 W 2ND ST | ASHLAND | OH | 44805 | actreas@bright.net |
| AES CORPORATION - OHIO | TANYA DORNBUSCH | P.O. BOX 1247 | | DAYTON | OH | 45401-1247 | AESOHIORETAIL@AES.COM |
| OTTAWA COUNTY TREASURER OFFICE | ATTN ANTHONY L HATMAKER, TREASURER | COURT HOUSE | 315 MADISON ST, RM 201 | PORT CLINTON | OH | 43452 | ahatmaker@co.ottawa.oh.us |
| NEXUS GAS TRANSMISSION LLCX (US) | ATTN ANDREW MORENO, ACCOUNT REP | 5400 WESTHEIMER COURT | | HOUSTON | TX | 77056-5310 | ANDREW.MORENO@ENBRIDGE.COM |
| TEXAS EASTERN TRANSMISSION, LP | ASHLEY ALCOTT | 5400 WESTHEIMER COURT | | HOUSTON | TX | 77056-5310 | ASHLEY.ALCOTT@ENBRIDGE.COM |
| LORAIN COUNTY AUDITOR OFFICE | ATTN K CRAIG SNODGRASS, CPA, CGFM | LORAIN COUNTY ADMIN BLDG | 226 MIDDDLE AVE, 2ND FL | ELURIA | OH | 44035 | auditor@LorainCounty.com |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN UNCLAIMED PROPERTY DIVISION | PO BOX 30756 | | LANSING | MI | 48909 | BANKRUPTCY@MICHIGAN.GOV |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: UNCLAIMED PROPERTY DIVISION | 7285 PARSONS DR | | DIMONDALE | MI | 48821 | BANKRUPTCY@MICHIGAN.GOV |
| OHIO DEPARTMENT OF TAXATION | ATTN OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD. | | COLUMBUS | OH | 43229 | bankruptcydivision@tax.state.oh.us |
| OHIO DEPARTMENT OF TAXATION | ATTN BUSINESS TAX DIV-COMM. ACTIVITY TAX | P O BOX 16158 | | COLUMBUS | OH | 43216-6158 | bankruptcydivision@tax.state.oh.us |
| WARREN COUNTY TREASURER OFFICE | ATTN BARNEY WRIGHT, TREASURER | 406 JUSTICE DR | | LEBANON | OH | 45036 | BARNEY.WRIGHT@CO.WARREN.OH.US |
| PORTAGE COUNTY TREASURER OFFICE | ATTN BRAD CROMES, TREASURER | 449 S MERIDIAN ST | PO BOX 1217 | RAVENNA | OH | 44266 | bcromes@portageco.com |
| THE LAW OFFICE OF CHARLES MIFSUD, LLC | (COUNSEL TO STATE OF OHIO, DEPT OF TAXATION) | ATTN: BRIAN M. GIANANGELI | 6305 EMERALD PKWY | DUBLIN | OH | 43016 | bgianangeli@mifsudlaw.com |
| RICHLAND COUNTY TREASURER OFFICE | ATTN SHERIFF SALES, TREASURER | 50 PARK AVENUE E | | MANSFIELD | OH | 44902 | bhamilton@richlandcountyoh.us |
| TEXAS EASTERN TRANSMISSION, LP | WILLIAM FREELAND | P O BOX 301563 | | DALLAS | TX | 75303-1563 | BILL.FREELAND@ENBRIDGE.COM |
| JACKSON COUNTY ASSESSORS OFFICE | ATTN DEBBIE MURDOCK, BUSINESS DEPUTY | 106 NORTH STREET WEST | | RIPLEY | WV | 25271 | bkthomas@jacksoncountywv.com |
| SCOITO COUNTY TREASURER OFFICE | ATTN BILL OGG, TREASURER | 602 7TH ST, RM 102 | | PORTSMOUTH | OH | 45662 | bogg@sciotocounty.net |
| DUKE ENERGY OHIO, INC. | JEFF L. KERN | 139 E. FOURTH ST. | EM025 | CINCINNATI | OH | 45201-0960 | Brady.Gould@duke-energy.com |
| ANR PIPELINE COMPANY | ATTN: CAROL MALREY | 700 LOUISIANA ST | SUITE 1300 | HOUSTON | TX | 77002 | CAROL_MALREY@TRANSCANADA.COM CAROL_MALREY@TCENERGY.COM |
| CONSUMERS ENERGY COMPANY | CASEY T. WELLS | 1945 W. PARNALL ROAD | | JACKSON | MI | 49201 | CASEY.WELLS@CMSENERGY.COM |
| CONSUMERS ENERGY COMPANY | ELIZABETH CURTIS | P.O. BOX 740309 | | CINCINNATI | OH | 45274-0309 | casey.wells@cmsenergy.com |
| PRESTON COUNTY ASSESSOR | ATTN CONNIE R. ERVIN | 106 W. MAIN ST. | SUITE 101 | KINGWOOD | WV | 26537 | CERVIN@PRESTONCOUNTYWV.GOV |
| GEAUGA COUNTY TREASURER OFFICE | ATTN CHRIS HITCHCOCK, TREASURER | OPERA HOUSE | 211 MAIN ST, STE 1-A | CHARDON | OH | 44024-1249 | chitchcock@co.geauga.oh.us |
| CAP SPECIALTY | 600 ASPEN COMMONS, STE 300 | | | MIDDLETON | WI | 53562 | CLAIMS@CAPSPECIALTY.COM BONDCLAIMS@CAPSPECIALTY.COM |
| CAPITAL INDEMITY CORPORATION | PO BOX 5900 | | | MADISON | WI | 53705-0900 | CLAIMS@CAPSPECIALTY.COM BONDCLAIMS@CAPSPECIALTY.COM |
| VORYS, SATER, SEYMOUR AND PEASE LLP | (COUNSEL TO PNC BANK, NATIONAL ASSOCIATION) | ATTN CARRIE M BROSIUS | 200 PUBLIC SQUARE, STE 1400 | CLEVELAND | OH | 44114 | cmbrosius@vorys.com |
| MEHRI & SKALET, PLLC | (COUNSEL TO CLASS CLAIMANTS) | ATTN: CYRUS MEHRI | 2000 K STREET NW, STE 235 | WASHINGTON | DC | 20006 | cmehri@findjustice.com |
| WOOD COUNTY TREASURER OFFICE | ATTN JANE SPOERL, TREASURER | 1 COURTHOUSE SQ | | BOWLING GREEN | OH | 43402 | CNTYTREASURER@CO.WOOD.OH.US |
| OFFICE OF THE WV ATTORNEY GENERAL | ATTN PATRICK MORRISEY, ATTORNEY GENERAL | STATE CAPITOL COMPLEX, BLDG. 1, RM E-26 | 1900 KANAWHA BLVD. E | CHARLESTON | WV | 25305 | COMMUNICATIONS@WVAGO.GOV |
| PUBLIC UTILITIES COMMISSION OF OHIO | P O BOX 715343 | | | CINCINNATI | OH | 45271-5343 | contactthepuco@puc.state.oh.us; barbara.bossart@puco.ohio.gov |
| HAMILTON COUNTY TREASURER OFFICE | ATTN JILL A SCHILLER, TREASURER | 138 E COURT ST, RM 402 | | CINCINNATI | OH | 45202 | county.treasurer@hamilton-co.org |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | CREDIT HOTLINES | 2750 MONROE BLVD | AUDUBON | PA | 19403 | CREDIT_HOTLINE@PJM.COM |
