# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| VOLUNTEER ENERGY SERVICES, INC., | Case No. 22-50804 |
| Debtor.[1] | Judge C. Kathryn Preston |

## NOTICE AND SUMMARY OF FIRST MONTHLY FEE STATEMENT OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 25, 2022 THROUGH APRIL 30, 2022

| Name of Applicant: | McDermott Will & Emery LLP |
|---|---|
| Applicant's role in case: | Counsel to the Debtor and Debtor in Possession |
| Date of retention: | Retention approved by Order entered on April 26, 2022 (Doc. 233), effective as of March 25, 2022 |
| Compensation period: | March 25, 2022 through April 30, 2022 |
| Total fees since start of retention: | $747,717.00 |
| Fees requested in this statement: | $672,945.30 (90% of $747,717.00) |
| Fees subject to holdback: | $74,771.70 (10% of $747,717.00) |
| Total fee holdback to date: | $74,771.70 (10% of $747,717.00) |
| Total expenses since start of retention | $24,606.27 |
| Expenses requested in this statement | $24,606.27 |
| Total of fees and expenses requested in this statement: | $772,323.27 |

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters is 790 Windmiller Drive, Pickerington, Ohio 43147.

## NOTICE

| | |
|---|---|
| **Subject and Purpose of Notice:** | This notice (the "Notice") is being filed by McDermott Will & Emery LLP ("MWE"), which is employed as counsel to Volunteer Energy Services, Inc. (the "Debtor"), the debtor in possession. |
| | The Debtor's retention of MWE was approved by the Court on April 26, 2022 pursuant to the *Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date* (Doc. 233). |
| | This notice is being filed as a part of the process by which McDermott is permitted to seek monthly payment of compensation and reimbursement of expenses. |
| **Procedure for Monthly Compensation:** | This notice and the attached summary are being filed in accordance with the Case Management Procedures (the "Case Management Procedures")[1] approved by the *Order Setting Omnibus Hearings and Amending Case Management Procedures* (Doc. 320). Under the provisions of the Case Management Procedures, MWE may seek monthly payment of compensation and reimbursement of expenses. The Case Management Procedures allow 90% of the requested compensation and 100% expense reimbursement to be paid after the objection period has lapsed and any objections have been resolved. The remaining 10% of the requested compensation is a "holdback" for future allowance. |
| **Service of Monthly Statement:** | In accordance with the Case Management Procedures, on the date of this Notice, a complete Monthly Statement with time entries has been served on the Professional Fee Notice Parties. MWE represents that the Monthly Statement that was served and the attachments to it contain the information and contents required by the Case Management Procedures. |
| **Summary of Compensation and Reimbursement Requests:** | The first page of this Notice contains an overview of the amounts of fees and reimbursement of expenses requested by MWE through the period from March 25, 2022 through April 30, 2022 (the "Compensation Period"). Additional details can be found within the following exhibits: |

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Case Management Procedures.

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an hourly basis) by MWE partners, of counsel, associates, paraprofessionals, and legal assistants during the Compensation Period with respect to each of the project categories MWE established in accordance with its internal billing procedures.

- **Exhibit B** is a schedule providing certain information regarding the MWE professionals for whose work on this chapter 11 case compensation is sought.

- **Exhibit C** is a schedule for the Compensation Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which MWE is seeking reimbursement in its Monthly Statement.

| | |
|---|---|
| **Objections:** | The Case Management Procedures require that any objection to the Monthly Statement must be served on MWE and the Professional Fee Notice Parties within ten days of the service of the Monthly Statement. If no objections are properly served and filed (or if any objections are resolved through the process set forth in the Case Management Procedures), the Debtor is authorized to pay to MWE 90% of the undisputed fees and 100% of the undisputed expenses identified in the Monthly Statement. |

|  |  |
|---|---|
| Dated: June 7, 2022<br>Columbus, Ohio | Respectfully submitted,<br><br>*/s/ Philip K. Stovall*<br>David M. Whittaker (0019307)<br>Philip K. Stovall (0090916)<br>**ISAAC WILES & BURKHOLDER, LLC**<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215-5098<br>Tel:   (614) 221-2121<br>Fax:   (614) 365-9516<br>Email: dwhittaker@isaacwiles.com<br>         pstovall@isaacwiles.com<br><br>*- and -*<br><br>Darren Azman (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel:   (212) 547-5400<br>Fax:   (212) 547-5444<br>Email  dazman@mwe.com<br>         nrowles@mwe.com<br><br>*Counsel to the Debtor and*<br>*Debtor in Possession* |

