# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** § | § | **Chapter 11** |
| **VOLUNTEER ENERGY SERVICES, INC.,** § | § | **Case No. 22-50804** |
| Debtor. § | § | **Hon. C. Kathryn Preston** |

**ORDER GRANTING MOTION OF ECO-ENERGY NATURAL GAS, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §503(b)**
**[RELATED TO DOCKET NO. [---]]**

The Court has considered the Motion of Eco-Energy Natural Gas, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Request"); and having heard the statements in support of the relief requested therein at a hearing before the Court; and upon consideration of the Declaration of Heather Paxton in support of the Request; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference entered in this District; and venue of this proceeding and the Request being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Request having been given under the circumstances; and it appearing that good and sufficient cause exists for granting the relief requested in the Request; it is hereby:

**ORDERED, ADJUDGED, AND DECREED that**:

    1. The Request is granted as set forth herein.

    2. Eco-Energy Natural Gas, LLC ("Eco-Energy") is granted an allowed administrative expense (the "Administrative Expense") in the amount of $522,595.14.

126994241v1

3. To the extent that it has not already done so, the above-captioned debtor, Volunteer Energy Services, Inc. (the "Debtor"), is directed to pay the Administrative Expense to Eco-Energy.

4. Nothing provided herein shall be construed as a waiver of any rights of Eco-Energy with regard to its remaining Prepetition Receivable (as that term is defined in the Request) or any contract rejection damages claim, nor of the Debtor with regard to any rights or defenses related to the same.

**SO ORDERED**.


Approved:


*/s/ Gary W. Marsh*
Gary W. Marsh (*Pro Hac Vice* pending)
Troutman Pepper Hamilton Sanders
GA State Bar No. 471290
Telephone: 404-885-3000
Email:gary.marsh@troutman.com
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

**COUNSEL TO ECO-ENERGY NATURAL GAS, LLC**

Copies to:

Default List

2

126994241v1