## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on June 9, 2022 through the Court's CM/ECF system to all ECF participants registered in this case at the email address registered with the Court.

I hereby further certify that a true and correct copy of the foregoing was served on June 9, 2022 via First Class Mail, postage prepaid to the following:

| **Volunteer Energy Services Inc.** 790 Windmiller Dr. Pickerington, OH 43147 (*Debtor*) | **Isaac Wiles & Burkholder, LLC** Attn: Philip Stovall Attn: David Whittaker Two Miranova Place, Suite 700 Columbus, OH 43215 (*Debtor's Counsel*) | **Jeremy Shane Flannery** Office of the United States Trustee 170 North High Street Suite 200 Columbus, OH 43215 | **Mary Anne Wilsbacher** USDOJ - Office of the U.S. Trustee 170 North High Street Suite 200 Columbus, OH 43215 |
|---|---|---|---|
| **Daniel A DeMarco** 200 Public Square Suite 2800 Cleveland, OH 44114-2301 (*Committee Counsel*) | **Rocco I Debitetto** 200 Public Square Suite 2800 Cleveland, OH 44114-2301 (*Committee Counsel*) | **Lawrence E Oscar** 200 Public Square Suite 2800 Cleveland, OH 44114-2301 (*Committee Counsel*) | **Christopher B Wick** 200 Public Square Suite 2800 Cleveland, OH 44114 (*Committee Counsel*) |

/s/ Gary W. Marsh
Gary W. Marsh (*Pro Hac Vice* pending)
GA State Bar No. 471290
Telephone: 404-885-3000
Email: gary.marsh@troutman.com
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

**COUNSEL TO ECO-ENERGY NATURAL GAS, LLC**

126992865v2