## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **VOLUNTEER ENERGY** | § | **Case No. 22-50804** |
| **SERVICES, INC.,** | § | |
| | § | **Hon. C. Kathryn Preston** |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## CERTIFICATE OF SERVICE OF MOTION OF ECO-ENERGY NATURAL GAS, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §503(b)

I hereby certify that a true and correct copy of the foregoing was served on June 23, 2022 through the Court's CM/ECF system to all ECF participants registered in this case at the email address registered with the Court.

I hereby further certify that a true and correct copy of the foregoing was served on June 23, 2022 via First Class Mail, postage prepaid to parties listed on the Master Service List attached hereto as **Exhibit 1**.

*/s/ Gary W. Marsh*
Gary W. Marsh (*Pro Hac Vice* pending)
GA State Bar No. 471290
Telephone: 404-885-3000
Email:gary.marsh@troutman.com
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

**COUNSEL TO ECO-ENERGY NATURAL GAS, LLC**

127312835v1

ADAMS COUNTY TREASURER OFFICE
ATTN LISA A NEWMAN, TREASURER
110 W MAIN ST, RM 135
WEST UNION, OH 45693

AEP
ANITA ADAMS
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215-2372

AEP
JASMAN J. CLAY
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215-2372

AES CORPORATION - OHIO
TANYA DORNBUSCH
P.O. BOX 1247
DAYTON, OH 45401-1247

ALLEGHENY COUNTY TREASURER OFFICE
ATTN JOHN K. WEINSTEIN, COUNTY TREASURER
ROOM 108, COURTHOUSE
436 GRANT STREET
PITTSBURGH, PA 15219

ALLEN COUNTY TREASURER OFFICE
ATTN KRISTA BOHN, TREASURER
301 N MAIN ST, RM 201 & 203
LIMA, OH 45801-4434

ANR PIPELINE COMPANY
ATTN: CAROL MALREY
700 LOUISIANA ST
SUITE 1300
HOUSTON, TX 77002

ANR PIPELINE COMPANY
JUDY SMITH
700 LOUISIANA ST
SUITE 1300
HOUSTON, TX 77002

ASHLAND COUNTY TREASURER OFFICE
ATTN ANGIE MCQUILLEN, COUNTY TREASURER
ASHLAND COUNTY COURTHOUSE
142 W 2ND ST
ASHLAND, OH 44805

ASHTABULA COUNTY TREASURER OFFICE
ATTN ANGIE MAKI-CLIFF, TREASURER
ASHTABULA COUNTY COURTHOUSE
25 W JEFFERSON ST
JEFFERSON, OH 44047

ATHENS COUNTY TREASURER OFFICE
ATTN RIC WASSEMAN, TREASURER
15 S COURT ST, RM 334
ATHENS, OH 45701

AUGLAIZE COUNTY TREASURER OFFICE
ATTN APRIL BOWERSOCK, TREASUER
209 S BLACKHOOF ST
PO BOX 56
WAPAKONETA, OH 45895

B. RILEY FINANCIAL SERVICES
ATTN JASDEV SINGH, SENIOR ASSOCIATE
299 PARK AVENUE
21ST FLOOR
NEW YORK, NY 10171

B. RILEY FINANCIAL SERVICES
ATTN TODD SANDFORD, CONSULTANT
299 PARK AVENUE
21ST FLOOR
NEW YORK, NY 10171

B. RILEY FINANCIAL SERVICES
ATTN TOM BUCK, SR MANAGING DIRECTOR
299 PARK AVENUE
21ST FLOOR
NEW YORK, NY 10171

BAKER BOTTS LLP
(COUNSEL TO NRG RETAIL LLC)
ATTN DAVID R EASTLAKE
LAUREN N RANDLE
910 LOUISIANA STREET
HOUSTON, TX 77002

BELMONT COUNTY TREASURER OFFICE
ATTN KATHERINE J KELICH, TREASURER
101 W MAIN ST
ST CLARSVILLE, OH 43950-1260

BLANK ROME LLP
ATTN REGINA STANGO KELBON, PARTNER
1201 N. MARKET STREET
SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN MICHAEL C. GRAZIANO
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BLANK ROME LLP
ATTN DAVID E. KRONENBERG, PARTNER
1825 EYE STREET NW
WASHINGTON, DC 20006

BLANK ROME LLP
ATTN MARK R. HASKELL, PARTNER
1825 EYE STREET NW
WASHINGTON, DC 20006

BLANK ROME LLP
(COUNSEL TO PNC BANK NA)
ATTN STANLEY B TARR, ESQ
1201 N MARKET ST, STE 800
WILMINGTON, DE 19801

BRICKER & ECKLER LLP
ATTN: JUSTIN W. RISTAU
100 S. THIRD ST
COLUMBUS, OH 43215

BROWN COUNTY TREASURER OFFICE
ATTN CONNIE PATRICK
800 MT ORAB PIKE, STE 171
GEORGETOWN, OH 45121

BUTLER COUNTY TREASURER OFFICE
ATTN NANCY NIX
315 HIGH ST, 10TH FL
HAMILTON, OH 45011

CAP SPECIALTY
600 ASPEN COMMONS, STE 300
MIDDLETON, WI 53562

CAPITAL INDEMITY CORPORATION
MARK OVERBEY
600 ASPEN COMMONS, STE 300
MIDDLETON, WI 53562

CAPITAL INDEMITY CORPORATION
PO BOX 5900
MADISON, WI 53705-0900

CARROL COUNTY TREASURER OFFICE
ATTN JEFF YEAGER, TREASURER
119 S LISBON ST, STE 103
PO BOX 327
CARROLLTON, OH 44615

CENTERPOINT ENERGY
(F/K/A VECTREN ENERGY DELIVERY OF OHIO)
HEATHER SCHROEDER
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

