**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| VOLUNTEER ENERGY SERVICES, INC. [1] | Case No. 22-50804 |
| Debtor. | Judge C. Kathryn Preston |

**NOTICE OF FILING OF REVISED PROPOSED ORDER WITH
RESPECT TO THE FIRST INTERIM FEE APPLICATION OF
MCDERMOTT WILL & EMERY LLP**
**(Related to Doc. 421)**

McDermott Will & Emery LLP ("MWE"), counsel to the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, hereby files a revised proposed order with respect to the *First Interim Fee Application of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred from March 25, 2022 Through June 30, 2022* (Doc. 421) (the "MWE Fee Application").[2] A revised proposed order and a redline comparison are attached hereto as Exhibit A and Exhibit B, respectively.[3]

---

[1] The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the MWE Fee Application.

[3] The redline comparison of the proposed order is marked against the version of the proposed order attached as Exhibit A to the MWE Fee Application.

<table>
<tr><td>Dated: August 24, 2022<br>Columbus, Ohio</td><td>Respectfully submitted,<br><br>/s/ Philip K. Stovall<br>David M. Whittaker (0019307)<br>Philip K. Stovall (0090916)<br>**ISAAC WILES & BURKHOLDER, LLC**<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215-5098<br>Tel:    (614) 221-2121<br>Fax:    (614) 365-9516<br>Email: dwhittaker@isaacwiles.com<br>           pstovall@isaacwiles.com<br><br>- *and* -<br><br>Darren Azman (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel:    (212) 547-5400<br>Fax:    (212) 547-5444<br>Email   dazman@mwe.com<br>           nrowles@mwe.com<br><br>*Counsel to the Debtor*</td></tr>
</table>

## Exhibit A

**Revised Proposed Order on MWE Fee Application**

Case 2:22-bk-50804   Doc 449   Filed 08/24/22   Entered 08/24/22 14:37:54   Desc Main
Document   Page 3 of 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF MCDERMOTT
WILL & EMERY LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FROM MARCH 25, 2022 THROUGH JUNE 30, 2022
[RELATED TO DOC. 421]**

This matter came before the Court upon the First Interim Fee Application of McDermott

Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters as of the Petition Date was 790 Windmiller Drive, Pickerington, Ohio 43147.

Compensation and Reimbursement of Expenses Incurred from March 25, 2022 through June 30, 2022 (the "Interim Fee Application"),[2] filed by counsel to the Debtor in the above-captioned chapter 11 case. The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 29 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor; and upon finding that there is good cause; it is **HEREBY ORDERED THAT:**

1. The Interim Fee Application of McDermott Will & Emery LLP ("MWE") is granted.

2. MWE is allowed compensation for services rendered to the Debtor during the Compensation Period in the amount of $1,256,680.00 and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amount of $91,996.84.[3]

3. To the extent not already paid, the Debtor is authorized and directed to pay MWE one hundred percent (100%) of the allowed compensation for services rendered to the Debtor during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period.

4. MWE is authorized to distribute from the Retainer Balance the amount of $10,433.00 to be applied to compensation for services rendered to the Debtor and reimbursement for actual and necessary expenses incurred before the Petition Date and apply the remaining

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Fee Application.

[3] In response to informal objections the United States Trustee raised, MWE voluntarily agreed to reduce its fees by $2,958.00 and its expenses by $391.80.

2

$5,804.66 Retainer Balance to allowed compensation and expenses incurred after the Petition Date.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Debtor shall serve a copy of this Order on the parties that were served with the Interim Fee Application and shall file a certificate of service confirming compliance with this requirement.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Copies to: Default List

# Exhibit B

**Redline - Revised Proposed Order on MWE Fee Application**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF MCDERMOTT
WILL & EMERY LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FROM MARCH 25, 2022 THROUGH JUNE 30, 2022
[RELATED TO DOC. —421]**

This matter came before the Court upon the First Interim Fee Application of McDermott

Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters as of the Petition Date was 790 Windmiller Drive, Pickerington, Ohio 43147.

Compensation and Reimbursement of Expenses Incurred from March 25, 2022 through June 30, 2022 (the "Interim Fee Application"),[2] filed by counsel to the Debtor in the above-captioned chapter 11 case. The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 29 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor; and upon finding that there is good cause; it is **HEREBY ORDERED THAT:**

1. The Interim Fee Application of McDermott Will & Emery LLP ("MWE") is granted.

2. MWE is allowed compensation for services rendered to the Debtor during the Compensation Period in the amount of $~~1,259,638.00~~1,256,680.00 and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amount of $~~92,388.64~~91,996.84.[3]

3. To the extent not already paid, the Debtor is authorized and directed to pay MWE one hundred percent (100%) of the allowed compensation for services rendered to the Debtor during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period.

4. MWE is authorized to distribute from the Retainer Balance the amount of $10,433.00 to be applied to compensation for services rendered to the Debtor and reimbursement

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Fee Application.

[3] In response to informal objections the United States Trustee raised, MWE voluntarily agreed to reduce its fees by $2,958.00 and its expenses by $391.80.

for actual and necessary expenses incurred before the Petition Date and apply the remaining $5,804.66 Retainer Balance to allowed compensation and expenses incurred after the Petition Date.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Debtor shall serve a copy of this Order on the parties that were served with the Interim Fee Application and shall file a certificate of service confirming compliance with this requirement.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Copies to:  Default List