# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOLUNTEER ENERGY SERVICES, INC., | ) ) ) | Case No. 22-50804 |
| Debtor.[1] | ) ) ) | Judge C. Kathryn Preston |

**NOTICE AND SUMMARY OF SIXTEENTH MONTHLY FEE STATEMENT OF MCDERMOTT WILL & EMERY LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2023 THROUGH JULY 31, 2023**

| Name of Applicant: | McDermott Will & Emery LLP |
|---|---|
| Applicant's role during compensation period : | Counsel to the Debtor and Debtor in Possession |
| Date of retention: | Retention approved by Order entered on April 26, 2022 (Doc. 233), effective as of March 25, 2022 |
| Compensation period: | July 1, 2023 through July 31, 2023 |
| Total fees since start of retention: | $2,355,365.75 |
| Fees requested in this statement: | $38,567.70 (90% of $42,853.00) |
| Fees subject to holdback: | $4,285.30 (10% of $42,853.00) |
| Total fee holdback since entry of Order Approving Second Interim Fee Application (Doc. 682): | $70,205.43 (10% of $702,054.25) |
| Total expenses since start of retention | $32,966.85 |
| Expenses requested in this statement | $0.00 |
| Total of fees and expenses requested in this statement: | $38,567.70 |

---

[1] The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

# NOTICE

| | |
|---|---|
| **Subject and Purpose of Notice:** | This notice (the "Notice") is being filed by McDermott Will & Emery LLP ("MWE"), which was employed as counsel to Volunteer Energy Services, Inc. (the "Debtor"), the former debtor and debtor in possession in the above-captioned chapter 11 case. |
| | The Debtor's retention of MWE was approved by the Court on April 26, 2022 pursuant to the *Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date* (Doc. 233). |
| | This notice is being filed as a part of the process by which MWE is permitted to seek monthly payment of compensation and reimbursement of expenses. |
| **Procedure for Monthly Compensation:** | This notice and the attached summary are being filed in accordance with the Case Management Procedures (the "Case Management Procedures")[2] approved by the *Order Setting Omnibus Hearings and Amending Case Management Procedures* (Doc. 320). Under the provisions of the Case Management Procedures, MWE may seek monthly payment of compensation and reimbursement of expenses. The Case Management Procedures allow 90% of the requested compensation and 100% expense reimbursement to be paid after the objection period has lapsed and any objections have been resolved. The remaining 10% of the requested compensation is a "holdback" for future allowance. |
| **Service of Monthly Statement:** | In accordance with the Case Management Procedures, on the date of this Notice, a complete Monthly Statement with time entries has been served on the Professional Fee Notice Parties. MWE represents that the Monthly Statement that was served and the attachments to it contain the information and contents required by the Case Management Procedures. |
| **Summary of Compensation and Reimbursement Requests:** | The first page of this Notice contains an overview of the amounts of fees and reimbursement of expenses requested by MWE for the period of July 1, 2023 through July 31, 2023 (the "Compensation Period"). Additional details can be found within the following exhibits: |

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Case Management Procedures.

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an hourly basis) by MWE partners, of counsel, associates, paraprofessionals, and legal assistants during the Compensation Period with respect to each of the project categories MWE established in accordance with its internal billing procedures.

- **Exhibit B** is a schedule providing certain information regarding the MWE professionals for whose work on this chapter 11 case compensation is sought.

- **Exhibit C** is a schedule for the Compensation Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which MWE is seeking reimbursement in its Monthly Statement.

**Objections:** The Case Management Procedures require that any objection to the Monthly Statement be served on MWE and the Professional Fee Notice Parties within ten days of the service of the Monthly Statement. If no objections are properly served and filed (or if any objections are resolved through the process set forth in the Case Management Procedures), MWE is authorized to be paid 90% of the undisputed fees and 100% of the undisputed expenses identified in the Monthly Statement.

| | |
|---|---|
| Dated: August 25, 2023<br>Columbus, Ohio | Respectfully submitted,<br><br>*/s/ Philip K. Stovall*<br>David M. Whittaker (0019307)<br>Philip K. Stovall (0090916)<br>**ISAAC WILES & BURKHOLDER, LLC**<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215-5098<br>Tel:    (614) 221-2121<br>Fax:    (614) 365-9516<br>Email: dwhittaker@isaacwiles.com<br>          pstovall@isaacwiles.com<br><br>*- and -*<br><br>Darren Azman (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel:    (212) 547-5400<br>Fax:    (212) 547-5444<br>Email  dazman@mwe.com<br>          nrowles@mwe.com<br><br>*Counsel to the Former Debtor* |

# Exhibit A

## Summary of Compensation by Project Category

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2023 THROUGH JULY 31, 2023**

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 0.50 | $585.00 |
| B160 | Fee/Employment Applications | 2.60 | $1,467.00 |
| B190 | Other Contested Matters | 17.10 | $19,042.00 |
| B230 | Financing/Cash Collections | 3.90 | $5,089.50 |
| B310 | Claims Administration & Objections | 1.40 | $1,638.00 |
| B320 | Plan and Disclosure Statement | 13.70 | $15,031.50 |
| **TOTAL** | | **39.20** | **$42,853.00** |

# Exhibit B

## Summary of Compensation by Professional

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2023 THROUGH JULY 31, 2023**

| Name | Position | Department | Year Admitted | Billing Rate | Total Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Rob Lamkin | Partner | Energy & Project Finance | 1996 | $1,305 | 0.5 | $652.50 |
| Stacy A. Lutkus | Partner | Corporate Advisory | 2003 | $1,305 | 3.9 | $5,089.50 |
| Gregg A. Steinman | Partner | Corporate Advisory | 2016 | $1,170 | 21.4 | $25,038.00 |
| Natalie A. Rowles | Associate | Corporate Advisory | 2018 | $995 | 11.6 | $11,542.00 |
| Jacqueline Bishop Jones | Paralegal | Corporate Advisory | N/A | $295 | 1.8 | $531.00 |
| **TOTAL** | | | | | **39.2** | **$42,853.00** |

BLENDED HOURLY RATE

Total Fee: ($42,853.00) by Total Hours (39.2) = $1,093.18

# Exhibit C

## Summary of Actual and Necessary Expenses

Case 2:22-bk-50804   Doc 924   Filed 08/25/23   Entered 08/25/23 16:16:29   Desc Main
Document      Page 9 of 10

**EXPENSES SUMMARY**
**JULY 1, 2023 THROUGH JULY 31, 2023**

| EXPENSES | AMOUNTS |
|---|---|
| TOTAL: | $0.00 |