| ERIE COUNTY TREASURER OFFICE | ATTN CALEB A STIDHAM, TREASURER | ERIE COUNTY OFFICE BLDG | 247 COLUMBUS AVE, STE 115 | SANDUSKY | OH | 44870 | CStidham@eriecounty.oh.gov |
| FERC-FEDERAL ENERGY REGULATORY | COMMISS. | 888 FIRST STREET, NE | | WASHINGTON | DC | 20426 | CUSTOMER@FERC.GOV |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN CHRISTOPHER B WICK, ESQ | CLEVELAND | OH | 44114 | cwick@hahnlaw.com |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN DANIEL A DEMARCO, ESQ | CLEVELAND | OH | 44114 | dademarco@hahnlaw.com |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | DANA MYERS | ONE VECTREN SQUARE | EVANSVILLE | IN | 47708 | DANA.MYERS@CENTERPOINTENERGY.COM |
| DRAKE COUNTY TREASURER OFFICE | ATTN SCOTT J ZUMBRINK, TREASURER | 504 S BROADWAY, 1ST FL | COURTHOUSE | GREENVILLE | OH | 45331 | darkecountytreas@gmail.com |
| BAKER BOTTS LLP | (COUNSEL TO NRG RETAIL LLC) | ATTN DAVID R EASTLAKE LAUREN N RANDLE | 910 LOUISIANA STREET | HOUSTON | TX | 77002 | david.eastlake@bakerbotts.com; lauren.randle@bakerbotts.com |
| PNC BANK N.A. | ATN DAVID KEITH, SR VICE PRESIDENT | THE TOWER AT PNC PLAZA | 300 FIFTH AVENUE | PITTSBURGH | PA | 15222-2401 | DAVID.KEITH@PNC.COM |
| BLANK ROME LLP | ATTN DAVID E. KRONENBERG, PARTNER | 1825 EYE STREET NW | | WASHINGTON | DC | 20006 | DAVID.KRONENBERG@BLANKROME.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN DARREN AZMAN, PARTNER | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 | DAZMAN@MWE.COM |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | DINA LONGO | 1201 E 55TH ST.; PO BOX 5759 | CLEVELAND | OH | 44103 | DINA.M.LONGO@DOMINIONENERGY.COM |
| WIRT COUNTY ASSESSORS OFFICE | 1 COURT SQ | | | ELIZABETH | WV | 26143 | DK.WILSON@WIRTCOUNTYWV.NET |
| WOOD COUNTY ASSESSOR | ATTN DAVID NOHE, ASSESSOR | 321 MARKET ST | | PARKERSBURG | WV | 26101 | DNOHE@WOODCOUNTYWV.COM |
| HOCKING COUNTY TREASURER OFFICE | ATTN DIANE SARGENT, TREASURER | 1 E MAIN ST | PO BOX 28 | LOGAN | OH | 43138 | dsargent@co.hocking.oh.us |
| MICHCON - DTE | ALMIR ALIJAGIC | ONE ENERGY PLAZA | | DETROIT | MI | 48226 | DTE_GCC_ACCOUNT@DTEENERGY.COM |
| MICHCON - DTE | DTE_GCC ACCOUNT | ONE ENERGY PLAZA | | DETROIT | MI | 48226 | DTE_GCC_ACCOUNT@DTEENERGY.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN DANIEL THOMSON, ASSOCIATE | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 | DTHOMSON@MWE.COM |
| VOLUNTEER ENERGY SERVICES, INC. | ATTN DAVID WARNER, CFO | 790 WINDMILLER DRIVE | | PICKERINGTON | OH | 43016 | DWARNER@VOLUNTEERENERGY.COM |
| ISAAC WILES & BURKHOLDER, LLC | ATTN DAVID WHITTAKER, PRTNR (BANKRUPTCY) | TWO MIRANOVA PLACE | STE. 700 | COLUMBUS | OH | 43215-5098 | DWHITTAKER@ISAACWILES.COM |

| Name | Attn | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| COLUMBIA GAS OF KENTUCKY (CKY) | EDER AYALA | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | EAYALA@NISOURCE.COM |
| COLUMBIA GAS OF OHIO (COH) | EDER AYALA | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | EAYALA@NISOURCE.COM |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | EDER AYALA | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | EAYALA@NISOURCE.COM |
| MARSHALL COUNTY ASSESSORS OFFICE | ATTN: ERIC BUZZARD | MARSHALL COUNTY COURTHOUSE | 600 7TH ST | MOUNDSVILLE | WV | 26041 | ebuzzard@marshallcountywv.org |
| PICKAWAY COUNTY TREASURER OFFICE | ATTN ELLERY S ELICK, TREASURER | 110 ISLAND RD, STE E | | CIRCLEVILLE | OH | 43113 | eelick@pickawaycountyohio.gov |
| SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC | (COUNSEL TO CLASS CLAIMANTS) | ATTN ELEANOR HAMBURGER | 3101 WESTERN AVE, STE 350 | SEATTLE | WA | 98121 | ele@sylaw.com |
| NEXUS GAS TRANSMISSION LLC, (US) | ERMA JOHNSON | 5400 WESTHEIMER COURT | | HOUSTON | TX | 77056-5310 | ERMA.JOHNSON@ENBRIDGE.COM |
| FIRST ENERGY | SUPPLIER SERVICES | 76 SOUTH MAIN STREET | | AKRON | OH | 44308 | FEHCUSTOMERSERVICE@FIRSTENERGYCORP.COM |
| FIRST ENERGY | GENERAL CONTACT | 76 SOUTH MAIN STREET | | AKRON | OH | 44308 | FEHCUSTOMERSERVICE@FIRSTENERGYCORP.COM |
| COLUMBIA GAS OF KENTUCKY (CKY) | FRANK NINO | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | FNINO@NISOURCE.COM |
| COLUMBIA GAS OF OHIO (COH) | FRANK NINO | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | FNINO@NISOURCE.COM |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | FRANK NINO | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | FNINO@NISOURCE.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO ECO-ENERGY NATURAL GAS, LLC) | ATTN GARY W MARSH | 600 PEACHTREE NE, STE 3000 | ATLANTA | GA | 30308 | gary.marsh@troutman.com |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | 1201 E 55TH ST. | 1201 E 55TH ST.; PO BOX 5759 | CLEVELAND | OH | 44103 | GAS_ENERGY_CHOICE@DOMINIONENERGY.COM |