# Exhibit A

# Summary of Compensation by Project Category

Case 2:22-bk-50804    Doc 334    Filed 06/07/22    Entered 06/07/22 17:56:03    Desc Main
Document    Page 5 of 10

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 25, 2022 THROUGH APRIL 30, 2022**

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 81.8 | $71,589.50 |
| B120 | Asset Analysis and Recovery | 7.6 | $7,380.00 |
| B130 | Asset Disposition | 108.6 | $116,061.00 |
| B150 | Meetings/Communications with Creditor | 34.9 | $37,729.50 |
| B155 | Court Hearings | 164.7 | $162,236.50 |
| B160 | Fee/Employment Applications | 23.0 | $20,267.00 |
| B185 | Assumption/Rejection of Leases | 85.2 | $81,544.50 |
| B190 | Other Contested Matters | 23.8 | $21,297.00 |
| B195 | Non-Working Travel | 32.0 | $15,020.00[1] |
| B210 | Business Operations | 49.3 | $46,180.00 |
| B220 | Employee Benefits/Pensions | 18.1 | $16,079.50 |
| B230 | Financing/Cash Collections | 122.1 | $121,759.00 |
| B310 | Claims Administration & Objections | 37.1 | $30,573.50 |
| **TOTAL** | | **788.2** | **$747,717.00** |

---

[1] All time billed to B195 (Non-Working Travel) is billed at a 50% reduction.

# Exhibit B

# Summary of Compensation by Professional

**COMPENSATION BY PROFESSIONAL**
**MARCH 25, 2022 THROUGH APRIL 30, 2022**

| Name | Position | Department | Year Admitted | Billing Rate | Total Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Debra A. Harrison | Partner | Corporate Advisory | 1992 | $1,305 | 31.7 | $41,368.50 |
| Darren Azman | Partner | Corporate Advisory | 2011 | $1,170 | 144.2 | $168,714.00 |
| Robert M. Lamkin | Partner | Energy & Project Finance | 1986 | $1,150 | 10.7 | $12,305.00 |
| Stacy A. Lutkus | Counsel | Corporate Advisory | 2003 | $1,020 | 100.1 | $102,102.00 |
| Stacy A. Lutkus | Counsel | Corporate Advisory | 2003 | $510[1] | 11.4 | $5,814.00 |
| Gregg A. Steinman | Associate | Corporate Advisory | 2016 | $940 | 153.50 | $144,290.00 |
| Gregg A. Steinman | Associate | Corporate Advisory | 2016 | $470[2] | 7.0 | $3,290.00 |
| Elle Hayes | Associate | Corporate Advisory | 2017 | $905 | 6.3 | $5,701.50 |
| Daniel A. Thomson | Associate | Corporate Advisory | 2019 | $905 | 87.7 | $79,368.50 |
| Jake Jumbeck | Associate | Corporate Advisory | 2017 | $870 | 22.5 | $19,575.00 |
| Natalie A. Rowles | Associate | Corporate Advisory | 2018 | $870 | 156.4 | $136,068.00 |
| Natalie A. Rowles | Associate | Corporate Advisory | 2018 | $435[3] | 13.6 | $5,916.00 |
| Jennifer M. Schein | Associate | Corporate Advisory | 2017 | $700 | 16.0 | $11,200.00 |
| Andrew Klimaszewski | Associate | Energy & Project Finance | 2021 | $615 | 1.2 | $738.00 |
| Cathy M. Greer | Paralegal | Corporate Advisory | N/A | $435 | 25.9 | $11,266.50 |
| **TOTAL** | | | | | **788.2** | **$747,717.00** |

BLENDED HOURLY RATE

Total Fee: ($747,717.00) by Total Hours (788.2) = $948.64

---

[1] Reflects a 50% rate reduction due to non-working travel time.
[2] Reflects a 50% rate reduction due to non-working travel time.
[3] Reflects a 50% rate reduction due to non-working travel time.

# Exhibit C

# Summary of Actual and Necessary Expenses

**EXPENSES SUMMARY**
**MARCH 25, 2022 THROUGH APRIL 30, 2022**

| EXPENSES | AMOUNTS |
|---|---|
| Business Meals | $108.14 |
| Computer Assisted Research | $14,729.53 |
| Court Fees | $764.25 |
| Document Services | $316.40 |
| Express Mail | $259.82 |
| Miscellaneous Disbursements (CourtCall) | $242.25 |
| Transportation/Parking | $342.85 |
| Travel Expenses | $7,843.03 |
| TOTAL: | $24,606.27 |