CENTERPOINT ENERGY
(F/K/A VECTREN ENERGY DELIVERY OF OHIO)
JAY VANZANT
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

CENTERPOINT ENERGY
(F/K/A VECTREN ENERGY DELIVERY OF OHIO)
IRA ECHO
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

CENTERPOINT ENERGY
(F/K/A VECTREN ENERGY DELIVERY OF OHIO)
DANA MYERS
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

CENTERPOINT ENERGY
(F/K/A VECTREN ENERGY DELIVERY OF OHIO)
MARIA SOLANO
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

CENTERPOINT ENERGY
(F/K/A VECTREN ENERGY DELIVERY OF OHIO)
DAVID MARSHALL
ONE VECTREN SQUARE
EVANSVILLE, IN 47708

CHAMPAIGN COUNTY TREASURER OFFICE
ATTN ROBIN K EDWARDS, TREASURER
1512 S US HIGHWAY 68, STE B400
PO BOX 353
URBANA, OH 43078

CLARK COUNTY TREASURER OFFICE
ATTN PAMELA LITTLEJOHN, TREASURER
AB GRAHAM BLDG
31 N LIMESTONE ST
SPRINGFIELD, OH 45502

CLERMONT COUNTY TREASURER OFFICE
ATTN JEANNIE M ZURMEHLY, TREASURER
1810 E MAIN ST
BATAVIA, OH 45103

CLINTON COUNTY TREASURER OFFICE
ATTN KYLE RUDDUCK, TREASURER
46 S SOUTH ST, STE 205
WILMINGTON, OH 45177

COLUMBIA GAS OF KENTUCKY (CKY)
KENT KOCH
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF KENTUCKY (CKY)
EDER AYALA
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF KENTUCKY (CKY)
JOY KEITH
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF KENTUCKY (CKY)
FRANK NINO
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF KENTUCKY (CKY)
LYNN BURKE
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF KENTUCKY (CKY)
STEVE WOOSLEY
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO (COH)
KENT KOCH
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO (COH)
EDER AYALA
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO (COH)
JOY KEITH
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO (COH)
LYNN BURKE
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO (COH)
FRANK NINO
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO (COH)
STEVE WOOSLEY
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF PENNSYLVANIA (CPA)
KENT KOCH
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF PENNSYLVANIA (CPA)
EDER AYALA
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF PENNSYLVANIA (CPA)
JOY KEITH
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF PENNSYLVANIA (CPA)
FRANK NINO
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF PENNSYLVANIA (CPA)
LYNN BURKE
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS OF PENNSYLVANIA (CPA)
STEVE WOOSLEY
290 W NATIONWIDE BLVD
COLUMBUS, OH 43215

COLUMBIA GAS TRANSMISSION CORP.
(COLUMBIA GAS TRANSMISSION LLC)
USMAN KHAN
700 LOUISIANA STREET
HOUSTON, TX 77002

COLUMBIA GAS TRANSMISSION CORP.
(COLUMBIA GAS TRANSMISSION LLC)
JACKIE SYDNOR
700 LOUISIANA STREET
HOUSTON, TX 77002

COLUMBIA GAS TRANSMISSION CORP.
(COLUMBIA GAS TRANSMISSION LLC)
CUSTOMER SERVICES TEAM
450 - 1 STREET S.W.
CALGARY, AB T2P 5H1
CANADA

COLUMBIANA COUNTY TREASURER OFFICE
ATTN BRYAN BLAKEMAN, TREASURER
105 S MARKET ST
LISBON, OH 44432

CONSUMERS ENERGY COMPANY
CASEY T. WELLS
1945 W. PARNALL ROAD
JACKSON, MI 49201

CONSUMERS ENERGY COMPANY
JESSE T SUTTON
1945 W. PARNALL ROAD
JACKSON, MI 49201

CONSUMERS ENERGY COMPANY
ELIZABETH CURTIS
P.O. BOX 740309
CINCINNATI, OH 45274-0309

CONSUMERS ENERGY COMPANY
ROBERT G. RAILLING
P.O. BOX 740309
CINCINNATI, OH 45274-0309

CONSUMERS ENERGY COMPANY
ATTN GAS TRANSPORTATION SVCS DEPT
1945 W PARNALL RD
JACKSON, MI 49201

COSHOCTON COUNTY TREASURER OFFICE
ATTN JANETTE DONAKER, TREASURER
349 MAIN ST
COURTHOUSE ANNEX
COSHOCTON, OH 43812

CRAWFORD COUNTY TREASURER OFFICE
ATTN CINDY EDWARDS, TREASURER
112 E MANSFIELD ST, STE 102
BUCYRUS, OH 44820-2349

CUYAHOGA COUNTY TREASURER OFFICE
ATTN W CHRISTOPHER MURRAY II, TREASURER
CUYAHOGA COUNTY ADMIN HQ
2079 E 9TH ST
CLEVELAND, OH 44115

DEFIANCE COUNTY TREASURER OFFICE
ATTN VICKIE S MYERS, TREASURER
500 W SECOND ST, STE 101
PO BOX 278
DEFIANCE, OH 43512

DELAWARE COUNTY TREASURER OFFICE
ATTN DONALD E RANKEY JR, TREASURER
145 N UNION ST, 1ST FL
DELAWARE, OH 43015

DOMINION ENERGY - OHIO
(F/K/A THE EAS OHIO GAS COMPANY)
DINA LONGO
1201 E 55TH ST.; PO BOX 5759
CLEVELAND, OH 44103

DOMINION ENERGY - OHIO
(F/K/A THE EAS OHIO GAS COMPANY)
LAURA WHITKOFSKI
1201 E 55TH ST.; PO BOX 5759
CLEVELAND, OH 44103