| DUKE ENERGY OHIO, INC. | CITYGATE OPERATIONS | 315 MAIN STREET | | CINCINNATI | OH | 45202 | GASCOMMERCIALOPERATIONS@DUKE-ENERGY.COM |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | DAVID MARSHALL | ONE VECTREN SQUARE | EVANSVILLE | IN | 47708 | GASTRANSPORTATIONBILLING@VECTREN.COM |
| MGU - MICHIGAN GAS UTILITIES | GREGG GRIFFIN | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 | GREGG.GRIFFIN@MICHIGANGASUTILITIES.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN GREGG A. STEINMAN, ASSOCIATE | 333 SE 2ND AVENUE | SUITE 4500 | MIAMI | FL | 33131-2184 | GSTEINMAN@MWE.COM |
| DUKE ENERGY OHIO, INC. | GUSTAVO DIAZ | 315 MAIN STREET | | CINCINNATI | OH | 45202 | GUSTAVO.DIAZ@DUKE-ENERGY.COM |
| HURON COUNTY TREASURER OFFICE | ATTN ROLAND TKACH, TREASURER | 12 E MAIN ST, STE 300 | | NORWALK | OH | 44857 | hcrea@huroncountyauditor.org |
| SEMCO | HEATHER RIVARD | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 | HEATHER.RIVARD@SEMCOENERGY.COM |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | HEATHER SCHROEDER | ONE VECTREN SQUARE | EVANSVILLE | IN | 47708 | HEATHER.SCHROEDER@CENTERPOINTENERGY.COM |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | HELEN BURNLEY | 2750 MONROE BLVD | AUDUBON | PA | 19403 | HELEN.BURNLEY@PJM.COM |
| MARSHALL COUNTY ASSESSORS OFFICE | ATTN AMANDA LOCKHART | BUSINESS AND COMMERCIAL TAX DEPUTY | PO BOX 554 | MOUNDSVILLE | WV | 26041 | info@assessor.state.wv.us |
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | JACKIE SYDNOR | 700 LOUISIANA STREET | HOUSTON | TX | 77002 | JACKIE_SYDNOR@TCENERGY.COM |
| COSHOCTON COUNTY TREASURER OFFICE | ATTN JANETTE DONAKER, TREASURER | 349 MAIN ST | COURTHOUSE ANNEX | COSHOCTON | OH | 43812 | janettedonaker@coshoctoncounty.net |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | JAY VANZANT | ONE VECTREN SQUARE | EVANSVILLE | IN | 47708 | JAY.VANZANT@CENTERPOINTENERGY.COM |
| GUERNSEY COUNTY TREASURER OFFICE | ATTN JAMES CALDWELL, TREASURER | GUERNSEY COUNTY ADMIN BLDG | 627 WHEELING AVE, STE 201 | CAMBRIDGE | OH | 43725 | jcaldwell@guernseycounty.org |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | IRA ECHO | ONE VECTREN SQUARE | EVANSVILLE | IN | 47708 | jeffery.earl@centerpointenergy.com |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN JEFFERY L. PRIEM | 170 N. HIGH ST. 200 | COLUMBUS | OH | 43215 | JEFFERY.L.PRIEM@USDOJ.GOV |
| CARROL COUNTY TREASURER OFFICE | ATTN JEFF YEAGER, TREASURER | 119 S LISBON ST, STE 103 | PO BOX 327 | CARROLLTON | OH | 44615 | jeffyeager@carrollcountyohio.us |
| VOLUNTEER ENERGY SERVICES, INC. | ATTN JOHN L EINSTEIN, CORPORATE ATTORNEY | 790 WINDMILLER DRIVE | | PICKERINGTON | OH | 43004 | JEINSTEIN@VOLUNTEERENERGY.COM |
| SEMCO | TAM SPENCER | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 | jennifer.dennis@semcoenergy.com |
| PEOPLES NATURAL GAS (PNG) | JASON DALTON | 200 E. RANDOLPH ST. | | CHICAGO | IL | 60601-6302 | Jennifer.Petrisek@peoples-gas.com |
| UNITED STATES TRUSTEE | ATTN JEREMY SHANE FLANNERY | US TRUSTEE OFFICE | 170 NORTH HIGH STREET, STE 200 | COLUMBUS | OH | 43215 | Jeremy.S.Flannery@usdoj.gov |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | JESSE R. DIAZ | 2750 MONROE BLVD | AUDUBON | PA | 19403 | JESSE.DIAZ@PJM.COM |
| CONSUMERS ENERGY COMPANY | JESSE T SUTTON | 1945 W. PARNALL ROAD | | JACKSON | MI | 49201 | JESSE.SUTTON@CMSENERGY.COM |
| FIRST ENERGY | JUSTIN GAWNE | 76 SOUTH MAIN STREET | | AKRON | OH | 44308 | JGAWNE@FIRSTENERGYCORP.COM |
| FAIRFIELD COUNTY TREASURER OFFICE | ATTN JAMES N BAHNSEN, TREASURER | 210 E MAIN ST, RM 206 | | LANCASTER | OH | 43130 | jim.bahnsen@fairfieldcountyohio.gov |
| ISAAC WILES & BURKHOLDER, LLC | ATTN JOHN D. JOLLEY, PARTNER (CORPORATE) | TWO MIRANOVA PLACE | STE. 700 | COLUMBUS | OH | 43215-5098 | JJOLLEY@ISAACWILES.COM |
| COLUMBIA GAS OF KENTUCKY (CKY) | JOY KEITH | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | JKEITH@NISOURCE.COM |
| COLUMBIA GAS OF OHIO (COH) | JOY KEITH | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | JKEITH@NISOURCE.COM |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | JOY KEITH | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | JKEITH@NISOURCE.COM |
| FOLEY & LARDNER LLP | (COUNSEL TO SEQUENT ENERGY MANAGEMENT, LLC) | ATTN JOHN P MELKO | 1000 LOUISIANA, STE 2000 | HOUSTON | TX | 77002-5011 | jmelko@foley.com |
| ICE MILLER LLP | ATTN JOHN C CANNIZZARO, PARTNER | ARENA DISTRICT 250 WEST STREET | SUITE 700 | COLUMBUS | OH | 43215-7509 | john.cannizzaro@icemiller.com |
| EASTERN GAS TRANSMISSION & STORAGE INC. | (FKA DOMINION ENERGY TRANSMISSION, INC) | JOHN HAYES | 925 WHITE OAKES BLVD | BRIDGEPORT | WV | 26330 | JOHN.HAYES@BHEGTS.COM |