DOMINION ENERGY - OHIO
(F/K/A THE EAS OHIO GAS COMPANY)
AYDEN CANAVOS
1201 E 55TH ST.; PO BOX 5759
CLEVELAND, OH 44103

DOMINION ENERGY - OHIO
(F/K/A THE EAS OHIO GAS COMPANY)
1201 E 55TH ST.
1201 E 55TH ST.; PO BOX 5759
CLEVELAND, OH 44103

DPL - DAYTON POWER & LIGHT COMPANY
TANYA DORNBUSCH
1900 DRYDEN ROAD
DAYTON, OH 45439

DRAKE COUNTY TREASURER OFFICE
ATTN SCOTT J ZUMBRINK, TREASURER
504 S BROADWAY, 1ST FL
COURTHOUSE
GREENVILLE, OH 45331

DUKE ENERGY OHIO, INC.
GUSTAVO DIAZ
315 MAIN STREET
CINCINNATI, OH 45202

DUKE ENERGY OHIO, INC.
SCOTT NICHOLSON
315 MAIN STREET
CINCINNATI, OH 45202

DUKE ENERGY OHIO, INC.
ATTN: GEN MGR, GAS COMMERCIAL OPERATIONS
PO BOX 960
CINCINNATI, OH 45201-0960

DUKE ENERGY OHIO, INC.
JEFF L. KERN
139 E. FOURTH ST.
EM025
CINCINNATI, OH 45201-0960

DUKE ENERGY OHIO, INC.
526 SOUTH CHURCH ST.
CHARLOTTE, NC 28202

DUKE ENERGY OHIO, INC.
MITCH MARTIN
315 MAIN STREET
CINCINNATI, OH 45202

DUKE ENERGY OHIO, INC.
CITYGATE OPERATIONS
315 MAIN STREET
CINCINNATI, OH 45202

DUKE ENERGY OHIO, INC.
LAVONNNA FOSTER
315 MAIN STREET
CINCINNATI, OH 45202

EASTERN GAS TRANSMISSION & STORAGE INC.
F/K/A DOMINION ENERGY TRANSMISSION, INC.
ATTN SHARAD MATHUR, CREDIT RISK MGMT.
925 WHITE OAKES BLVD
BRIDGEPORT, WV 26330

EASTERN GAS TRANSMISSION & STORAGE INC.
(FKA DOMINION ENERGY TRANSMISSION, INC)
TAMMI MARTIN
707 EAST MAIN STREET, 18TH FL
RICHMOND, VA 23219

EASTERN GAS TRANSMISSION & STORAGE INC.
(FKA DOMINION ENERGY TRANSMISSION, INC)
JOHN HAYES
925 WHITE OAKES BLVD
BRIDGEPORT, WV 26330

EPA - REGION 5
77 W. JACKSON BLVD.
CHICAGO, IL 60604

ERIE COUNTY TREASURER OFFICE
ATTN CALEB A STIDHAM, TREASURER
ERIE COUNTY OFFICE BLDG
247 COLUMBUS AVE, STE 115
SANDUSKY, OH 44870

EVERSHEDS SUTHERLAND LLP
(COUNSEL TO ARM ENERGY MANAGEMENT LLC)
ATTN: MARK D. SHERRILL
1001 FANNIN ST, STE 3700
HOUSTON, TX 77002

FAIRFIELD COUNTY TREASURER OFFICE
ATTN JAMES N BAHNSEN, TREASURER
210 E MAIN ST, RM 206
LANCASTER, OH 43130

FAYETTE COUNTY TREASURER OFFICE
ATTN PENNY J PATTON, TREASURER
133 S MAIN ST, STE 304
WASHINGTON COURT HOUSE, OH 43160

FERC-FEDERAL ENERGY REGULATORY
COMMISS.
888 FIRST STREET, NE
WASHINGTON, DC 20426

FIRST ENERGY
JUSTIN GAWNE
76 SOUTH MAIN STREET
AKRON, OH 44308

FIRST ENERGY
MELISSA KAPELUCK
76 SOUTH MAIN STREET
AKRON, OH 44308

FOLEY & LARDNER LLP
(COUNSEL TO SEQUENT ENERGY MANAGEMENT, LLC)
ATTN JOHN P MELKO
1000 LOUISIANA, STE 2000
HOUSTON, TX 77002-5011

FOLEY & LARDNER LLP
(COUNSEL TO SEQUENT ENERGY MANAGEMENT, LLC)
ATTN MARK C MOORE
2021 MCKINNEY AVE, STE 1600
DALLAS, TX 75201

FRANKLIN COUNTY TREASURER OFFICE
ATTN CHERYL BROOKS SULLIVAN, TREASURER
373 S HIGH ST, 17TH FL
COLUMBUS, OH 43215-6306

FULTON COUNTY TREASURER OFFICE
ATTN CHARLENE E LEE, TREASURER
152 S FULTON ST, STE 155
WAUSEON, OH 43567

GALLIA COUNTY TREASURER OFFICE
ATTN ROBERT J JACKS, TREASURER
18 LOCUS ST, RM 1264
GALLIPOLIS, OH 45631-1264

GEAUGA COUNTY TREASURER OFFICE
ATTN CHRIS HITCHCOCK, TREASURER
OPERA HOUSE
211 MAIN ST, STE 1-A
CHARDON, OH 44024-1249

GREENE COUNTY TREASURER OFFICE
ATTN KRAIG A HAGLER, TREASURER
15 GREENE ST
XENIA, OH 45385

GUERNSEY COUNTY TREASURER OFFICE
ATTN JAMES CALDWELL, TREASURER
GUERNSEY COUNTY ADMIN BLDG
627 WHEELING AVE, STE 201
CAMBRIDGE, OH 43725