| BRICKER & ECKLER LLP | ATTN: JUSTIN W. RISTAU | 100 S. THIRD ST | | COLUMBUS | OH | 43215 | jristau@bricker.com |
| B. RILEY FINANCIAL SERVICES | ATTN JASDEV SINGH, SENIOR ASSOCIATE | 299 PARK AVENUE | 21ST FLOOR | NEW YORK | NY | 10171 | JSINGH@BRILEYFIN.COM |
| HANCOCK COUNTY TREASURER OFFICE | ATTN J STEVE WELTON, TREASURER | HANCOCK COUNTY COURTHOUSE | 300 S MAIN ST | FINDLAY | OH | 45840 | jswelton@co.hancock.oh.us |
| FIRST ENERGY | MELISSA KAPELUCK | 76 SOUTH MAIN STREET | | AKRON | OH | 44308 | KAPELUCKM@FIRSTENERGYCORP.COM |
| KANAWHA COUNTY OFFICE OF ASSESSOR | ATTN KASEY TUCKER, BUSINESS UNIT | 409 VIRGINIA STREET EAST | | CHARLESTON | WV | 25301 | KASEYTUCKER@KANAWHA.US |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN KATE M. BRADLEY | 170 N. HIGH ST. 200 | COLUMBUS | OH | 43215 | KATE.M.BRADLEY@USDOJ.GOV |
| PIKE COUNTY AUDITOR OFFICE | ATTN KAYLA SLUSHER, AUDITOR | 230 WAVERLY PLAZA, STE 200 | | WAVERLY | OH | 45690-1222 | kayla.slusher@pikecounty.oh.gov |
| PANHANDLE EASTERN PIPE LINE COMPANY, LP | KELSI BOWMAN | 1300 MAIN STREET (P.O.BOX 4967) | | HOUSTON | TX | 77002 | KELSI.BOWMAN@ENERGYTRANSFER.COM |
| TRUNKLINE GAS COMPANY , LLC | KELSI BOWMAN | 1300 MAIN STREET (P.O.BOX 4967) | | HOUSTON | TX | 77002 | KELSI.BOWMAN@ENERGYTRANSFER.COM |
| SOUTHERN DISTRICT OF OHIO | ATTN KENNETH E. PARKER, U.S. ATTORNEY | FEDERAL BLDG | 200 W SECOND ST, STE 600 | DAYTON | OH | 45402 | kenneth.parker@usdoj.gov |
| ALLEGHENY COUNTY TREASURER OFFICE | ATTN JOHN K. WEINSTEIN, COUNTY TREASURER | ROOM 108, COURTHOUSE | 436 GRANT STREET | PITTSBURGH | PA | 15219 | kevin.fischer@alleghenycounty.us |
| WILLIAMS COUNTY TREASURER OFFICE | ATTN KELLIE GRAY, TREASURER | 1 COURTHOUSE SQ | | BRYAN | OH | 43506 | kgray@wmsco.org |
| GREENE COUNTY TREASURER OFFICE | ATTN KRAIG A HAGLER, TREASURER | 15 GREENE ST | | XENIA | OH | 45385 | khagler@co.greene.oh.us |
| BELMONT COUNTY TREASURER OFFICE | ATTN KATHERINE J KELICH, TREASURER | 101 W MAIN ST | | ST CLARSVILLE | OH | 43950-1260 | kkelich@belmontcountyohio.org |
| COLUMBIA GAS OF KENTUCKY (CKY) | KENT KOCH | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | KKOCH@NISOURCE.COM |
| COLUMBIA GAS OF OHIO (COH) | KENT KOCH | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | KKOCH@NISOURCE.COM |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | KENT KOCH | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | KKOCH@NISOURCE.COM |
| HAHN LOESER & PARKS LLP | (COUNSEL TO THE OFFICIAL COMMITTEE | OF UNSECURED CREDITORS) | ATTN KATIE L STEINER | CLEVELAND | OH | 44114 | ksteiner@hahnlaw.com |
| DUKE ENERGY OHIO, INC. | ATTN: GEN MGR, GAS COMMERCIAL OPERATIONS | PO BOX 960 | | CINCINNATI | OH | 45201-0960 | Larisa.Vaysman@duke-energy.com |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | LAURA WHITKOFSKI | 1201 E 55TH ST.; PO BOX 5759 | CLEVELAND | OH | 44103 | LAURA.E.WHITKOFSKI@DOMINIONENERGY.COM |
| DUKE ENERGY OHIO, INC. | LAVONNNA FOSTER | 315 MAIN STREET | | CINCINNATI | OH | 45202 | LAVONNA.FOSTER@DUKE-ENERGY.COM |
| COLUMBIA GAS OF KENTUCKY (CKY) | LYNN BURKE | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | LBURKE@NISOURCE.COM |
| COLUMBIA GAS OF OHIO (COH) | LYNN BURKE | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | LBURKE@NISOURCE.COM |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | LYNN BURKE | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | LBURKE@NISOURCE.COM |
| JACKSON COUNTY TREASURER OFFICE | ATTN B LEE HUBBARD, CPA - TREASURER | 226 E MAIN ST, 3RD FL | | JACKSON | OH | 45640 | lee@cpahubbard.com |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS) | ATTN LAWRENCE E OSCAR, ESQ | CLEVELAND | OH | 44114 | leoscar@hahnlaw.com |
| ADAMS COUNTY TREASURER OFFICE | ATTN LISA A NEWMAN, TREASURER | 110 W MAIN ST, RM 135 | | WEST UNION | OH | 45693 | lisa.newman@adamscountyoh.gov |
| HOLMES COUNTY TREASURER OFFICE | ATTN LESLEE MAST, TREASURER | 75 E CLINTON ST, STE 105 | | MILLERSBURG | OH | 44654 | lsmast@co.holmes.oh.us |
| PREBLE COUNTY AUDITOR OFFICE | ATTN LAVON WRIGHT, AUDITOR | 101 E MAIN ST | PO BOX 361 | EATON | OH | 45320-0361 | LWRIGHT@PREBCO.ORG |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN MARIA D. GIANNIRAKIS | 170 N. HIGH ST. 200 | COLUMBUS | OH | 43215 | MARIA.D.GIANNIRAKIS@USDOJ.GOV |
| CENTERPOINT ENERGY | (F/K/A VECTREN ENERGY DELIVERY OF OHIO) | MARIA SOLANO | ONE VECTREN SQUARE | EVANSVILLE | IN | 47708 | MARIA.SOLANO@CENTERPOINTENERGY.COM |

| Name | Attn | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| BLANK ROME LLP | ATTN MARK R. HASKELL, PARTNER | 1825 EYE STREET NW | | WASHINGTON | DC | 20006 | MARK.HASKELL@BLANKROME.COM |