HAHN LOESER & PARKS LLP
(COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
ATTN LAWRENCE E OSCAR, ESQ
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HAHN LOESER & PARKS LLP
(COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
ATTN DANIEL A DEMARCO, ESQ
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HAHN LOESER & PARKS LLP
(COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
ATTN CHRISTOPHER B WICK, ESQ
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HAHN LOESER & PARKS LLP
(COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
ATTN ROCCO I DEBITETTO, ESQ
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HAHN LOESER & PARKS LLP
(COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS)
ATTN KATIE L STEINER
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HAMILTON COUNTY TREASURER OFFICE
ATTN JILL A SCHILLER, TREASURER
138 E COURT ST, RM 402
CINCINNATI, OH 45202

HANCOCK COUNTY TREASURER OFFICE
ATTN J STEVE WELTON, TREASURER
HANCOCK COUNTY COURTHOUSE
300 S MAIN ST
FINDLAY, OH 45840

HARDIN COUNTY TREASURER OFFICE
ATTN DENISE K ALTHAUSER , TREASURER
ONE COURTHOUSE SQ, STE 230
KENTON, OH 43326

HARRISON COUNTY ASSESSOR
ATTN JOSEPH R. 'ROCKY' ROMANO
301 WEST MAIN STREET
CLARKSBURG, WV 26301

HARRISON COUNTY TREASURER OFFICE
ATTN VICKI SEFSICK, TREASURER
COMMUNITY IMPROVEMENT COPORATION
538 N MAIN ST, STE A
CADIZ, OH 43907

HENRY COUNTY TREASURER OFFICE
ATTN DIANA WACHTMAN, TREASURER
660 N PERRY ST, STE 204
NAPOLEON, OH 43545

HIGHLAND COUNTY TREASURER OFFICE
ATTN VICKIE L WARNOCK
PO BOX 824
HILLSBORO, OH 04513

HIGHLAND COUNTY TREASURER OFFICE
ATTN: VICKIE L WARNOCK
119 GOVERNER FORAKER PL
HILLSBORO, OH 45133

HOCKING COUNTY TREASURER OFFICE
ATTN DIANE SARGENT, TREASURER
1 E MAIN ST
PO BOX 28
LOGAN, OH 43138

HOLMES COUNTY TREASURER OFFICE
ATTN LESLEE MAST, TREASURER
75 E CLINTON ST, STE 105
MILLERSBURG, OH 44654

HURON COUNTY TREASURER OFFICE
ATTN ROLAND TKACH, TREASURER
12 E MAIN ST, STE 300
NORWALK, OH 44857

ICE MILLER LLP
ATTN JOHN C CANNIZZARO, PARTNER
ARENA DISTRICT 250 WEST STREET
SUITE 700
COLUMBUS, OH 43215-7509

INTERNAL REVENUE SERVICE
ATTN CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ISAAC WILES & BURKHOLDER, LLC
ATTN DAVID WHITTAKER, PRTNR (BANKRUPTCY)
TWO MIRANOVA PLACE
STE. 700
COLUMBUS, OH 43215-5098

ISAAC WILES & BURKHOLDER, LLC
ATTN JOHN D. JOLLEY, PARTNER (CORPORATE)
TWO MIRANOVA PLACE
STE. 700
COLUMBUS, OH 43215-5098

ISAAC WILES & BURKHOLDER, LLC
ATTN PHILIP K. STOVALL, ASSOCIATE
TWO MIRANOVA PLACE
STE. 700
COLUMBUS, OH 43215-5098

JACKSON COUNTY ASSESSORS OFFICE
ATTN DEBBIE MURDOCK, BUSINESS DEPUTY
106 NORTH STREET WEST
RIPLEY, WV 25271

JACKSON COUNTY TREASURER OFFICE
ATTN B LEE HUBBARD, CPA - TREASURER
226 E MAIN ST, 3RD FL
JACKSON, OH 45640

JEFFERSON COUNTY TREASURER OFFICE
ATTN RAYMOND M AGRESTA, TREASURER
301 MARKET ST, RM 104
STEUBENVILLE, OH 43952

JOSEPH S STREB CO LPA
(COUNSEL TO MUIRFIELD ENERGY, INC)
ATTN JOSEPH S STREB
736 NEIL AVE
COLUMBUS, OH 43215

KANAWHA COUNTY OFFICE OF ASSESSOR
ATTN KASEY TUCKER, BUSINESS UNIT
409 VIRGINIA STREET EAST
CHARLESTON, WV 25301

KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT, KY 40601-2103

KENTUCKY PUBLIC SERVICE COMMISSION
P.O. BOX 615
211 SOWER BOULEVARD
FRANKFORT, KY 40602-0615

KENTUCKY STATE TREASURER
ATTN UNCLAIMED PROPERTY DIVISION
1050 US HIGHWAY 127 SOUTH, STE 100
FRANKFORT, KY 40601

KNOX COUNTY TREASURER OFFICE
ATTN SHELLEY COON, TREASURER
117 E HIGH ST, STE 103
MOUNT VERNON, OH 43050

LAKE COUNTY TREASURER OFFICE
ATTN MICHAEL ZUREN, TREASURER
105 MAIN ST
PAINESVILLE, OH 44077

LAWRENCE COUNTY TREASURER OFFICE
ATTN TRESA L BAKER, TREASURER
111 S 4TH ST
IRONTON, OH 45638

LICKING COUNTY TREASURER OFFICE
ATTN ROY VAN ATTA, TREASURER
20 S SECOND ST
NEWARK, OH 43055

LOGAN COUNTY TREASURER OFFICE
ATTN RHONDA STAFFORD, TREASURER
100 S MADRIVER ST
BELLEFONTAINE, OH 43311

LORAIN COUNTY AUDITOR OFFICE
ATTN K CRAIG SNODGRASS, CPA, CGFM
LORAIN COUNTY ADMIN BLDG
226 MIDDDLE AVE, 2ND FL
ELUROA, OH 44035