| PJM INTERCONNECTION, L.L.C. | (PJM SETTLEMENTS, INC.) | MARK MILLION | 2750 MONROE BLVD | AUDUBON | PA | 19403 | MARK.MILLION@PJM.COM |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN MARYANNE WILSBACHER, ASST UST | 170 N. HIGH ST. 200 | COLUMBUS | OH | 43215 | MARYANNE.WILSBACHER@USDOJ.GOV |
| NOBLE COUNTY TREASURER OFFICE | ATTN MARILYN BOND, TREASURER | 290 COURTHOUSE | | CALDWELL | OH | 43724 | mbond@noblecountyohio.gov |
| SEMCO | MELISSA DEEG | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 | MELISSA.DEEG@SEMCOENERGY.COM |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL | G. MENNEN WILLIAMS BLDG, 7TH FL | 525 W OTTAWA ST - PO BOX 30212 | LANSING | MI | 48909 | MIAG@MICHIGAN.GOV |
| PNC BANK N.A. | ATTN MICHAEL ETIENNE, SENIOR VP | THE TOWER AT PNC PLAZA | 300 FIFTH AVENUE | PITTSBURGH | PA | 15222-2401 | MICHAEL.ETIENNE@PNC.COM |
| BLANK ROME LLP | ATTN MICHAEL C. GRAZIANO | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | PHILADELPHIA | PA | 19103 | MICHAEL.GRAZIANO@BLANKROME.COM |
| LAKE COUNTY TREASURER OFFICE | ATTN MICHAEL ZUREN, TREASURER | 105 MAIN ST | | PAINESVILLE | OH | 44077 | michael.zuren@lakecountyohio.gov |
| ROCKIES EXPRESS PIPELINE LLC | JOHN DROZD | 370 VAN GORDON STREET | | LAKEWOOD | CO | 80228-1519 | Mike.Callahan@tallgrass.com |
| MORROW COUNTY TREASURER OFFICE | ATTN MICHAEL D GOFF, TREASURER | COURT HOUSE | 48 E HIGH ST | MOUNT GILEAD | OH | 43338-1493 | MIKE.GOFF@CO.MORROW.OH.US |
| PEOPLES NATURAL GAS (PNG) | ATTN SENIOR ATTORNEY | 375 NORTH SHORE DR, STE 600 | | PITTSBURGH | PA | 15212 | MINA.SPEICHER@PEOPLES-GAS.COM |
| PEOPLES NATURAL GAS (PNG) | WILHELMINA SPEICHER | P O BOX 6050 | | CAROL STREAM | IL | 60197-6050 | MINA.SPEICHER@PEOPLES-GAS.COM; legal@peoples-gas.com |
| MICHIGAN DEPT OF TREASURY | ATTN: CUSTOMER CONTACT DIVISION | MBT UNIT; AUSTIN BLDG | 430 W ALLEGAN ST | LANSING | MI | 48922 | MIStateTreasurer@michigan.gov |
| DUKE ENERGY OHIO, INC. | MITCH MARTIN | 315 MAIN STREET | | CINCINNATI | OH | 45202 | MITCH.MARTIN@DUKE-ENERGY.COM |
| FOLEY & LARDNER LLP | (COUNSEL TO SEQUENT ENERGY MANAGEMENT, LLC) | ATTN MARK C MOORE | 2021 MCKINNEY AVE, STE 1600 | DALLAS | TX | 75201 | mmoore@foley.com |
| CAPITAL INDEMNITY CORPORATION | MARK OVERBEY | 600 ASPEN COMMONS, STE 300 | | MIDDLETON | WI | 53562 | MOVERBEY@CAPSPECIALTY.COM |
| MICHIGAN PUBLIC SERVICE COMMISSION | ATTN DAN SCRIPPS, COMMISSIONER, CHAIR | 7109 W SAGINAW HWY | | LANSING | MI | 48917 | MPSC_COMMISSIONERS@MICHIGAN.GOV; CallahanJ@michigan.gov |
| MICHIGAN PUBLIC SERVICE COMMISSION | ATTN DAN SCRIPPS, COMMISSIONER, CHAIR | PO BOX 30221 | | LANSING | MI | 48909 | MPSC_COMMISSIONERS@MICHIGAN.GOV; hanseyS1@michigan.gov |
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | CUSTOMER SERVICES TEAM | 450 - 1 STREET S.W. | CALGARY | AB | T2P 5H1 | NAVIGATES@TCENERGY.COM |
| DOMINION ENERGY - OHIO | (F/K/A THE EAS OHIO GAS COMPANY) | AYDEN CANAVOS | 1201 E 55TH ST.; PO BOX 5759 | CLEVELAND | OH | 44103 | NICHOLAS.A.CANAVOS@DOMINIONENERGY.COM |
| MGU - MICHIGAN GAS UTILITIES | NICHOLAS KRZEMINSKI | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 | NICHOLAS.KRZEMINSKI@MICHIGANGASUTILITIES.COM; NJKRZEMINSKI@MICHIGANGASUTILITIES.COM; |
| BUTLER COUNTY TREASURER OFFICE | ATTN NANCY NIX | 315 HIGH ST, 10TH FL | | HAMILTON | OH | 45011 | NixN@butlercountyohioh.org |
| MCDERMOTT WILL & EMERY LLP | ATTN NATALIE A. ROWLES, ASSOCIATE | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 | NROWLES@MWE.COM |
| AEP | ANITA ADAMS | 1 RIVERSIDE PLAZA | | COLUMBUS | OH | 43215-2372 | OHIOCHOICEOPERATION@AEP.COM |
| SEMCO | PATTY SCHNEIDER | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 | PATRICIA.SCHNEIDER@SEMCOENERGY.COM |
| PAULDING COUNTY TREASURER OFFICE | ATTN LOU ANN WANNEMACHER, TREASURER | 115 N WILLIAMS ST | PO BOX 437 | PAULDING | OH | 45879 | PCTREAS@PAULDINGCOUNTYOH.COM |
| MEIGS COUNTY TREASURER OFFICE | ATTN PEGGY S YOST, TREASURER | 100 E SECOND ST | | POMEROY | OH | 45769-0231 | peggysyost@meigscountytreasurer.com |
| SENECA COUNTY TREASURER OFFICE | ATTN PAUL HARRISON, TREASURER | 109 S WASHINGTON ST, STE 2105 | | TIFFIN | OH | 44883 | pharrison@senecacountyohio.gov |
| CONSUMERS ENERGY COMPANY | ATTN: GAS TRANSPORTATION SVCS DEPT. | 1945 W. PARNALL ROAD | | JACKSON | MI | 49201 | phillip.walsh@cmsenergy.com |
| TENNESSEE GAS PIPELINE COMPANY, LLC | PRESTON TROUTMAN | P.O. BOX 2511 | | HOUSTON | TX | 77252-2511 | PRESTON_TROUTMAN@KINDERMORGAN.COM |
| KENTUCKY PUBLIC SERVICE COMMISSION | P.O. BOX 615 | 211 SOWER BOULEVARD | | FRANKFORT | KY | 40602-0615 | psc.consumer.inquiry@ky.gov |
| ISAAC WILES & BURKHOLDER, LLC | ATTN PHILIP K. STOVALL, ASSOCIATE | TWO MIRANOVA PLACE | STE. 700 | COLUMBUS | OH | 43215-5098 | PSTOVALL@ISAACWILES.COM |