LUCAS COUNTY TREASURER OFFICE
ATTN LINDSAY M WEBB, TREASURER
ONE GOVERNMENT CTR, STE 500
TOLEDO, OH 43604

MADISON COUNTY TREASURER OFFICE
ATTN STACEY MCKENZIE, TREASURER
1 N MAIN ST
PO BOX 675
LONDON, OH 43140-0675

MAHONING COUNTY TREASURER OFFICE
ATTN DANIEL R YEMMA, TREASURER
120 MARKET ST, 1ST FL
YOUNGSTOWN, OH 44503

MARION COUNTY TREASURER OFFICE
ATTN JAN DRAPER, TREASURER
222 W CENTER ST
MARION, OH 43302

MARSHALL COUNTY ASSESSORS OFFICE
ATTN AMANDA LOCKHART
BUSINESS AND COMMERCIAL TAX DEPUTY
PO BOX 554
MOUNDSVILLE, WV 26041

MARSHALL COUNTY ASSESSORS OFFICE
ATTN ERIC BUZZARD
MARSHALL COUNTY COURTHOUSE
600 7TH ST
MOUNDSVILLE, WV 26041

MCDERMOTT WILL & EMERY LLP
ATTN GREGG A STEINMAN, ASSOCIATE
333 SE 2ND AVE, STE 4500
MIAMI, FL 33131-2184

MCDERMOTT WILL & EMERY LLP
ATTN DANIEL THOMSON, ASSOCIATE
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852

MCDERMOTT WILL & EMERY LLP
ATTN DARREN AZMAN, PARTNER
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852

MCDERMOTT WILL & EMERY LLP
ATTN NATALIE A. ROWLES, ASSOCIATE
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852

MEDINA COUNTY TREASURER OFFICE
ATTN JOHN A BURKE, TREASURER
MEDINA COUNTY ADMIN BLDG
144 N BROADWAY
MEDINA, OH 44256

MEHRI & SKALET, PLLC
(COUNSEL TO CLASS CLAIMANTS)
ATTN: CYRUS MEHRI
2000 K STREET NW, STE 235
WASHINGTON, DC 20006

MEIGS COUNTY TREASURER OFFICE
ATTN PEGGY S YOST, TREASURER
100 E SECOND ST
POMEROY, OH 45769-0231

MERCER COUNTY TREASURER OFFICE
ATTN DAVID E WOLTERS, TREASURER
101 N MAIN ST, RM 201
CELINA, OH 45822

MGU - MICHIGAN GAS UTILITIES
RHONDA E MCCORMICK
711 STARLITE DR
BENTON HARBOR, MI 49022

MGU - MICHIGAN GAS UTILITIES
GREGG GRIFFIN
711 STARLITE DR
BENTON HARBOR, MI 49022

MGU - MICHIGAN GAS UTILITIES
SHANNON BURZUCKI
711 STARLITE DR
BENTON HARBOR, MI 49022

MGU - MICHIGAN GAS UTILITIES
NICHOLAS KRZEMINSKI
711 STARLITE DR
BENTON HARBOR, MI 49022

MIAMI COUNTY TREASURER OFFICE
ATTN JIM STUBBS, TREASURER
201 W MAIN ST, 1ST FL
TROY, OH 45373

MICHCON - DTE
THOMAS JEFF GORENFLO
ONE ENERGY PLAZA
DETROIT, MI 48226

MICHCON - DTE
ALMIR ALIJAGIC
ONE ENERGY PLAZA
DETROIT, MI 48226

MICHCON - DTE
TYLER RUSH
ONE ENERGY PLAZA
DETROIT, MI 48226

MICHCON - DTE
SHERYL MALONEY
ONE ENERGY PLAZA
DETROIT, MI 48226

MICHCON - DTE
DTE_GCC ACCOUNT
ONE ENERGY PLAZA
DETROIT, MI 48226

MICHIGAN DEPARTMENT OF TREASURY
ATTN UNCLAIMED PROPERTY DIVISION
PO BOX 30756
LANSING, MI 48909

MICHIGAN DEPARTMENT OF TREASURY
ATTN: UNCLAIMED PROPERTY DIVISION
7285 PARSONS DR
DIMONDALE, MI 48821

MICHIGAN DEPT OF TREASURY
ATTN: CUSTOMER CONTACT DIVISION
MBT UNIT; AUSTIN BLDG
430 W ALLEGAN ST
LANSING, MI 48922

MICHIGAN PUBLIC SERVICE COMMISSION
ATTN DAN SCRIPPS, COMMISSIONER, CHAIR
PO BOX 30221
LANSING, MI 48909

MICHIGAN PUBLIC SERVICE COMMISSION
ATTN DAN SCRIPPS, COMMISSIONER, CHAIR
7109 W SAGINAW HWY
LANSING, MI 48917

MONROE COUNTY TREASURER OFFICE
ATTN TAYLOR G ABBOTT, TREASURER
101 N MAIN ST, RM 21
WOODSFIELD, OH 43793

MONTGOMERY COUNTY TREASURER OFFICE
ATTN JOHN MCMANUS, TREASURER
451 W THIRD ST
DAYTON, OH 45422

MORGAN COUNTY TREASURER OFFICE
ATTN RANDY WILLIAMS, TREASURER
THE RIECKER BLDG
155 E MAIN ST
MCCONNELSVILLE, OH 43756

MORROW COUNTY TREASURER OFFICE
ATTN MICHAEL D GOFF, TREASURER
COURT HOUSE
48 E HIGH ST
MOUNT GILEAD, OH 43338-1493

MUSKINGUM COUNTY TREASURER OFFICE
ATTN TODD A HIXSON, TREASURER
MUSKINGUM COUNTY COURTHOUSE
401 MAIN ST
ZANESVILLE, OH 43701