| JEFFERSON COUNTY TREASURER OFFICE | ATTN RAYMOND M AGRESTA, TREASURER | 301 MARKET ST, RM 104 | | STEUBENVILLE | OH | 43952 | ragresta@jeffersoncountyoh.com |
| PA DEPARTMENT OF REVENUE | ATTN PA DEPARTMENT OF REVENUE | P O BOX 280405 | | HARRISBURG | PA | 17128-0405 | ra-rv-bet-hbg-ta-em@PA.GOV |
| PA DEPARTMENT OF REVENUE | ATTN PA DEPARTMENT OF REVENUE | PO BOX 280407 | | HARRISBURG | PA | 17128-0407 | ra-rv-bet-hbg-ta-em@PA.GOV |
| PA DEPARTMENT OF REVENUE | ATTN PA DEPARTMENT OF REVENUE | PO BOX 280905 | | HARRISBURG | PA | 17128-0905 | ra-rv-bet-hbg-ta-em@PA.GOV |
| PA DEPARTMENT OF REVENUE | ATTN: PA DEPARTMENT OF REVENUE | LOBY, STRAWBERRY SQ | | HARRISBURG | PA | 17128-0101 | RA-RV-BET-HBG-TA-EM@pa.gov |
| VOLUNTEER ENERGY SERVICES, INC. | ATTN RICHARD A CURNUTTE SR | CEO/PRESIDENT | 790 WINDMILLER DRIVE | PICKERINGTON | OH | 43147 | RCURNUTTE@VOLUNTEERENERGY.COM |
| PANHANDLE EASTERN PIPE LINE CO, LP | ATTN ADORA OFOMAN | PO BOX 204037 | | DALLAS | TX | 75320-4037 | REGCREDITRISK@ENERGYTRANSFER.COM |
| TRUNKLINE GAS COMPANY , LLC | ADAORA OFOMA | 1300 MAIN STREET (P.O.BOX 4967) | | HOUSTON | TX | 77002 | REGCREDITRISK@ENERGYTRANSFER.COM |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON, PARTNER | 1201 N. MARKET STREET | SUITE 800 | WILMINGTON | DE | 19801 | REGINA.KELBON@BLANKROME.COM |
| MGU - MICHIGAN GAS UTILITIES | RHONDA E MCCORMICK | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 | RHONDA.MCCORMICK@MICHIGANGASUTILITIES.COM |
| ANR PIPELINE COMPANY | JUDY SMITH | 700 LOUISIANA ST | SUITE 1300 | HOUSTON | TX | 77002 | richard_bralow@tcenergy.com |
| HAHN LOESER & PARKS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN ROCCO I DEBITETTO, ESQ | | CLEVELAND | OH | 44114 | ridebitetto@hahnlaw.com |
| PUBLIC UTILITIES COMMISSION OF OHIO | ATTN ROBERT FADLEY, DIRECTOR | SERVICE MONITORING & ENFORCEMENT DEPT | 180 EAST BROAD STREET | COLUMBUS | OH | 43215-3793 | ROBERT.FADLEY@PUCO.OHIO.GOV; Megan.DeLisi@puco.ohio.gov |
| CONSUMERS ENERGY COMPANY | ROBERT G. RAILLING | P.O. BOX 740309 | | CINCINNATI | OH | 45274-0309 | ROBERT.RAILLING@CMSENERGY.COM |
| SEMCO | ROXANN ZMOLIK | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 | ROXANN.ZMOLIK@SEMCOENERGY.COM |
| LOGAN COUNTY TREASURER OFFICE | ATTN RHONDA STAFFORD, TREASURER | 100 S MADRIVER ST | | BELLEFONTAINE | OH | 43311 | rstafford@co.logan.oh.us |
| CLINTON COUNTY TREASURER OFFICE | ATTN KYLE RUDDUCK, TREASURER | 46 S SOUTH ST, STE 205 | | WILMINGTON | OH | 45177 | rudduck.kyle@clintoncountyohio.us |
| AEP | JASMAN J. CLAY | 1 RIVERSIDE PLAZA | | COLUMBUS | OH | 43215-2372 | russell@russelljohnsonlawfirm.com |
| TENNESSEE GAS PIPELINE COMPANY, LLC | VERONICA ESPARZA | PO BOX 734034 | | DALLAS | TX | 73403 | Ruth.hearn@kindermorgan.com |
| ATHENS COUNTY TREASURER OFFICE | ATTN RIC WASSERMAN, TREASURER | 15 S COURT ST, RM 334 | | ATHENS | OH | 45701 | rwasserman@athensoh.org |
| SEMCO | RYAN HOUCK | 1411 THIRD STREET | SUITE A | PORT HURON | MI | 48060 | RYAN.HOUCK@SEMCOENERGY.COM |
| DUKE ENERGY OHIO, INC. | SCOTT NICHOLSON | 315 MAIN STREET | | CINCINNATI | OH | 45202 | SCOTT.NICHOLSON@DUKE-ENERGY.COM |
| DUKE ENERGY OHIO, INC. | 526 SOUTH CHURCH ST. | | | CHARLOTTE | NC | 28202 | Scott.Nicholson@duke-energy.com |
| MGU - MICHIGAN GAS UTILITIES | SHANNON BURZUCKI | 711 STARLITE DR | | BENTON HARBOR | MI | 49022 | shannon.burzycki@wecenergygroup.com |
| EASTERN GAS TRANSMISSION & STORAGE INC. | F/K/A DOMINION ENERGY TRANSMISSION, INC. | ATTN SHARAD MATHUR, CREDIT RISK MGMT. | 925 WHITE OAKES BLVD | BRIDGEPORT | WV | 26330 | SHARAD.MATHUR@BHEGTS.COM |
| MICHCON - DTE | SHERYL MALONEY | ONE ENERGY PLAZA | | DETROIT | MI | 48226 | SHERYL.MALONEY@DTEENERGY.COM |
| WETZEL COUNTY ASSESSOR | ATTN SCOTT LEMLEY | WETZEL COUNTY COURTHOUSE | 210 MAIN ST. | NEW MARTINSVILLE | WV | 26155 | SLEMLEY@WVASSESSOR.COM |
| NORTHERN DISTRICT OF WEST VIRGINIA | ATTN WILLIAM J. IHLENFELD, II, U.S. ATTY | FREDRICK P STAMP JR FED BLDG & | US COURTHOUSE; 1125 CHAPLINE ST STE 3000 | WHEELING | WV | 26003 | STACY.BISHOP@USDOJ.GOV |
| BLANK ROME LLP | (COUNSEL TO PNC BANK NA) | ATTN STANLEY B TARR, ESQ | 1201 N MARKET ST, STE 800 | WILMINGTON | DE | 19801 | STANLEY.TARR@BLANKROME.COM |
| PEOPLES NATURAL GAS (PNG) | STEVEN KOLICH | 200 E. RANDOLPH ST. | | CHICAGO | IL | 60601-6302 | STEVEN.P.KOLICH@PEOPLES-GAS.COM |
| JOSEPH S STREB CO LPA | (COUNSEL TO MUIRFIELD ENERGY, INC) | ATTN JOSEPH S STREB | 736 NEIL AVE | COLUMBUS | OH | 43215 | Streblaw@sbcglobal.net |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | ATTN BUREAU OF ADMIN SVCS FISCAL SECTION | P.O. BOX 3265 | | HARRIBURG | PA | 17105-3265 | stwimer@pa.gov; wascott@pa.gov |