NEXUS GAS TRANSMISSION LLC, (US)
ERMA JOHNSON
5400 WESTHEIMER COURT
HOUSTON, TX 77056-5310

NEXUS GAS TRANSMISSION LLCX (US)
ATTN ANDREW MORENO, ACCOUNT REP
5400 WESTHEIMER COURT
HOUSTON, TX 77056-5310

NOBLE COUNTY TREASURER OFFICE
ATTN MARILYN BOND, TREASURER
290 COURTHOUSE
CALDWELL, OH 43724

NORTHERN DISTRICT OF WEST VIRGINIA
ATTN WILLIAM J. IHLENFELD, II, U.S. ATTY
FREDRICK P STAMP JR FED BLDG &
US COURTHOUSE; 1125 CHAPLINE ST STE 3000
WHEELING, WV 26003

OFFICE OF THE WV ATTORNEY GENERAL
ATTN PATRICK MORRISEY, ATTORNEY GENERAL
STATE CAPITOL COMPLEX, BLDG. 1, RM E-26
1900 KANAWHA BLVD. E
CHARLESTON, WV 25305

OHIO DEPARTMENT OF TAXATION
ATTN OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD.
COLUMBUS, OH 43229

OHIO DEPARTMENT OF TAXATION
ATTN BUSINESS TAX DIV-COMM. ACTIVITY TAX
P O BOX 16158
COLUMBUS, OH 43216-6158

OTTAWA COUNTY TREASURER OFFICE
ATTN ANTHONY L HATMAKER, TREASURER
COURT HOUSE
315 MADISON ST, RM 201
PORT CLINTON, OH 43452

PA DEPARTMENT OF REVENUE
ATTN PA DEPARTMENT OF REVENUE
P O BOX 280405
HARRISBURG, PA 17128-0405

PA DEPARTMENT OF REVENUE
ATTN PA DEPARTMENT OF REVENUE
PO BOX 280407
HARRISBURG, PA 17128-0407

PA DEPARTMENT OF REVENUE
ATTN PA DEPARTMENT OF REVENUE
PO BOX 280905
HARRISBURG, PA 17128-0905

PA DEPARTMENT OF REVENUE
ATTN: PA DEPARTMENT OF REVENUE
LOBY, STRAWBERRY SQ
HARRISBURG, PA 17128-0101

PANHANDLE EASTERN PIPE LINE CO, LP
ATTN ADORA OFOMAN
PO BOX 204037
DALLAS, TX 75320-4037

PANHANDLE EASTERN PIPE LINE COMPANY, LP
KELSI BOWMAN
1300 MAIN STREET (P.O.BOX 4967)
HOUSTON, TX 77002

PAULDING COUNTY TREASURER OFFICE
ATTN LOU ANN WANNEMACHER, TREASURER
115 N WILLIAMS ST
PO BOX 437
PAULDING, OH 45879

PENNSYLVANIA PUBLIC UTILITY
COMMISSION; ATN SECRETARYS BUREAU
COMMONWEALTH KEYSTONE BUILDING
400 NORTH ST 2ND FLOOR, ROOM-N201
HARRISBURG, PA 17120

PENNSYLVANIA PUBLIC UTILITY COMMISSION
ATTN BUREAU OF ADMIN SVCS FISCAL SECTION
P.O. BOX 3265
HARRIBURG, PA 17105-3265

PENNSYLVANIA STATE TREASURY
ATTN UNCLAIMED PROPERTY DIVISION
4TH FL, RIVERFRONT OFFICE CTR
1101 SOUTH FRONT ST
HARRISBURG, PA 17104-2516

PEOPLES NATURAL GAS (PNG)
JASON DALTON
200 E. RANDOLPH ST.
CHICAGO, IL 60601-6302

PEOPLES NATURAL GAS (PNG)
STEVEN KOLICH
200 E. RANDOLPH ST.
CHICAGO, IL 60601-6302

PEOPLES NATURAL GAS (PNG)
WILHELMINA SPEICHER
P O BOX 6050
CAROL STREAM, IL 60197-6050

PEOPLES NATURAL GAS (PNG)
ATTN SENIOR ATTORNEY
375 NORTH SHORE DR, STE 600
PITTSBURGH, PA 15212

PERRY COUNTY TREASURER OFFICE
ATTN THERESA MOORE, TREASURER
212 S MAIN ST, UPPER LEVEL
PO BOX 288
NEW LEXINGTON, OH 43764