| SUMMIT COUNTY FISCAL OFFICE | ATTN KRISTEN M SCALISE, FISCAL OFFICER | OHIO BLDG, TREASURER DIVISION | 175 S MAIN ST, 3RD FL | AKRON | OH | 44308 | SUMMITTREAS@SUMMITOH.NET |
| COLUMBIA GAS OF KENTUCKY (CKY) | STEVE WOOSLEY | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | SWOOSLEY@NISOURCE.COM |
| COLUMBIA GAS OF OHIO (COH) | STEVE WOOSLEY | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | SWOOSLEY@NISOURCE.COM |
| COLUMBIA GAS OF PENNSYLVANIA (CPA) | STEVE WOOSLEY | 290 W NATIONWIDE BLVD | | COLUMBUS | OH | 43215 | SWOOSLEY@NISOURCE.COM |
| EASTERN GAS TRANSMISSION & STORAGE INC. | (FKA DOMINION ENERGY TRANSMISSION, INC) | TAMMI MARTIN | 707 EAST MAIN STREET, 18TH FL | RICHMOND | VA | 23219 | TAMMI.MARTIN@BHEGTS.COM |
| DPL - DAYTON POWER & LIGHT COMPANY | TANYA DORNBUSCH | 1900 DRYDEN ROAD | | DAYTON | OH | 45439 | TANYA.DORNBUSCH@AES.COM |
| WEST VIRGINIA STATE TAX DEPARTMENT | THE REVENUE CENTER | 1001 LEE ST. E | | CHARLESTON | WV | 25301 | tAXIEGAL@wv.gOV |
| WEST VIRGINIA STATE TAX DEPARTMENT | ALBERT T. SUMMERS CTR STATE | OFFICE BLDG; 1124 SMITH STREET | | CHARLESTON | WV | 25301 | tAXIEGAL@wv.gOV |
| MONROE COUNTY TREASURER OFFICE | ATTN TAYLOR G ABBOTT, TREASURER | 101 N MAIN ST, RM 21 | | WOODSFIELD | OH | 43793 | TAYLOR.ABBOTT@MONROECOUNTYOHIO.COM |
| LAWRENCE COUNTY TREASURER OFFICE | ATTN TRESA L BAKER, TREASURER | 111 S 4TH ST | | IRONTON | OH | 45638 | tbaker@lawrencegov.org |
| WASHINGTON COUNTY TREASURER OFFICE | ATTN TAMMY BATES, TREASURER | 205 PUTNAM ST | | MARIETTA | OH | 45750 | TBATES@WCGOV.ORG |

| Name | Attn | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| B. RILEY FINANCIAL SERVICES | ATTN TOM BUCK, SR MANAGING DIRECTOR | 299 PARK AVENUE | 21ST FLOOR | NEW YORK | NY | 10171 | TBUCK@BRILEYFIN.COM |
| TENNESSEE GAS PIPELINE COMPANY, LLC | TED CHAVEZ | P.O. BOX 2511 | | HOUSTON | TX | 77252-2511 | TED_CHAVEZ@KINDERMORGAN.COM |
| MICHCON - DTE | THOMAS JEFF GORENFLO | ONE ENERGY PLAZA | | DETROIT | MI | 48226 | THOMAS.GORENFLO@DTEENERGY.COM |
| PNC BANK N.A. | ATTN TODD W MILENIUS | THE TOWER AT PNC PLAZA | 300 FIFTH AVENUE | PITTSBURGH | PA | 15222-2401 | TODD.MILENIUS@PNC.COM |
| B. RILEY FINANCIAL SERVICES | ATTN TODD SANDFORD, CONSULTANT | 299 PARK AVENUE | 21ST FLOOR | NEW YORK | NY | 10171 | TODD@SANDFORDCONSULTING.ORG |
| PUTNAM COUNTY ASSESSOR | ATTN GARY WARNER | 12093 WINFIELD ROAD | SUITE 3 | WINFIELD | WV | 25213 | tracy.warnecke@putnamcountyohio.gov |
| DELAWARE COUNTY TREASURER OFFICE | ATTN DONALD E RANKEY JR, TREASURER | 145 N UNION ST, 1ST FL | | DELAWARE | OH | 43015 | TREASCOMMENT@cuyahogacounty.us |
| SHELBY COUNTY TREASURER OFFICE | ATTN JOH COFFIELD, TREASURER | SHELBY COUNTY ANNEX, | 129 E COURT ST, 3RD FL | SIDNEY | OH | 45365 | treasoffice@shelbycountytreasurer.com |
| ALLEN COUNTY TREASURER OFFICE | ATTN KRISTA BOHN, TREASURER | 301 N MAIN ST, RM 201 & 203 | | LIMA | OH | 45801-4434 | treasurer@allencountyohio.gov |
| ASHTABULA COUNTY TREASURER OFFICE | ATTN ANGIE MAKI-CLIFF, TREASURER | ASHTABULA COUNTY COURTHOUSE | 25 W JEFFERSON ST | JEFFERSON | OH | 44047 | treasurer@ashtabulacounty.us |
| BROWN COUNTY TREASURER OFFICE | ATTN CONNIE PATRICK | 800 MT ORAB PIKE, STE 171 | | GEORGETOWN | OH | 45121 | Treasurer@BrownCountyOhio.gov |
| CLARK COUNTY TREASURER OFFICE | ATTN PAMELA LITTLEJOHN, TREASURER | AB GRAHAM BLDG | 31 N LIMESTONE ST | SPRINGFIELD | OH | 45502 | Treasurer@clarkcountyohio.gov |
| CLERMONT COUNTY TREASURER OFFICE | ATTN JEANNIE M ZURMEHLY, TREASURER | 1810 E MAIN ST | | BATAVIA | OH | 45103 | Treasurer@clermontcountyohio.gov |
| CHAMPAIGN COUNTY TREASURER OFFICE | ATTN ROBIN K EDWARDS, TREASURER | 1512 S US HIGHWAY 68, STE B400 | PO BOX 353 | URBANA | OH | 43078 | treasurer@co.champaign.oh.us |
| HARDIN COUNTY TREASURER OFFICE | ATTN DENISE K ALTHAUSER, TREASURER | ONE COURTHOUSE SQ, STE 230 | | KENTON | OH | 43326 | treasurer@co.hardin.oh.us |
| HIGHLAND COUNTY TREASURER OFFICE | ATTN VICKIE L WARNOCK | PO BOX 824 | | HILLSBORO | OH | 04513 | treasurer@co.highland.oh.us |
| HIGHLAND COUNTY TREASURER OFFICE | ATTN: VICKIE L WARNOCK | 119 GOVERNER FORAKER PL | | HILLSBORO | OH | 45133 | treasurer@co.highland.oh.us |
| KNOX COUNTY TREASURER OFFICE | ATTN SHELLEY COON, TREASURER | 117 E HIGH ST, STE 103 | | MOUNT VERNON | OH | 43050 | treasurer@co.knox.oh.us |
| LUCAS COUNTY TREASURER OFFICE | ATTN LINDSAY M WEBB, TREASURER | ONE GOVERNMENT CTR, STE 500 | | TOLEDO | OH | 43604 | treasurer@co.lucas.oh.us |
| MARION COUNTY TREASURER OFFICE | ATTN JAN DRAPER, TREASURER | 222 W CENTER ST | | MARION | OH | 43302 | treasurer@co.marion.oh.us |