PICKAWAY COUNTY TREASURER OFFICE
ATTN ELLERY S ELICK, TREASURER
110 ISLAND RD, STE E
CIRCLEVILLE, OH 43113

PIKE COUNTY AUDITOR OFFICE
ATTN KAYLA SLUSHER, AUDITOR
230 WAVERLY PLAZA, STE 200
WAVERLY, OH 45690-1222

PJM INTERCONNECTION, L.L.C.
(PJM SETTLEMENTS, INC.)
HELEN BURNLEY
2750 MONROE BLVD
AUDUBON, PA 19403

PJM INTERCONNECTION, L.L.C.
(PJM SETTLEMENTS, INC.)
JESSE R. DIAZ
2750 MONROE BLVD
AUDUBON, PA 19403

PJM INTERCONNECTION, L.L.C.
(PJM SETTLEMENTS, INC.)
CREDIT HOTLINES
2750 MONROE BLVD
AUDUBON, PA 19403

PJM INTERCONNECTION, L.L.C.
(PJM SETTLEMENTS, INC.)
MARK MILLION
2750 MONROE BLVD
AUDUBON, PA 19403

PNC BANK N.A.
ATN DAVID KEITH, SR VICE PRESIDENT
THE TOWER AT PNC PLAZA
300 FIFTH AVENUE
PITTSBURGH, PA 15222-2401

PNC BANK N.A.
ATTN MICHAEL ETIENNE, SENIOR VP
THE TOWER AT PNC PLAZA
300 FIFTH AVENUE
PITTSBURGH, PA 15222-2401

PNC BANK N.A.
ATTN TODD W MILENIUS
THE TOWER AT PNC PLAZA
300 FIFTH AVENUE
PITTSBURGH, PA 15222-2401

POCAHONTAS COUNTY ASSESSOR'S OFFICE
ATTN JOHNNY PRITT
900 10TH AVENUE
SUITE I
MARLINTON, WV 24954

PORTAGE COUNTY TREASURER OFFICE
ATTN BRAD CROMES, TREASURER
449 S MERIDIAN ST
PO BOX 1217
RAVENNA, OH 44266

PREBLE COUNTY AUDITOR OFFICE
ATTN LAVON WRIGHT, AUDITOR
101 E MAIN ST
PO BOX 361
EATON, OH 45320-0361

PRESTON COUNTY ASSESSOR
ATTN CONNIE R. ERVIN
106 W. MAIN ST
SUITE 101
KINGWOOD, WV 26537

PUBLIC UTILITIES COMMISSION OF OHIO
ATTN ROBERT FADLEY, DIRECTOR
SERVICE MONITORING & ENFORCEMENT DEPT
180 EAST BROAD STREET
COLUMBUS, OH 43215-3793

PUBLIC UTILITIES COMMISSION OF OHIO
P O BOX 715343
CINCINNATI, OH 45271-5343

PUTNAM COUNTY ASSESSOR
ATTN GARY WARNER
12093 WINFIELD ROAD
SUITE 3
WINFIELD, WV 25213

PUTNAM COUNTY TREASURER OFFICE
ATTN TRACY WARNECKE, TREASURER
245 E MAIN ST, STE 203
OTTAWA, OH 45875

RANDOLPH COUNTY ASSESSORS OFFICE
4 RANDOLPH AVE
ROOM 101
ELKINS, WV 26241

RICHLAND COUNTY TREASURER OFFICE
ATTN SHERIFF SALES, TREASURER
50 PARK AVENUE E
MANSFIELD, OH 44902

ROCKIES EXPRESS PIPELINE LLC
JOHN DROZD
370 VAN GORDON STREET
LAKEWOOD, CO 80228-1519

ROCKIES EXPRESS PIPELINE LLC
DEBORAH FISHEL
370 VAN GORDON STREET
LAKEWOOD, CO 80228-1519

ROSS COUNTY TREASURER OFFICE
ATTN DAVID JEFFERS, TREASURER
ROSS COUNTY COURTHOUSE
2 N PAINT ST, STE F
CHILLICOTHE, OH 45601

SANDUSKY COUNTY TREASURER OFFICE
ATTN KIMBERLY FOREMAN, TREASURER
100 N PARK AVE, STE 112
FREMONT, OH 43420

SCOITO COUNTY TREASURER OFFICE
ATTN BILL OGG, TREASURER
602 7TH ST, RM 102
PORTSMOUTH, OH 45662

SEMCO
PATTY SCHNEIDER
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

SEMCO
TAM SPENCER
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

SEMCO
HEATHER RIVARD
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

SEMCO
MELISSA DEEG
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

SEMCO
RYAN HOUCK
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

SEMCO
ROXANN ZMOLIK
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

SENECA COUNTY TREASURER OFFICE
ATTN PAUL HARRISON, TREASURER
109 S WASHINGTON ST, STE 2105
TIFFIN, OH 44883

SHELBY COUNTY TREASURER OFFICE
ATTN JOH COFFIELD, TREASURER
SHELBY COUNTY ANNEX,
129 E COURT ST, 3RD FL
SIDNEY, OH 45365

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
(COUNSEL TO CLASS CLAIMANTS)
ATTN ELEANOR HAMBURGER
3101 WESTERN AVE, STE 350
SEATTLE, WA 98121

SOUTHERN DISTRICT OF OHIO
ATTN KENNETH L. PARKER, U.S. ATTORNEY
FEDERAL BLDG
200 W SECOND ST, STE 600
DAYTON, OH 45402

STARK COUNTY TREASURER OFFICE
ATTN ALEXANDER A ZUMBAR, TREASURER
110 CENTRAL PLAZA S, STE 250
CANTON, OH 44702-1410

STATE OF KENTUCKY ATTORNEY GENERAL
ATTN DANIEL CAMERON
700 CAPITOL AVE, STE 118
FRANKFORT, KY 40601-3449

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN DANA NESSEL
G. MENNEN WILLIAMS BLDG, 7TH FL
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909

STATE OF OHIO ATTORNEY GENERAL
ATN COLLECTIONS ENFORCEMENT SECTION
ATTN: BANKRUPTCY UNIT
30 E BROAD ST 14TH FL
COLUMBUS, OH 43215

STATE OF OHIO ATTORNEY GENERAL
ATTN DAVE YOST
30 E BROAD ST
14TH FL
COLUMBUS, OH 43215

STATE OF PENNSYLVANIA ATTORNEY
GENERAL; ATTN JOSH SHAPIRO
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

SUMMIT COUNTY FISCAL OFFICE
ATTN KRISTEN M SCALISE, FISCAL OFFICER
OHIO BLDG, TREASURER DIVISION
175 S MAIN ST, 3RD FL
AKRON, OH 44308

TENNESSEE GAS PIPELINE COMPANY, LLC
VERONICA ESPARZA
PO BOX 2511
HOUSTON, TX 77252-2511

TENNESSEE GAS PIPELINE COMPANY, LLC
PRESTON TROUTMAN
P.O. BOX 2511
HOUSTON, TX 77252-2511

TENNESSEE GAS PIPELINE COMPANY, LLC
TED CHAVEZ
P.O. BOX 2511
HOUSTON, TX 77252-2511

TEXAS EASTERN TRANSMISSION, LP
ASHLEY ALCOTT
5400 WESTHEIMER COURT
HOUSTON, TX 77056-5310

TEXAS EASTERN TRANSMISSION, LP
WILLIAM FREELAND
P O BOX 301563
DALLAS, TX 75303-1563

THE LAW OFFICE OF CHARLES MIFSUD, LLC
(COUNSEL TO STATE OF OHIO, DEPT OF TAXATION)
ATTN: BRIAN M. GIANANGELI
6305 EMERALD PKWY
DUBLIN, OH 43016

TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO ECO-ENERGY NATURAL GAS, LLC)
ATTN GARY W MARSH
600 PEACHTREE ST NE, STE 3000
ATLANTA, GA 30308

TRUMBULL COUNTY TREASURER OFFICE
ATTN SAM LAMANCUSA, TREASURER
COUNTY ADMIN BLDG
160 HIGH ST, NW, FL 2A
WARREN, OH 44481

TRUNKLINE GAS COMPANY , LLC
KELSI BOWMAN
1300 MAIN STREET (P.O.BOX 4967)
HOUSTON, TX 77002

TRUNKLINE GAS COMPANY , LLC
ADAORA OFOMA
1300 MAIN STREET (P.O.BOX 4967)
HOUSTON, TX 77002

TRUNKLINE GAS COMPANY , LLC
PO BOX 204037
DALLAS, TX 75320-4037

TUSCARAWAS COUNTY TREASURER OFFICE
ATTN JEFF MAMARELLA, TREASURER
125 E HIGH AVE
NEW PHILADELPHIA, OH 44663

UNION COUNTY TREASURER OFFICE
ATTN ANDRE J SMARRA, TREASURER
233 W 6TH ST, 2ND FL
MARYSVILLE, OH 43040

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ATTN JEFFERY L. PFRIEM
170 N. HIGH ST. 200
COLUMBUS, OH 43215

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ATTN KATE M. BRADLEY
170 N. HIGH ST. 200
COLUMBUS, OH 43215

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ATTN MARIA D. GIANNIRAKIS
170 N. HIGH ST. 200
COLUMBUS, OH 43215

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ATTN MARYANNE WILSBACHER, ASST UST
170 N. HIGH ST. 200
COLUMBUS, OH 43215

UNITED STATES TRUSTEE
ATTN JEREMY SHANE FLANNERY
US TRUSTEE OFFICE
170 NORTH HIGH STREET, STE 200
COLUMBUS, OH 43215

VAN WERT COUNTY TREASURER OFFICE
ATTN JEFF MCINTOSH, TREASURER
VAN WERT COUNTY COURTHOUSE
121 E MAIN ST, STE 200
VAN WERT, OH 45891

VINTON COUNTY TREASURER OFFICE
ATTN VICKI MAXWELL, TREASURER
100 E MAIN ST
MCARTHUR, OH 45651

VOLUNTEER ENERGY SERVICES, INC.
ATTN RICHARD A CURNUTTE SR
CEO/PRESIDENT
790 WINDMILLER DRIVE
PICKERINGTON, OH 43147

VOLUNTEER ENERGY SERVICES, INC.
ATTN DAVID WARNER, CFO
790 WINDMILLER DRIVE
PICKERINGTON, OH 43016

VOLUNTEER ENERGY SERVICES, INC.
ATTN JOHN L EINSTEIN, CORPORATE ATTORNEY
790 WINDMILLER DRIVE
PICKERINGTON, OH 43004

VORYS, SATER, SEYMOUR AND PEASE LLP
(COUNSEL TO PNC BANK, NATIONAL ASSOCIATION)
ATTN TIFFANY STRELOW COBB
52 EAST GAY ST
PO BOX 1008
COLUMBUS, OH 43216-1008

VORYS, SATER, SEYMOUR AND PEASE LLP
(COUNSEL TO PNC BANK, NATIONAL ASSOCIATION)
ATTN CARRIE M BROSIUS
200 PUBLIC SQUARE, STE 1400
CLEVELAND, OH 44114

WARREN COUNTY TREASURER OFFICE
ATTN BARNEY WRIGHT, TREASURER
406 JUSTICE DR
LEBANON, OH 45036

WASHINGTON COUNTY TREASURER OFFICE
ATTN TAMMY BATES, TREASURER
205 PUTNAM ST
MARIETTA, OH 45750

WAYNE COUNTY TREASURER OFFICE
ATTN MELISSA A KOCH, TREASURER
428 W LIBERTY ST
WOOSTER, OH 44691

WEST VIRGINIA STATE TAX DEPARTMENT
THE REVENUE CENTER
1001 LEE ST. E
CHARLESTON, WV 25301

WEST VIRGINIA STATE TAX DEPARTMENT
ALBERT T. SUMMERS CTR STATE
OFFICE BLDG; 1124 SMITH STREET
CHARLESTON, WV 25301

WETZEL COUNTY ASSESSOR
ATTN SCOTT LEMLEY
WETZEL COUNTY COURTHOUSE
210 MAIN ST.
NEW MARTINSVILLE, WV 26155

WILLIAMS COUNTY TREASURER OFFICE
ATTN KELLIE GRAY, TREASURER
1 COURTHOUSE SQ
BRYAN, OH 43506

WIRT COUNTY ASSESSORS OFFICE
1 COURT SQ
ELIZABETH, WV 26143

WOOD COUNTY ASSESSOR
ATTN DAVID NOHE, ASSESSOR
321 MARKET ST
PARKERSBURG, WV 26101

WOOD COUNTY TREASURER OFFICE
ATTN JANE SPOERL, TREASURER
1 COURTHOUSE SQ
BOWLING GREEN, OH 43402

WYANDOT COUNTY TREASURER OFFICE
ATTN FRANKLIN J GRAFMILLER, TREASURER
109 S SANDUSKY AVE
UPPER SANDUSKY, OH 43351