| SANDUSKY COUNTY TREASURER OFFICE | ATTN KIMBERLY FOREMAN, TREASURER | 100 N PARK AVE, STE 112 | | FREMONT | OH | 43420 | treasurer@co.sandusky.oh.us |
| TRUMBULL COUNTY TREASURER OFFICE | ATTN SAM LAMANCUSA, TREASURER | COUNTY ADMIN BLDG | 160 HIGH ST, NW, FL 2A | WARREN | OH | 44481 | TREASURER@CO.TRUMBULL.OH.US |
| TUSCARAWAS COUNTY TREASURER OFFICE | ATTN JEFF MAMARELLA, TREASURER | 125 E HIGH AVE | | NEW PHILADELPHIA | OH | 44663 | TREASURER@CO.TUSCARAWAS.OH.US |
| UNION COUNTY TREASURER OFFICE | ATTN ANDRE J SMARRA, TREASURER | 233 W 6TH ST, 2ND FL | | MARYSVILLE | OH | 43040 | TREASURER@CO.UNION.OH.US |
| WYANDOT COUNTY TREASURER OFFICE | ATTN FRANKLIN J GRAFMILLER, TREASURER | 109 S SANDUSKY AVE | | UPPER SANDUSKY | OH | 43351 | TREASURER@CO.WYANDOT.OH.US |
| CRAWFORD COUNTY TREASURER OFFICE | ATTN CINDY EDWARDS, TREASURER | 112 E MANSFIELD ST, STE 102 | | BUCYRUS | OH | 44820-2349 | treasurer@crawford-co.org |
| DEFIANCE COUNTY TREASURER OFFICE | ATTN VICKIE S MYERS, TREASURER | 500 W SECOND ST, STE 101 | PO BOX 278 | DEFIANCE | OH | 43512 | treasurer@defiancecounty.oh.gov |
| FRANKLIN COUNTY TREASURER OFFICE | ATTN CHERYL BROOKS SULLIVAN, TREASURER | 373 S HIGH ST, 17TH FL | | COLUMBUS | OH | 43215-6306 | Treasurer@franklincountyoh.gov |
| FULTON COUNTY TREASURER OFFICE | ATTN CHARLENE E LEE, TREASURER | 152 S FULTON ST, STE 155 | | WAUSEON | OH | 43567 | treasurer@fultoncountyoh.com |
| GALLIA COUNTY TREASURER OFFICE | ATTN ROBERT J JACKS, TREASURER | 18 LOCUS ST, RM 1264 | | GALLIPOLIS | OH | 45631-1264 | treasurer@gallianet.net |
| HENRY COUNTY TREASURER OFFICE | ATTN DIANA WACHTMAN, TREASURER | 660 N PERRY ST, STE 204 | | NAPOLEON | OH | 43545 | treasurer@henrycountyohio.com |
| MADISON COUNTY TREASURER OFFICE | ATTN STACEY MCKENZIE, TREASURER | 1 N MAIN ST | PO BOX 675 | LONDON | OH | 43140-0675 | treasurer@madison.oh.gov |
| MAHONING COUNTY TREASURER OFFICE | ATTN DANIEL R YEMMA, TREASURER | 120 MARKET ST, 1ST FL | | YOUNGSTOWN | OH | 44503 | treasurer@mahoningcountyoh.gov |
| MERCER COUNTY TREASURER OFFICE | ATTN DAVID E WOLTERS, TREASURER | 101 N MAIN ST, RM 201 | | CELINA | OH | 45822 | treasurer@mercercountyohio.org |
| MIAMI COUNTY TREASURER OFFICE | ATTN JIM STUBBS, TREASURER | 201 W MAIN ST, 1ST FL | | TROY | OH | 45373 | Treasurer@MiamiCountyOhio.gov |
| MORGAN COUNTY TREASURER OFFICE | ATTN RANDY WILLIAMS, TREASURER | THE RIECKER BLDG | 155 E MAIN ST | MCCONNELSVILLE | OH | 43756 | TREASURER@MORGANCOUNTY-OH.GOV |
| MUSKINGUM COUNTY TREASURER OFFICE | ATTN TODD A HIXSON, TREASURER | MUSKINGUM COUNTY COURTHOUSE | 401 MAIN ST | ZANESVILLE | OH | 43701 | TREASURER@MUSKINGUMCOUNTY.ORG |
| PERRY COUNTY TREASURER OFFICE | ATTN THERESA MOORE, TREASURER | 212 S MAIN ST, UPPER LEVEL | PO BOX 288 | NEW LEXINGTON | OH | 43764 | TREASURER@PERRYCOUNTYOHIO.NET; THERESA.MOORE@PERRYCOUNTYOHIO.NET |
| ROSS COUNTY TREASURER OFFICE | ATTN DAVID JEFFERS, TREASURER | ROSS COUNTY COURTHOUSE | 2 N PAINT ST, STE F | CHILLICOTHE | OH | 45601 | treasurer@rosscountyohio.gov |
| STARK COUNTY TREASURER OFFICE | ATTN ALEXANDER A ZUMBAR, TREASURER | 110 CENTRAL PLAZA S, STE 250 | | CANTON | OH | 44702-1410 | TREASURER@STARKCOUNTYOHIO.GOV |
| VAN WERT COUNTY TREASURER OFFICE | ATTN JEFF MCINTOSH, TREASURER | VAN WERT COUNTY COURTHOUSE | 121 E MAIN ST, STE 200 | VAN WERT | OH | 45891 | TREASURER@VANWERTCOUNTY.ORG |
| VINTON COUNTY TREASURER OFFICE | ATTN VICKI MAXWELL, TREASURER | 100 E MAIN ST | | MCARTHUR | OH | 45651 | TREASURER@VINTONCO.COM |
| WAYNE COUNTY TREASURER OFFICE | ATTN MELISSA A KOCH, TREASURER | 428 W LIBERTY ST | | WOOSTER | OH | 44691 | TREASURER@WAYNE-OHIO.ORG |
| MEDINA COUNTY TREASURER OFFICE | ATTN JOHN A BURKE, TREASURER | MEDINA COUNTY ADMIN BLDG | 144 N BROADWAY | MEDINA | OH | 44256 | treasurerburke@medinaco.org |
| KENTUCKY STATE TREASURER | ATTN UNCLAIMED PROPERTY DIVISION | 1050 US HIGHWAY 127 SOUTH, STE 100 | | FRANKFORT | KY | 40601 | TREASURY.WEB@KY.GOV |
| VORYS, SATER, SEYMOUR AND PEASE LLP | (COUNSEL TO PNC BANK, NATIONAL ASSOCIATION) | ATTN TIFFANY STRELOW COBB | 52 EAST GAY ST | COLUMBUS | OH | 43216-1008 | tscobb@vorys.com |
| PENNSYLVANIA STATE TREASURY | ATTN UNCLAIMED PROPERTY DIVISION | 4TH FL, RIVERFRONT OFFICE CTR | 1101 SOUTH FRONT ST | HARRISBURG | PA | 17104-2516 | TUPMAIL@PATREASURY.GOV |
| MICHCON - DTE | TYLER RUSH | ONE ENERGY PLAZA | | DETROIT | MI | 48226 | TYLER.RUSH@DTEENERGY.COM |
| COLUMBIA GAS TRANSMISSION CORP. | (COLUMBIA GAS TRANSMISSION LLC) | USMAN KHAN | 700 LOUISIANA STREET | HOUSTON | TX | 77002 | USMAN_KHAN@TCENERGY.COM |
| HARRISON COUNTY TREASURER OFFICE | ATTN VICKI SEFSICK, TREASURER | COMMUNITY IMPROVEMENT COPORATION | 538 N MAIN ST, STE A | CADIZ | OH | 43907 | vsefsick@harrisoncountyohio.org |