**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-50804 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Judge C. Kathryn Preston |
| | ) | |
| Debtor.[1] | ) | **Hearing Date: November 30, 2023** |
| | ) | **at 9:30 a.m. (ET)** |
| | ) | |
| | ) | **Obj. Deadline: October 23, 2023** |

**SUMMARY COVER SHEET TO THE FOURTH INTERIM
AND FINAL FEE APPLICATION OF MCDERMOTT WILL &
EMERY LLP, COUNSEL FOR THE DEBTOR AND DEBTOR IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE INTERIM
PERIOD FROM MARCH 1, 2023 THROUGH AUGUST 17, 2023 AND
(II) THE FINAL PERIOD FROM MARCH 25, 2022 THROUGH AUGUST 17, 2023**

| **General Information** | |
|---|---|
| Name of Applicant: | McDermott Will & Emery LLP |
| Applicant's role in case: | Counsel to Debtor and Debtor in Possession |
| Date of retention: | Retention approved by Order entered on April 26, 2022 (Doc. 233), effective as of March 25, 2022 |
| Fourth Interim Compensation Period: | March 1, 2023 through August 17, 2023 |
| Final Compensation Period: | March 25, 2022 through August 17, 2023 |
| **Summary of Fees and Expenses Sought** | |
| Total fees requested in Fourth Interim Compensation Period: | $335,944.75 |
| Total expenses requested in Fourth Interim Compensation Period: | $3,776.96 |
| Total fees requested in Final Compensation Period: | $2,325,043.75 |

---

[1] The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

| | |
|---|---|
| Total expenses requested in Final Compensation Period: | $34,098.33 |
| Fees provisionally paid in Fourth Interim Compensation Period: | $137,154.61 |
| Expenses provisionally paid in Fourth Interim Compensation Period: | $1,095.48 |
| Fees unpaid in Fourth Interim Compensation Period: | $198,790.14 |
| Expenses unpaid in Fourth Interim Compensation Period: | $2,681.48 |
| Fees provisionally paid in the Final Compensation Period | $2,126,253.61 |
| Expenses provisionally paid in Final Compensation Period | $31,416.85 |
| Fees unpaid in Final Compensation Period: | $198,790.14 |
| Expenses unpaid in Final Compensation Period: | $2,681.48 |

Dated: October 2, 2023
    Columbus, Ohio

Respectfully submitted,

*/s/ Philip K. Stovall*
David M. Whittaker (0019307)
Philip K. Stovall (0090916)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Tel:    (614) 221-2121
Fax:    (614) 365-9516
Email: dwhittaker@isaacwiles.com
        pstovall@isaacwiles.com

*- and -*

Darren Azman (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:    (212) 547-5400
Fax:    (212) 547-5444
Email  dazman@mwe.com
        nrowles@mwe.com

*Counsel to the Debtor and
Debtor in Possession*

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

**FOURTH INTERIM AND FINAL FEE APPLICATION OF MCDERMOTT WILL &
EMERY LLP, COUNSEL FOR THE DEBTOR AND DEBTOR IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE INTERIM  PERIOD
FROM MARCH 1, 2023 THROUGH AUGUST 17, 2023 AND
(II) THE FINAL PERIOD FROM MARCH 25, 2022 THROUGH AUGUST 17, 2023**

McDermott Will & Emery LLP ("MWE"), counsel to the debtor and debtor in possession

(the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby submits

this fourth interim and final fee application (the "Application") for an order, substantially in the

form attached hereto as **Exhibit A** (the "Proposed Order"), (a) allowing interim compensation to

MWE in the amount of $335,944.75 for professional services rendered and approving and

authorizing the reimbursement of actual and necessary expenses of $3,776.96 during the period

of March 1, 2023 through and including August 17, 2023 (the "Fourth Interim Compensation

Period"), and (b) allowing final compensation to MWE in the amount of $2,325,043.75 for

professional services rendered and approving and authorizing the reimbursement of actual and

necessary expenses of $34,098.33 during the period of March 25, 2022 through and including

August 17, 2023 (the "Final Compensation Period"). In support of this Application, MWE

submits the Declaration of Darren Azman, a partner at MWE (the "Azman Declaration"), which

---

[1]  The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's
corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

is attached hereto as **Exhibit B** and incorporated herein by reference, and further states as

follows:

**JURISDICTION**

1.      The United States Bankruptcy Court for the Southern District of Ohio (the

"Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are Bankruptcy Code sections 330 and

331, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District

of Ohio (the "Local Rules"), and *General Order 30-4* entered by the Court on February 24, 2021,

which implemented and made effective the Procedures for Complex Chapter 11 Cases attached

thereto (the "Complex 11 Procedures").

**BACKGROUND**

4.      On March 25, 2022 (the "Petition Date"), the Debtor commenced the Chapter 11

Case by filing a petition for relief under chapter 11 of the Bankruptcy Code.

5.      The Office of the United States Trustee appointed the creditors' committee (the

"Committee") on April 1, 2022 (Doc. 83).

6.      On April 5, 2022, the Debtor filed *Debtor's Application for Entry of an Order

Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel to the

Debtor and Debtor in Possession Effective as of the Petition Date* (Doc. 108). On April 5, 2022,

the Debtor filed the *Amended Debtor's Application for Entry of an Order Authorizing the

Retention and Employment of McDermott Will & Emery LLP as Counsel to the Debtor and*

2

*Debtor in Possession Effective as of the Petition Date* (Doc. 119) (the "MWE Retention Application").

7.        The Court entered an order (Doc. 233) (the "MWE Retention Order") granting the MWE Retention Application on April 26, 2022, thereby authorizing the Debtor to retain MWE as its counsel. The MWE Retention Order also provided that the Complex 11 Procedures govern the payment and application process for the professional fees and expenses billed by MWE. The provisions set forth in the Complex 11 Procedures regarding professional compensation are restated in the amended case management procedures (the "Case Management Procedures"), which were implemented by this Court's *Order Setting Omnibus Hearings and Amending Case Management Procedures* (Doc. 320), entered on May 31, 2022.

8.        In accordance with the Complex 11 Procedures, the Case Management Procedures, and the MWE Retention Order, after the completion of each month during which MWE performs compensable services or incurs reimbursable expenses, MWE is permitted to file and serve a monthly fee statement (each, a "Monthly Statement") regarding the professional fees charged and expenses incurred. Parties in interest are afforded ten days after service of each Monthly Statement to serve an objection to dispute all or any portion of the fees or expenses sought in the Monthly Statement, and, after expiration of such ten-day period, the Debtor is authorized to pay to MWE 90% of the undisputed fees and 100% of the undisputed expenses.

9.        MWE filed and served the following Monthly Statements regarding fees charged and expenses incurred during the Fourth Interim Compensation Period:

   a.     *Notice and Summary of Twelfth Monthly Fee Statement of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses for the Period of March 1, 2023 through March 31, 2023* (Doc. 804) (the "Twelfth Monthly Statement"), filed on May 12, 2023;

b.    *Notice and Summary of Thirteenth Monthly Fee Statement of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023* (Doc. 824) (the "Thirteenth Monthly Statement"), filed on May 31, 2023;

c.    *Notice and Summary of Fourteenth Monthly Fee Statement of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses for the Period of May 1, 2023 through May 31, 2023* (Doc. 883) (the "Fourteenth Monthly Statement"), filed on July 21, 2023;

d.    *Notice and Summary of Fifteenth Monthly Fee Statement of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses for the Period of June 1, 2023 through June 30, 2023* (Doc. 923) (the "Fifteenth Monthly Statement"), filed on August 25, 2023; and

e.    *Notice and Summary of Sixteenth Monthly Fee Statement of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses for the Period of July 1, 2023 through July 31, 2023* (Doc. 924) (the "Sixteenth Monthly Statement"), filed on August 25, 2023.

10.    Through the above-referenced Monthly Statements, MWE has requested payment for services in the aggregate amount of $293,945.63 (90% of total fees of $326,606.25) and reimbursement of expenses in the amount of $3,754.46 (100% of expenses incurred). There have been no objections filed or served with respect to any of MWE's Monthly Statements.

11.    As of the filing of this Application, MWE has been paid the aggregate amount of $137,154.61, for the 90% of the fees and 100% of the expenses set forth in the Twelfth, Thirteenth, and Fourteenth Monthly Statements.[2]

12.    In addition to the Monthly Statements, in accordance with Case Management Procedures, MWE has filed three interim fee applications (each, an "Interim Fee Application"). MWE filed and served the following Interim Fee Applications regarding fees charged and

---

[2]    Although MWE has not yet received any payments for the Fifteenth and Sixteenth Monthly Statements, MWE anticipates that payments on account of those statements will be made subsequent to the filing of the Application.

4

expenses incurred during the Final Compensation Period:

     a.    *First Interim Fee Application of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred From March 25, 2022 Through June 30, 2022* (Doc. 421), filed on July 25, 2022 (the "First Interim Fee Application");

     b.    *Second Interim Fee Application of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred From July 1, 2022 Through September 30, 2022* (Doc. 576), filed on November 21, 2022 (the "Second Interim Fee Application"); and

     c.    *Third Interim Fee Application of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred From October 1, 2022 Through December 31, 2022* (Doc. 720), filed on March 21, 2023, as supplemented by the *Notice of Filing of Supplement to and Continued Hearing and Objection Deadline Regarding Third Interim Fee Application of McDermott Will & Emery LLP* (Doc. 799), filed on May 10, 2023 related to compensation and reimbursement of expenses incurred from January 1, 2023 through February 28, 2023 (collectively, the "Third Interim Fee Application").

13.    The First Interim Fee Application, Second Interim Fee Application, and Third Interim Fee Application are incorporated by reference as if fully set forth herein.

14.    Other than the payments disclosed above made pursuant to the Twelfth, Thirteenth, and Fourteenth Monthly Statements, the payment received by MWE prior to the Petition Date as disclosed in the MWE Retention Application, the payment to MWE as approved in the *Order Approving First Interim Fee Application of McDermott Will & Emery LLP, as Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred from March 25, 2022 through June 30, 2022* (Doc. 511) (the "Fist Interim Fee Order"), the payment to MWE as approved in the *Order Approving Second Interim Fee Application of McDermott Will & Emery L LP, as Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred from*

*July 1, 2022 through September 30, 2022* (Doc. 682) (the "Second Interim Fee Order"), and the

payment to MWE as approved in the *Order Approving Third Interim Fee Application of*

*McDermott Will & Emery LLP, as Counsel to the Debtor and Debtor in Possession, for*

*Allowance of Compensation and Reimbursement of Expenses Incurred from October 1, 2022*

*through February 28, 2023* (Doc. 917) (the "Third Interim Fee Order"), MWE has not received

any payment for services rendered in connection with this Chapter 11 Case. The Debtor was the

source of all payments previously received by MWE in connection with this Chapter 11 Case,

and MWE has not received any promises of payment for services rendered or to be rendered in

this Chapter 11 Case from any other source.

15.     MWE has not shared, nor has MWE agreed to share any compensation it has

received or may receive for services rendered in this Chapter 11 Case with another party or

person, except with respect to the division of compensation among the partners, counsel, and

associates of MWE.

16.     On July 27, 2023, the Court entered the *Findings of Fact, Conclusions of Law,*

*and Order Confirming the Third Amended Chapter 11 Plan of Liquidation of Volunteer Energy*

*Services, Inc.* (Doc. 891) (the "Confirmation Order") whereby the Court approved the *Third*

*Amended Chapter 11 Plan of Liquidation of Volunteer Energy Services, Inc.* (Doc. 655) (as

amended, modified, or supplemented, the "Plan").[3]

17.     The Plan went into effect on August 17, 2023 (the "Effective Date").

18.     Accordingly, MWE seeks allowance of interim compensation for professional

services rendered to the Debtor during the Fourth Interim Compensation Period in the amount of

$335,944.75 and reimbursement of actual and necessary expenses incurred in connection with

---

[3]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

providing such services in the amount of $3,776.96. MWE also seeks allowance of final

compensation to in the amount of $2,325,043.75 for professional services rendered and

approving and authorizing the reimbursement of actual and necessary expenses of $34,098.33

during the period of March 25, 2022 through and including August 17, 2023. As of the date

hereof, $198,790.14 of such fees and $2,681.48 of such expenses remain unpaid to MWE.

## SUMMARY OF SERVICES PROVIDED

19.     During the Final Compensation Period, MWE advised the Debtor in all aspects of

the Chapter 11 Case, including a variety of complex matters. Such aspects generally include,

without limitation:

    a.      advising the Debtor with respect to its powers and duties as a debtor in possession in the continued management and operation of its business and properties;

    b.      advising and consulting on the conduct of the Chapter 11 Case, including all of the legal and administrative requirements of operating in chapter 11;

    c.      attending meetings and negotiating with representatives of the Debtor's creditors and other parties in interest;

    d.      taking all necessary actions to protect and preserve the Debtor's estate, including prosecuting actions on the Debtor's behalf, defending any action commenced against the Debtor, and representing the Debtor in negotiations concerning litigation in which the Debtor is involved, including objections to claims filed against the Debtor's estate;

    e.      preparing pleadings in connection with the Chapter 11 Case, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtor's estate;

    f.      advising the Debtor in connection with any disposition of assets;

    g.      appearing before the Court to represent the interests of the Debtor's estate;

    h.      advising the Debtor regarding tax matters;

    i.       advising the Debtor regarding insurance and regulatory matters;

j.      taking any necessary action on behalf of the Debtor to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.     performing all other necessary legal services for the Debtor in connection with the prosecution of the Chapter 11 Case, including: (i) analyzing the Debtor's leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtor's property; and (iii) advising the Debtor on corporate and litigation matters.

## FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD

### A.    Customary Billing Disclosures

20.    MWE's hourly rates are designed to compensate MWE fairly for the work of its attorneys and other legal professionals and to cover fixed and routine expenses. Rates vary with the experience, seniority, and expertise of the individual professionals engaged in connection with this Chapter 11 Case. These hourly rates are subject to periodic adjustments in accordance with MWE's customary billing practices to reflect economic and other conditions. The rate structure provided by MWE is appropriate and not significantly different from (a) the rates that MWE charges for other similar types of complex chapter 11 representations, or (b) the rates that other comparable counsel would charge to do work substantially similar to the work performed by MWE in this Chapter 11 Case.

### B.    Fees Incurred During Fourth Interim Compensation Period by Professional

21.    In the ordinary course of MWE's practice, MWE maintains records of the time expended to render the legal services required by the Debtor and its estate. The following chart contains a summary of the billings, by MWE professionals, during the Fourth Interim Compensation Period:

8

**COMPENSATION BY PROFESSIONAL**
**MARCH 1, 2023 THROUGH AUGUST 17, 2023**

| Name | Position | Department | Year Admitted | Billing Rate | Total Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Stacy A. Lutkus | Counsel | Corporate Advisory | 2003 | $1,305 | 47.4 | $57,301.75 |
| Darren Azman | Partner | Corporate Advisory | 2011 | $1,305 | 6.3 | $8,221.50 |
| Robert M. Lamkin | Partner | Energy & Project Finance | 1986 | $1,305 | 3.2 | $4,176.00 |
| Debbie Green | Partner | Trial | 2005 | $1,215 | 19.4 | $23,571.00 |
| Gregg A. Steinman | Associate | Corporate Advisory | 2016 | $1,170 | 152.3 | $172,926.00 |
| Jake Jumbeck | Associate | Corporate Advisory | 2017 | $995 | 16.4 | $16,318.00 |
| Natalie A. Rowles | Associate | Corporate Advisory | 2018 | $995 | 42.1 | $41,889.50 |
| Daniel Northrop | Paralegal | Corporate Advisory | N/A | $605 | 0.5 | $302.50 |
| Cathy M. Greer | Paralegal | Corporate Advisory | N/A | $480 | 22.0 | $10,560.00 |
| Jacque Bishop Jones | Paralegal | Corporate Advisory | N/A | $290 | 2.3 | $678.00 |
| **TOTAL** | | | | | 311.9 | **$335,944.75** |
| | | | | **BLENDED RATE:** | | **$1,077.09** |

## C.  Description of Legal Services Rendered During the Fourth Interim Compensation Period

22.     During the Fourth Interim Compensation Period, MWE provided extensive and important professional services to the Debtor in connection with this Chapter 11 Case. These services were often performed under severe time constraints and were necessary to address a multitude of critical issues both unique to this Chapter 11 Case and typically faced by corporate debtors in similar cases of this magnitude and complexity.

23.     To provide a meaningful summary of MWE's services provided on behalf of the Debtor and its estate, MWE has established, in accordance with its internal billing procedures, certain project categories (each, a "Project Category") in connection with this Chapter 11 Case. Attached as **Exhibit C** are MWE's itemized time records, organized by billing month and Project Category, detailing the professional services performed by MWE during the Fourth Interim Compensation Period.

24.     The below table details the fees and hours billed for each Project Category during the Fourth Interim Compensation Period:[4]

---

[4]     This summary chart reflects only those Project Categories for which MWE rendered legal services during the Fourth Interim Compensation Period.

9

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2023 THROUGH AUGUST 17, 2023**

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 4.1 | $4,376.50 |
| B120 | Asset Analysis/Recovery | 2.6 | $3,042.00 |
| B150 | Meetings/Communications with Creditors | 2.1 | $2,700.00 |
| B155 | Court Hearings | 30.7 | $33,575.50 |
| B160 | Fee/Employment Applications | 28.3 | $19,030.00 |
| B180 | Avoidance Action Analysis | 3.4 | $4,356.00 |
| B185 | Assumption/Rejection of Leases | 1.2 | $1,404.00 |
| B190 | Other Contested Matters | 66.1 | $73,387.25 |
| B195 | Non-Working Travel | 9.0 | $5,265.00 |
| B210 | Business Operations | 0.4 | $192.00 |
| B230 | Financing/Cash Collections | 25.2 | $32,694.00 |
| B290 | Insurance | 0.5 | $585.00 |
| B310 | Claims Administration & Objections | 35.9 | $38,411.50 |
| B320 | Plan and Disclosure Statement | 102.4 | $116,926.00 |
| **TOTAL** | | **311.9** | **$335,944.75** |

25.     The following is a summary, by Project Category, of the most significant professional services provided by MWE during both the Fourth Interim Compensation Period and the Final Compensation Period. This summary is organized in accordance with MWE's internal system of matter numbers. The descriptions demonstrate that MWE was heavily involved in performing services for the Debtor on a daily basis, often including night and weekend work, to meet the needs of the Debtor and its estate in this Chapter 11 Case.

a.      <u>Case Administration (B110)</u>
Fourth Interim Compensation Period: Total Fees: $4,376.50; Total Hours: 4.1
Final Compensation Period: Total Fees: $92,871.00; Total Hours: 108.3

This category includes time MWE spent on a variety of tasks that were necessary to ensure the efficient and smooth administration of legal services related to the Debtor's Chapter 11 Case. These matters include, without limitation, meetings and conferences with the Debtor,

10

co-counsel to the Debtor, and other professionals to discuss general chapter 11 administrative matters, and miscellaneous matters relating to this Chapter 11 Case. MWE professionals also expended time preparing and maintaining a critical dates calendar, reviewing monthly operating reports, and the assisting with the preparation and review of the Debtor's schedules and statements.

Throughout the Chapter 11 Case, MWE was in close contact with counsel to various lenders and other relevant parties in interest on a regular basis to discuss strategic paths forward in the Chapter 11 Case. These administrative-related tasks were necessary for MWE to provide timely and effective counsel to the Debtor relating to various motions and case developments.

b.    Asset Analysis and Recovery (B120)
Fourth Interim Compensation Period: Total Fees: $3,042.00; Total Hours: 2.6
Final Compensation Period: Total Fees: $234,211.00; Total Hours: 237.4

This category includes time MWE expended reviewing documents and preparing an analysis of outstanding accounts receivable, posted collateral, and assets in storage, and the viability of collecting same. This category also includes work performed by MWE in analyzing the viability of certain causes of action and defenses to same. MWE expended time researching constructive trust issues in connection with rebates and setoff issues. MWE spent time preparing demand letters to third parties to recover assets for the estate. MWE also spent time reviewing and revising customer transfer agreements.

This category also includes time MWE expended researching and reviewing documents in connection with preservation of estate assets, including relating to certain interstate pipeline's applications of collateral from local distribution companies ("LDC") and LDC's duty to mitigate damages of retail suppliers. MWE analyzed the viability of certain causes of action and defenses to same.

Additionally, this category includes time MWE expended preparing and negotiating the mutual release agreement related to the Debtor's prepetition bond. The significant amount of work spent to this task code attributed to higher recoveries, which benefitted the Debtor, creditors, and all stakeholders in the Chapter 11 Case, and directly resulted in the best value maximizing transaction.

    c.    <u>Asset Disposition (B130)</u>
    Fourth Interim Compensation Period: Total Fees: $0.00; Total Hours: 0.0
    Final Compensation Period:Total Fees: $146,502.50; Total Hours: 137.50

This category includes time MWE spent preparing and revising motions, declarations, and orders approving sales of the Debtor's assets, including customer contracts, gas and renewable energy certificates, and other miscellaneous assets of the Debtor. MWE also spent time researching precedent regarding private and expedited sales and prepared a motion to expedite the hearing on the customer contract sale motion. MWE also expended time reviewing and revising the asset purchase agreements, negotiating with potential purchasers, and working with the Debtor's other professionals to close sales and collect proceeds.

This category includes time MWE spent preparing and revising the termination agreement with PJM. MWE also spent time preparing a side letter to the asset purchase agreement valuation accounts. The significant amount spent under this category was imperative to securing the highest recoveries in the disposition of sale assets; and therefore, maximized the value of the Debtor's estate for the benefit of all creditors and stakeholders.

    d.    <u>Relief from Stay/Adequate Protection Proceedings (B140)</u>
    Fourth Interim Compensation Period: Total Fees: $0.00; Total Hours: 0.0
    Final Compensation Period:Total Fees: $2,256.00; Total Hours: 2.4

This category includes time MWE spent preparing and revising the East Ohio Gas Company (d/b/a Dominion Energy Ohio) stay relief motion.

      e.      <u>Meetings/Communications with Creditors (B150)</u>
Fourth Interim Compensation Period: Total Fees: $2,700.00; Total Hours: 2.1
Final Compensation Period: Total Fees: $73,418.50; Total Hours:  67.4

This category includes time MWE spent preparing various agreements, including a confidentiality agreement, with the Committee. MWE also spent time providing periodic updates to the Committee, which included meeting with the Committee regarding general case issues, objections to first and second-day motions, and the sale process. MWE spent time preparing for and attending the 341 meeting. MWE spent time preparing for the initial debtor interview and attending same. MWE spent time meeting with various professionals regarding customer transition issues and negotiations with the Debtor's DIP lender. MWE also expended time meeting with suppliers regarding collateral return and reconciliation. This category includes time that MWE spent communicating with creditors regarding post-confirmation claims. Matter time in this category was vital to the Chapter 11 Case in an effort to keep creditors informed and up to date with developments throughout the case.

      f.      <u>Court Hearings (B155)</u>
Fourth Interim Compensation Period: Total Fees: $33,575.50; Total Hours: 30.7
Final Compensation Period:Total Fees: $309,269.50; Total Hours:  308.8

This category includes time spent by MWE professionals providing services related to preparing for and attending several hearings during the Final Compensation Period, including preparing for and attending the confirmation hearing regarding approval of the Plan.

      g.      <u>Fee/Employment Applications (B160)</u>
Fourth Interim Compensation Period: Total Fees: $19,030.00; Total Hours: 28.3
Final Compensation Period:Total Fees: $118,158.00; Total Hours: 170.5

This category includes time spent by MWE preparing MWE's Monthly Statements. This category also includes time MWE attorneys spent assisting the Debtor's other professionals with the preparation of their Monthly Statements. This category also includes time MWE spent

13

preparing their interim fee applications.

    h.    <u>Avoidance Action Analysis (B180)</u>
    Fourth Interim Compensation Period: Total Fees: $4,356.00; Total Hours: 3.4
    Final Compensation Period:Total Fees: $53,606.00; Total Hours:  55.0

This category includes time spent by MWE attorneys reviewing and analyzing preference

liability claims and developing strategy with respect to same.

    i.    <u>Assumption/Rejection of Leases (B185)</u>
    Fourth Interim Compensation Period: Total Fees: $1,404.00; Total Hours: 1.2
    Final Compensation Period:Total Fees: $106,937.50; Total Hours:  111.7

This category includes time MWE spent reviewing and analyzing preference liability

exposure, analyzing potential defenses in response to same, and preparing preference demand

letters. This category includes time spent by MWE attorneys revising an order rejecting

unexpired leases. MWE also spent time negotiating with the Debtor's landlord and reviewing

proposed changes to the order rejecting unexpired leases. MWE also spent time reviewing and

analyzing notices related to the Debtor's executory contracts.

    j.    <u>Other Contested Matters (B190)</u>
    Fourth Interim Compensation Period: Total Fees: $73,387.25; Total Hours: 66.1
    Final Compensation Period:Total Fees: $130,256.75; Total Hours:  128.5

This category includes time MWE spent negotiating various first day pleadings and sale

issues. MWE also spent time researching setoff and recoupment rights of LDCs and prepared

memorandum regarding same. This category includes time MWE spent researching employee

settlements. MWE also spent time reviewing draft releases and consulting agreements. MWE

expended time preparing a motion and proposed order approving releases and consulting

agreements with employees. MWE also spent time researching recoupment issues and analyzing

the PJM operating agreement and the Debtor's obligations. This category includes time MWE

spent researching application of tariffs in chapter 11cases and potential fines and penalties.

MWE also spent time researching security interests and set-off rights with respect to collateral, as well as recoupment issues. This category includes time MWE spent analyzing and preparing an adversary proceeding complaint regarding preferential transfers. This category also includes time spent preparing and finalizing claim objections.

      k.    <u>Non-Working Travel (B195)</u>
           Fourth Interim Compensation Period: Total Fees: $5,265.00; Total Hours: 9.0
           Final Compensation Period:Total Fees: $26,720.00; Total Hours:  46.5

This category includes time spent by MWE professionals providing services relating to traveling in connection with their representation of the Debtor. The amounts requested for review and the request for payment in the Application reflect a reduction in on one-half the charges for travel time.

      l.    <u>Business Operations (B210)</u>
           Fourth Interim Compensation Period: Total Fees: $192.00; Total Hours: 0.4
           Final Compensation Period: Total Fees: $47,970.00; Total Hours: 51.6

This matter includes time MWE expended on revising first and second days motions. MWE also prepared a motion, order, and notice of hearing to transition customers to default providers and researched issues regarding same. MWE spent time preparing a motion and order to reimburse Paylocity and research regarding same. MWE also prepared a motion to expedite hearing regarding same. MWE spent time reviewing and revising drafts of various hedge termination agreements. MWE spent time preparing for and communicating with state public utility commissions regarding abandonment of certain certifications. This matter includes time MWE expended reviewing order authorizing Debtor's entry into release and consulting agreements with certain employees. MWE expended time reviewing the order authorizing Debtor's entry into release and consulting agreements with certain employees.

m.    <u>Employee Pensions (B220)</u>
Fourth Interim Compensation Period: Total Fees: $0.00; Total Hours 0.0
Final Compensation Period: Total Fees: $43,438.00; Total Hours: 51.0

This category includes time MWE spent preparing, negotiating, and revising the employee benefits motion and interim order in accordance with Paylocity issues and researching the priority of wage claims assigned to other parties. MWE also spent time researching issues relating to 401(k) plan termination, reviewing administrative steps regarding same, and preparing the 401(k) termination motion. MWE also spent time preparing for and attending a meeting with the 401(k) plan administrator regarding termination and preparing 401(k) termination letters. This category also includes time MWE spent revising motion, order and declaration approving entry into release and consulting agreements with certain employees.

n.    <u>Financing/Cash Collections (B230)</u>
Fourth Interim Compensation Period: Total Fees: $32,694.00; Total Hours 25.2
Final Compensation Period: Total Fees: $289,583.50; Total Hours: 276.1

This category includes time spent by MWE regarding securing the consent and approval of the Debtor's use of cash collateral and the Debtor's post-petition financing, including, without limitation, the preparation of filings and other documents regarding the Debtor's use of cash collateral, the post-petition financing agreement between the Debtor and its lender, and the various amendments thereto and extensions thereof.

This category includes time spent by MWE reviewing final post-petition financing order and post-petition financing agreement between Debtor and its lender to determine maximum cash distribution to PNC due to accrued fees and Debtor escrow responsibilities in connection with same. This category also includes time spent by MWE preparing and revising a notice of extension of budget period and proposed order and communications with PNC regarding same.

16

MWE also spent time preparing a letter to PNC in connection with payment of accrued fee

under the post-petition financing agreement between the Debtor and its lender.

The significant amount spent under this category was imperative to providing maximum

cash distribution to the Debtor's lenders.

o.   Tax (B240)
     Fourth Interim Compensation Period: Total Fees: $0.00; Total Hours: 0.0
     Final Compensation Period: Total Fees: $938.00; Total Hours:  0.9

This category includes time MWE spent preparing for and attending a meeting with co-

counsel for the Debtor regarding tax audit issues.

p.   Insurance (B290)
     Fourth Interim Compensation Period: Total Fees: $585.00; Total Hours: 0.5
     Final Compensation Period: Total Fees: $585.00; Total Hours: 0.5

This category includes time spent by MWE communicating with insurances carriers and

Committee regarding insurance coverage and extensions of the Debtor's policies.

q.   Claims Administration & Objections (B310)
     Fourth Interim Compensation Period: Total Fees: $38,411.50; Total Hours: 35.9
     Final Compensation Period: Total Fees: $249,278.00; Total Hours: 266.5

This category includes time MWE spent reviewing, negotiating, and revising the

motion to limit notice with respect to the claims bar date and order regarding same. MWE

reviewed various administrative expense claims. MWE expended time regarding analysis of

potential setoff and recoupment rights under the safe harbor provisions and relevant case law,

administrative expense status of fines and penalties, liquidated damages claims, and

administrative expense status of punitive and other non-compensatory damages. MWE spent

time preparing letters regarding setoff issues.

This category also includes time MWE spent reviewing various administrative expense

claims and. MWE expended time participating in calls with various administrative claimants'

counsel regarding administrative claims and global settlement. MWE spent time preparing

17

various settlement motions and orders resolving administrative claims. At times, MWE also

drafted objections to claims. MWE also spent time preparing a motion and order to continue

administrative expense application hearing.

       r.      <u>Plan and Disclosure Statement (B320)</u>
                Fourth Interim Compensation Period: Total Fees: $116,926.00; Total Hours: 102.4
                Final Compensation Period: Total Fees: $465,267.00; Total Hours: 457.4

This category includes time MWE spent researching precedent and preparing the chapter

11 plan, disclosure statement, and disclosure statement motion, as well as communicating with

various parties in interest, including the Committee regarding same. MWE expended time

preparing the Plan and various ancillary materials related to the Plan, as well as researching

various issues relating to plan confirmation. MWE also negotiated with various stakeholders,

including PNC, regarding the Plan.

<b>EXPENSES INCURRED BY MWE DURING THE FOURTH INTERIM<br><u>COMPENSATION PERIOD</u></b>

      26.     In the ordinary course of MWE's practice, MWE also maintains a record of

reimbursable expenses incurred in the rendition of the legal services required by the Debtor and

its estate. MWE charges for identifiable, non-overhead expenses incurred in connection with a

client's case that would not have been incurred except for the representation of that particular

client. Such expenses may include, but are not limited to, courier expenses, filing fees, postage,

computerized research, photocopying expense (whether incurred internally or charged by outside

vendors), parking, facilities charges, meal expenses, teleconferencing, transcript requests, and

other travel expenses. It is MWE's policy to charge clients only the amount actually incurred by

MWE in connection with such expenses. MWE believes that it is equitable to charge these

expenses to the particular client rather than increasing hourly rates and spreading the expenses

among other clients.

18

27.     As set forth in **Exhibit D**, MWE incurred a total of $3,776.96 in expenses relating

to its representation of the Debtor during the Fourth Interim Compensation Period and a total of

$34,098.33 in expenses in the Final Compensation Period. These charges were direct costs

incurred by MWE during the Fourth Interim Compensation Period relating to its representation

of the Debtor, and were actual, reasonable, and necessary to effectively serve the needs of the

Debtor in this Chapter 11 Case.

## MWE'S REQUESTED COMPENSATION SHOULD BE ALLOWED

28.     Bankruptcy Code section 331 provides for interim compensation of professionals

and incorporates the substantive standards of Bankruptcy Code section 330 to govern a court's

award of such compensation. Bankruptcy Code section 330 provides that a court may award a

professional employed under Bankruptcy Code section 327 "reasonable compensation for actual,

necessary services rendered[.]" 11 U.S.C. § 330(a)(1). Section 330(a)(3) sets forth criteria courts

are to consider in determining the extent of compensation to be awarded.

> In determining the amount of reasonable compensation to be awarded, the court
> should consider the nature, extent, and the value of such services, taking into
> account all relevant factors, including—
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration
>         of, or beneficial at the time at which the service was
>         rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable
>         amount of time commensurate with the complexity,
>         importance, and nature of the problem, issue, or task
>         addressed;
>
> (E)     with respect to a professional person, whether the person is
>         board certified or otherwise has demonstrated skill and
>         experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the
>         customary compensation charged by comparably skilled

19

practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

29.     MWE respectfully submits that the services for which it seeks compensation in

this Application were, at the time rendered, necessary for and beneficial to the Debtor and its

bankruptcy estate and were rendered to protect and preserve the Debtor's estate. MWE further

believes that it performed the services for the Debtor economically, effectively, and efficiently,

and that the results obtained benefited not only the Debtor, but also the Debtor's estate and its

stakeholders.

30.     During the Fourth Interim Compensation Period, MWE's hourly billing rates for

attorneys and paraprofessionals ranged from $290 to $1,305. The hourly rates and corresponding

rate structure utilized by MWE in this Chapter 11 Case are equivalent to the hourly rates and

corresponding rate structure used by MWE for complex restructuring, workout, bankruptcy,

insolvency, and comparable matters, and similar complex corporate, securities, and litigation

matters, whether in court or otherwise, regardless of whether a fee application is required. MWE

strives to be efficient in the staffing of matters.

31.     MWE's hourly rates are set at a level designed to compensate MWE fairly for the

work of its attorneys and other legal professionals to cover certain fixed and routine overhead

expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These

hourly rates are subject to periodic adjustments to reflect economic and other conditions and are

consistent with the rates charged elsewhere.

32.     Given the complexity of this Chapter 11 Case, the extent, nature, and value of the

services provided by MWE, the time expended by MWE in providing such services, and the cost

of comparable services outside of bankruptcy, MWE believes that an award of compensation

20

sought herein is reasonable compensation for actual and necessary services rendered by MWE to

the Debtor during the Fourth Interim Compensation Period. MWE therefore submits that

allowance of interim compensation to MWE in the amount of $335,944.75 and the allowance of

final compensation to MWE of $2,325,043.75 are appropriate under Bankruptcy Code sections

330 and 331.

### REIMBURSEMENT OF EXPENSES

33.    Bankruptcy Code section 330(a)(1)(B) authorizes "reimbursement for actual,

necessary expenses" paid by professionals. "Once documented, 'actual and necessary expenses'

are automatically reimbursable." *In re Liberal Market, Inc.*, 24 B.R. 653, 658 (Bankr. S.D. Ohio

1982).

34.    As noted above, the expenses for which MWE seeks reimbursement are identified

on **Exhibit D.** These expenses would not have been incurred but for MWE's representation of

the Debtor in this Chapter 11 Case, and were actual, reasonable, and necessary to effectively

serve the needs of the Debtor. Accordingly, pursuant to Bankruptcy Code section 330(a)(1)(B),

MWE's request for reimbursement of expenses in the amount of $3,776.96 in the Fourth Interim

Compensation Period and $34,098.33 in the Final Compensation Period should be approved.

### RESERVATION OF RIGHTS

35.    It is possible that some professional time expended, or expenses incurred during

the Fourth Interim Compensation Period are not reflected in this Application. MWE reserves the

right to include such amounts in supplemental fee applications.

### NOTICE

36.    In addition, in accordance with the Case Management Procedures, the Debtor will

provide notice of this Application to the entities on the Master Service List and the Professional

Fee Notice Parties (as such terms are defined in the Case Management Procedures). The Debtor

21

submits that no other or further notice is required.

## NO PRIOR REQUEST

37.     No prior application for the relief requested herein has been made to this or any

other court.

WHEREFORE, MWE respectfully requests that the Court enter an order, substantially in

the form of the Proposed Order, (a) allowing interim compensation to MWE for professional

services rendered by MWE for the Fourth Interim Compensation Period in the amount of

$335,944.75 and reimbursement of actual and necessary expenses in the amount of $3,776.96;

(b) allowing final compensation to MWE for professional services rendered by MWE for the

Final Compensation Period in the amount of $2,325,043.75 and reimbursement of actual and

necessary expenses in the amount of $34,098.33; and (c) granting such other relief as is

appropriate under the circumstances.

Dated: October 2, 2023
     Columbus, Ohio

Respectfully submitted,

*/s/ Philip K. Stovall*
David M. Whittaker (0019307)
Philip K. Stovall (0090916)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Tel:   (614) 221-2121
Fax:   (614) 365-9516
Email: dwhittaker@isaacwiles.com
       pstovall@isaacwiles.com

*- and -*

Darren Azman (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:   (212) 547-5400
Fax:   (212) 547-5444
Email  dazman@mwe.com
      nrowles@mwe.com

*Counsel to the Debtor and*
*Debtor in Possession*

## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

**ORDER APPROVING FOURTH INTERIM
AND FINAL FEE APPLICATION OF MCDERMOTT WILL &
EMERY LLP, COUNSEL FOR THE DEBTOR AND DEBTOR IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE INTERIM
PERIOD FROM MARCH 1, 2023 THROUGH AUGUST 17, 2023 AND
(II) THE FINAL PERIOD FROM MARCH 25, 2022 THROUGH AUGUST 17, 2023
[RELATED TO DOC. __]**

---

[1]   The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

This matter came before the Court upon the Fourth Interim and Final Fee Application of

McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance

of Compensation and Reimbursement of Expenses Incurred for (I) the interim period from

March 1, 2023 through August 17, 2023, and (II) the final period from March 25, 2022 through

August 17, 2023 (the "Application"),[2] filed by counsel to the Debtor in the above-captioned

chapter 11 case. The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; and venue being proper in this Court pursuant to 29 U.S.C. §§ 1408 and 1409; and this

matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and

sufficient cause appearing therefor; and upon finding that there is good cause; it is **HEREBY**

**ORDERED THAT:**

1.      The Fourth Interim and Final Fee Application of McDermott Will & Emery LLP

("MWE") is granted.

2.      MWE is allowed compensation for services rendered to the Debtor during the

Fourth Interim Compensation Period in the amount of $335,944.75 and reimbursement for actual

and necessary expenses incurred during the Fourth Interim Compensation Period in the amount

of $3,776.96.

3.      The amounts of compensation allowed to MWE by the First Interim Fee Order,

the Second Interim Fee Order, the Third Interim Fee Order, and in paragraph 2 of this Order, in

the cumulative amount of $2,325,043.75, are hereby allowed and awarded to MWE on a final

basis, for services rendered to the Debtor during the Final Compensation Period.

4.      The amounts of expenses approved for reimbursement to MWE by the First

Interim Fee Order, the Second Interim Fee Order, the Third Interim Fee Order, and in paragraph

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

2

2 of this Order, in the cumulative amount of 34,098.33, are hereby allowed and approved for reimbursement to MWE on a final basis, as actual and necessary expenses incurred during the Final Compensation Period..

5.       To the extent not already paid, MWE is authorized to be paid one hundred percent (100%) of the allowed compensation for services rendered to the Debtor and reimbursement for actual and necessary expenses incurred during both the Fourth Interim Compensation Period and the Final Compensation Period.

6.       MWE is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7.       Epiq Corporate Restructuring, LLC shall serve a copy of this Order on the parties that were served with the Application and shall file a certificate of service confirming compliance with this requirement.

8.       The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Copies to:  Default List

**<u>Exhibit B</u>**

**Azman Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOLUNTEER ENERGY SERVICES, INC., | ) | Case No. 22-50804 |
| | ) | |
| Debtor.[1] | ) | Judge C. Kathryn Preston |
| | ) | |

**DECLARATION OF DARREN AZMAN IN SUPPORT OF**
**THE FOURTH INTERIM AND FINAL FEE APPLICATION**
**OF MCDERMOTT WILL & EMERY LLP, COUNSEL FOR THE**
**DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**(I) THE INTERIM PERIOD FROM MARCH 1, 2023 THROUGH AUGUST 17, 2023**
**AND (II) THE FINAL PERIOD FROM MARCH 25, 2022 THROUGH AUGUST 17, 2023**

I, Darren Azman, being duly sworn, state the following under penalty of perjury:

1.       I am a partner of the firm of McDermott Will & Emery LLP ("MWE" or the

"Firm")[2] which maintains offices for the practice of law at, among other locations, One

Vanderbilt Avenue, New York, New York, 10017-3852. I am one of the lead attorneys from

MWE working on the above-captioned chapter 11 case. I have been duly admitted to practice in

the State of New York and the Commonwealth of Massachusetts; the United States District

Courts for the District of Massachusetts, and Eastern and Southern Districts of New York, and

the United States Courts of Appeals for the Second and Third Circuits.

---

[1]       The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

[2]       Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Fourth Interim and Final Fee Application of McDermott Will & Emery LLP, Counsel for the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for (I) the Interim Period from March 1, 2023 Through August 17, 2023 and (II) the Final Period from March 25, 2022 through August 17, 2023* (the "Application").

2.      I have read the Application of MWE, and to the best of my knowledge,

information and belief, the statements contained in the Application are true and correct. In

addition, I believe that the Application complies with Local Rules 2014-1 and 2016-1.

3.      In connection therewith, I hereby certify that:

(a)      to the best of my knowledge, information and belief, formed after
reasonable inquiry, the fees and disbursements sought in the Application
are permissible under the relevant rules, court orders, and Bankruptcy
Code provisions, except as specifically set forth herein;

(b)      except to the extent disclosed in the Application, the fees and
disbursements sought in the Application are billed at rates customarily
employed by MWE, and generally accepted by MWE's clients. In
addition, none of the professionals seeking compensation varied their
hourly rate based on the geographic location of the Debtor's case;

(c)      the total fees sought do not exceed the fees budgeted in the budget staffing
plan;

(d)      MWE did not have to agree to modified rates or terms in order to continue
MWE's engagement;

(e)      in providing a reimbursable expense, MWE does not make a profit on that
expense, whether the service is performed by MWE in-house or through a
third party;

(f)      in accordance with Bankruptcy Rule 2016(a) and section 504 of the
Bankruptcy Code, no agreement or understanding exists between MWE
and any other person for the sharing of compensation to be received in
connection with the above cases except as authorized pursuant to the
Bankruptcy Code, Bankruptcy Rules, and Local Rules; and

(g)      all services for which compensation is sought were professional services
on behalf of the Debtor and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge, information, and belief.

Dated: October 2, 2023
      New York, New York

MCDERMOTT WILL & EMERY LLP

*/s/ Darren Azman*
Darren Azman
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Fax: (212) 547-5444
Email: dazman@mwe.com

3

**<u>Exhibit C</u>**

**MWE's Itemized Time Entries**

 McDermott
Will & Emery

Invoice: 3757825                                                    05/03/2023
Client: 117047

Volunteer Energy Services, Inc.
790 Windmiller Drive
Pickerington, OH  43147

For Services Rendered in Connection with:

Matter: 0013          Chapter 11 Bankruptcy

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 03/02/23 | Case Administration C. Greer | 0.20 | 96.00 | Review order scheduling additional omnibus hearings and communicate with MWE team regarding same. |
| B110 03/08/23 | Case Administration G. Steinman | 1.00 | 1,170.00 | Prepare for and attend meeting with T. Buck and P. Stovall regarding upcoming case issues and work-streams. |
| B155 03/24/23 | Court Hearings C. Greer | 1.50 | 720.00 | Preparation for 3/28/23 hearing. |
| B155 03/28/23 | Court Hearings N. Rowles | 1.70 | 1,691.50 | Prepare for and participate in hearing on motion to approve disclosure statement. |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



# McDermott
# Will & Emery

**Volunteer Energy Services, Inc.**

| | Client: | 117047 |
|---|---|---|
| | Invoice: | 3757825 |
| | Invoice Date: | 05/03/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 03/28/23 | Court Hearings G. Steinman | 2.00 | 2,340.00 | Prepare for and attend disclosure statement hearing. |
| B160 03/08/23 | Fee/Employment Applications C. Greer | 1.20 | 576.00 | Review MWE January invoice for privileged information (.6); prepare MWE December fee statement (.6). |
| B160 03/09/23 | Fee/Employment Applications C. Greer | 0.70 | 336.00 | Prepare MWE January fee statement. |
| B160 03/14/23 | Fee/Employment Applications C. Greer | 3.90 | 1,872.00 | Prepare MWE second interim fee application. |
| B160 03/15/23 | Fee/Employment Applications C. Greer | 1.30 | 624.00 | Prepare MWE January fee application. |
| B160 03/16/23 | Fee/Employment Applications C. Greer | 1.10 | 528.00 | Prepare MWE January fee application. |


McDermott
Will & Emery

Volunteer Energy Services, Inc.

| | | | | Client: | 117047 |
| | | | | Invoice: | 3757825 |
| | | | | Invoice Date: | 05/03/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 03/16/23 | Fee/Employment Applications G. Steinman | 2.10 | 2,457.00 | Review and revise MWE monthly fee statement, including exhibits (.6); review and revise third interim fee application (1.5). |
| B160 03/17/23 | Fee/Employment Applications C. Greer | 1.20 | 576.00 | Revise MWE third interim fee application (.8); review MWE February invoice for privileged information (.4). |
| B160 03/20/23 | Fee/Employment Applications C. Greer | 0.20 | 96.00 | Update MWE third interim fee application. |
| B160 03/20/23 | Fee/Employment Applications G. Steinman | 0.80 | 936.00 | Revise MWE third interim fee application. |
| B160 03/21/23 | Fee/Employment Applications C. Greer | 0.30 | 144.00 | Revise MWE third interim fee application. |
| B160 03/28/23 | Fee/Employment Applications C. Greer | 0.40 | 192.00 | Review Isaac Wiles amended third interim fee application (.1); communicate with MWE team regarding same (.1); review GlassRatner third interim fee application (.1); communicate with |



Volunteer Energy Services, Inc.

| | Client: | 117047 |
|---|---|---|
| | Invoice: | 3757825 |
| | Invoice Date: | 05/03/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | MWE team regarding same (.1). |
| B180<br>03/01/23 | Avoidance Action Analysis<br>G. Steinman | 0.60 | 702.00 | Prepare for and attend call with Committee advisors regarding preference scope and analysis. |
| B190<br>03/29/23 | Other Contested Matters<br>G. Steinman | 1.00 | 1,170.00 | Call with D. Green, D. Azman, and T. Buck regarding TCO dispute (.5); prepare documents and circulate to D. Green regarding same (.5). |
| B190<br>03/29/23 | Other Contested Matters<br>D. Green | 0.20 | 243.00 | Participate in team strategy call regarding TCO dispute. |
| B195<br>03/27/23 | Non-Working Travel<br>G. Steinman | 4.50 | 5,265.00 | Travel to Ohio for disclosure statement hearing. |
| B195<br>03/28/23 | Non-Working Travel<br>G. Steinman | 4.50 | 5,265.00 | Return travel from disclosure statement hearing. |



## McDermott Will & Emery

Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3757825
Invoice Date: 05/03/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B210 03/28/23 | Business Operations C. Greer | 0.20 | 96.00 | Review February 2023 monthly operating report (.1); communicate with MWE team regarding same (.1). |
| B230 03/01/23 | Financing/Cash Collections S. Lutkus | 1.30 | 1,696.50 | Prepare draft letter to PNC regarding application of funds to Accrued Fee (1.0); e-mail correspondence to/from T. Buck in connection with same (.2); e-mail correspondence from D. Warner regarding same (.1). |
| B230 03/22/23 | Financing/Cash Collections S. Lutkus | 0.20 | 261.00 | Multiple e-mail messages from T. Buck regarding matters relevant to March 2023 budget variance report. |
| B230 03/23/23 | Financing/Cash Collections S. Lutkus | 2.40 | 3,132.00 | Multiple e-mail messages from/to T. Buck regarding matters relevant to disbursements covenant (.3); voice mail message to T. Buck in connection with same (.1); prepare draft waiver request e-mail to R. Stango-Kelbon in connection with same (1.6); e-mail correspondence to T. Buck, D. Azman and G. Steinman regarding same (.1); receipt and review of T. Buck proposed revisions to same (.2); e-mail correspondence to T. Buck, D. Warner, D. Azman and G. Steinman in connection with transmission of same to agent and counsel (.1). |


McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client:        117047
Invoice:      3757825
Invoice Date:  05/03/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B290 03/01/23 | Insurance G. Steinman | 0.50 | 585.00 | Prepare for and attend call with insurance carrier, Committee, and B. Riley regarding coverage and extensions of coverage. |
| B310 03/16/23 | Claims Administration & Object N. Rowles | 3.10 | 3,084.50 | Draft settlement agreement between Debtor and COH (2.1); review background information on dispute between parties in connection with same (1.0). |
| B310 03/17/23 | Claims Administration & Object N. Rowles | 3.20 | 3,184.00 | Teleconference with G. Steinman regarding COH claims and dispute (.7); revise draft settlement between Debtor and COH in accordance with same (2.5). |
| B310 03/17/23 | Claims Administration & Object G. Steinman | 0.70 | 819.00 | Prepare for and attend call with N. Rowles regarding COH settlement (.7). |
| B310 03/20/23 | Claims Administration & Object G. Steinman | 1.00 | 1,170.00 | Revise COH settlement agreement. |
| B310 03/23/23 | Claims Administration & Object C. Greer | 0.30 | 144.00 | Prepare certificate of no objection regarding motion for agreed order authorizing payment by offset of pre-petition and post-petition claims of Duke Energy Ohio, Inc. (.1); prepare order regarding same (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*

 McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client:        117047
Invoice:       3757825
Invoice Date:  05/03/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 03/27/23 | Claims Administration & Object N. Rowles | 0.50 | 497.50 | Review COH amendments to settlement agreement (.4); correspond with G. Steinman re same (.1). |
| B310 03/28/23 | Claims Administration & Object C. Greer | 0.20 | 96.00 | Review Duke Energy agreed order authorizing payment by offset of prepetition and postpetition claims (.1); communicate with MWE team regarding deadlines re: same (.1). |
| B310 03/29/23 | Claims Administration & Object G. Steinman | 1.80 | 2,106.00 | Revise COH 9019 motion and settlement agreement (1.5); calls with T. Buck regarding same (.3). |
| B320 03/15/23 | Plan and Disclosure Statement G. Steinman | 0.50 | 585.00 | Prepare for and attend meeting with Epiq regarding plan solicitation. |
| B320 03/23/23 | Plan and Disclosure Statement C. Greer | 0.30 | 144.00 | Prepare certificate of no objection regarding amended second motion extending exclusive period (.1); prepare order regarding same (.2). |
| B320 03/23/23 | Plan and Disclosure Statement G. Steinman | 0.60 | 702.00 | Review of plan service preparations from Epiq (.4); email correspondence with Epiq and P. Stovall regarding same (.2). |

**One Vanderbilt Avenue**  New York, NY  10017-3852  **Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Volunteer Energy Services, Inc.

| | | | | | Client: | 117047 |
| Invoice: | 3757825 |
| Invoice Date: | 05/03/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320<br>03/25/23 | Plan and Disclosure Statement<br>G. Steinman | 1.70 | 1,989.00 | Prepare for disclosure statement hearing (1.5); email correspondence with T. Buck and P. Stovall regarding same (.2). |
| B320<br>03/26/23 | Plan and Disclosure Statement<br>G. Steinman | 0.30 | 351.00 | Email correspondence with P. Stovall regarding disclosure statement hearing preparations. |
| B320<br>03/27/23 | Plan and Disclosure Statement<br>C. Greer | 0.20 | 96.00 | Review order granting Debtor's amended second motion extending exclusive period to solicit (.1); communicate with MWE team regarding same (.1). |
| B320<br>03/27/23 | Plan and Disclosure Statement<br>G. Steinman | 2.30 | 2,691.00 | Prepare for disclosure statement hearing, including review of plan, disclosure statement, exhibits, and confirmation order. |
| B320<br>03/28/23 | Plan and Disclosure Statement<br>G. Steinman | 1.10 | 1,287.00 | Amend confirmation order and related exhibits (.8); meetings with P. Stovall regarding same (.3). |

| | | | |
|---|---|---|---|
| **Total Hours** | **52.80** | **Total For Services** | **$51,716.00** |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Volunteer Energy Services, Inc.

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3757825 |
| Invoice Date: | 05/03/2023 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Green | 0.20 | 1,215.00 | 243.00 |
| C. Greer | 13.20 | 480.00 | 6,336.00 |
| S. Lutkus | 3.90 | 1,305.00 | 5,089.50 |
| N. Rowles | 8.50 | 995.00 | 8,457.50 |
| G. Steinman | 27.00 | 1,170.00 | 31,590.00 |
| **Totals** | **52.80** | | **$51,716.00** |

### Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.20 | 1,266.00 |
| B155 | Court Hearings | 5.20 | 4,751.50 |
| B160 | Fee/Employment Applications | 13.20 | 8,337.00 |
| B180 | Avoidance Action Analysis | 0.60 | 702.00 |
| B190 | Other Contested Matters | 1.20 | 1,413.00 |
| B195 | Non-Working Travel | 9.00 | 10,530.00 |
| B210 | Business Operations | 0.20 | 96.00 |
| B230 | Financing/Cash Collections | 3.90 | 5,089.50 |
| B290 | Insurance | 0.50 | 585.00 |
| B310 | Claims Administration & Object | 10.80 | 11,101.00 |
| B320 | Plan and Disclosure Statement | 7.00 | 7,845.00 |
| | | 52.80 | 51,716.00 |



Invoice: 3769543                                                      05/30/2023
Client: 117047

Volunteer Energy Services, Inc.
790 Windmiller Drive
Pickerington, OH  43147

For Services Rendered in Connection with:

Matter: 0013            Chapter 11 Bankruptcy

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 04/26/23 | Case Administration G. Steinman | 1.20 | 1,404.00 | Prepare for and attend liquidating trust transition call. |
| B120 04/21/23 | Asset Analysis and Recovery G. Steinman | 0.80 | 936.00 | Prepare for and attend call with T. Buck and MGU regarding release (.6); debrief call with T. Buck regarding same (.2). |
| B150 04/21/23 | Mtgs/Communications w/Creditor G. Steinman | 0.30 | 351.00 | Email correspondence with creditor regarding plan and solicitation. |
| B160 04/12/23 | Fee/Employment Applications G. Steinman | 0.20 | 234.00 | Review of monthly fee statement, including exhibits. |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

| | | | | Client: | 117047 |
| | | | | Invoice: | 3769543 |
| | | | | Invoice Date: | 05/30/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 04/18/23 | Fee/Employment Applications C. Greer | 0.30 | 144.00 | Review MWE March invoice for privileged information. |
| B160 04/20/23 | Fee/Employment Applications C. Greer | 1.60 | 768.00 | Prepare MWE February fee statement (1.3); review MWE March invoice (.3). |
| B160 04/20/23 | Fee/Employment Applications G. Steinman | 0.50 | 585.00 | Revise MWE March fee statement, including exhibits. |
| B185 04/12/23 | Assumption/Rejection of Leases G. Steinman | 1.20 | 1,404.00 | Call with P. Stovall regarding executory contract notice (.4); call with P. Stovall and Epiq regarding same (.4); review of notices with respect to same (.4). |
| B190 04/05/23 | Other Contested Matters C. Greer | 0.10 | 48.00 | Communicate with MWE team regarding deadline to file preference complaint. |
| B190 04/05/23 | Other Contested Matters D. Green | 0.30 | 364.50 | Communications with J. Haake regarding complaint drafting (.2); communications with C. Greer regarding deadlines (.1). |



Volunteer Energy Services, Inc.

Client:       117047
Invoice:      3769543
Invoice Date: 05/30/2023

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>04/10/23 | Other Contested Matters<br>G. Steinman | 1.00 | 1,170.00 | Review of TCO agreements. |
| B190<br>04/24/23 | Other Contested Matters<br>D. Green | 0.10 | 121.50 | Communications with G. Steinman regarding TCO documents. |
| B190<br>04/26/23 | Other Contested Matters<br>D. Green | 0.10 | 121.50 | Communications with G. Steinman regarding TCO documents. |
| B190<br>04/30/23 | Other Contested Matters<br>D. Green | 2.50 | 3,037.50 | Review and analyze client documents for claim objection and adversary (2.3); communications with G. Steinman re same (.2). |
| B210<br>04/27/23 | Business Operations<br>C. Greer | 0.20 | 96.00 | Review March monthly operating report (.1); communicate with MWE team regarding same (.1). |
| B230<br>04/04/23 | Financing/Cash Collections<br>S. Lutkus | 1.60 | 2,088.00 | Prepare draft letter regarding April escrow against accrued fee (1.1); review specific provision of final DIP order in connection with same (.1); e-mail correspondence with T. Buck regarding same (.1); multiple e-mail |



Volunteer Energy Services, Inc.

| | | | | Client: | 117047 |
| | | | | Invoice: | 3769543 |
| | | | | Invoice Date: | 05/30/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | messages from/to D. Warner in connection with same (.2); revise draft letter in accordance with client communications regarding same (.1). |
| B230 04/12/23 | Financing/Cash Collections S. Lutkus | 0.20 | 261.00 | E-mail correspondence from/to T. Buck regarding matters relevant to event of default waiver request. |
| B230 04/13/23 | Financing/Cash Collections S. Lutkus | 0.30 | 391.50 | Prepare for (.2) and attend (.1) call with Blank Rome regarding matters relevant to default waiver request. |
| B230 04/14/23 | Financing/Cash Collections S. Lutkus | 0.20 | 261.00 | E-mail correspondence from/to S. Tarr regarding matters relevant to default waiver request. |
| B230 04/17/23 | Financing/Cash Collections S. Lutkus | 0.80 | 1,044.00 | E-mail correspondence from/to T. Buck regarding revisions to draft renewed waiver request to PNC (.2); revise draft e-mail in accordance with same (.4); e-mail correspondence to Blank Rome team (R. Kelbon, M. Graziano and S. Tarr) renewing request for default waiver (.1); receipt and review of weekly budget variance report (.1). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



## McDermott Will & Emery

Volunteer Energy Services, Inc.

Client:        117047
Invoice:      3769543
Invoice Date:  05/30/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 04/27/23 | Financing/Cash Collections S. Lutkus | 1.70 | 2,218.50 | E-mail correspondence with T. Buck regarding matters relevant to default waiver request (.1); follow-up e-mail correspondence to/from Blank Rome team regarding same (.1); prepare draft letter to PNC in connection with escrow of cash receipts and collections on account of accrued fee (1.4); e-mail correspondence to/from D. Warner regarding same (.1). |
| B310 04/01/23 | Claims Administration & Object N. Rowles | 2.50 | 2,487.50 | Draft motion to approve settlement with Columbia Gas of Ohio. |
| B310 04/03/23 | Claims Administration & Object G. Steinman | 1.40 | 1,638.00 | Call with L. Sizemore regarding COH resolution (.3); revise 9019 motion (.8); email correspondence with N. Rowles regarding same (.3). |
| B310 04/04/23 | Claims Administration & Object G. Steinman | 0.90 | 1,053.00 | Call with T. Buck regarding COH settlement (.3); email correspondence with L. Sizemore regarding same (.2); review of revised documents regarding same (.4). |
| B310 04/04/23 | Claims Administration & Object N. Rowles | 0.30 | 298.50 | Revise stipulation with COH and 9019 motion regarding same. |


McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client:        117047
Invoice:       3769543
Invoice Date:  05/30/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 04/05/23 | Claims Administration & Object G. Steinman | 1.20 | 1,404.00 | Review of COH settlement and 9019 motion (.9); email correspondence with N. Rowles and P. Stovall regarding same (.3). |
| B310 04/05/23 | Claims Administration & Object N. Rowles | 0.30 | 298.50 | Revise COH settlement agreement and correspond with P. Stovall regarding same. |
| B310 04/06/23 | Claims Administration & Object G. Steinman | 1.20 | 1,404.00 | Email correspondence with P. Stovall and N. Rowles regarding COH settlement (.4); review of omnibus claim objections (.8). |
| B310 04/06/23 | Claims Administration & Object N. Rowles | 1.80 | 1,791.00 | Revise COH settlement and 9019 motion in accordance with P. Stovall comments (.9); multiple correspondence with G. Steinman and P. Stovall regarding same (.3); correspond with counsel to COH regarding same (.2); finalize settlement documents for filing and correspond with P. Stovall regarding same (.4). |
| B310 04/07/23 | Claims Administration & Object N. Rowles | 0.40 | 398.00 | Compile settlement agreement and finalize 9019 motion for filing (.3); correspond with P. Stovall regarding same (.1). |

 McDermott
Will & Emery

Volunteer Energy Services, Inc.

| | | | Client: | 117047 |
|---|---|---|---|---|
| | | | Invoice: | 3769543 |
| | | | Invoice Date: | 05/30/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310<br>04/07/23 | Claims Administration &<br>Object<br>G. Steinman | 0.30 | 351.00 | Email correspondence with N. Rowles regarding COH settlement. |
| B310<br>04/19/23 | Claims Administration &<br>Object<br>G. Steinman | 1.00 | 1,170.00 | Review and analyze Muirfeld response to claim objection. |
| B310<br>04/20/23 | Claims Administration &<br>Object<br>G. Steinman | 1.40 | 1,638.00 | Email correspondence with P. Stovall regarding claim objections (.4); review of filed objections (1). |
| B310<br>04/21/23 | Claims Administration &<br>Object<br>G. Steinman | 1.00 | 1,170.00 | Prepare for and attend call with P. Stovall and creditor regarding claim objection. |
| B310<br>04/27/23 | Claims Administration &<br>Object<br>C. Greer | 0.20 | 96.00 | Review Muirfield Energy response to debtor's omnibus objection to certain overstated claims (.1); communicate with MWE team regarding same (.1). |
| B320<br>04/03/23 | Plan and Disclosure Statement<br>N. Rowles | 0.30 | 298.50 | Revise solicitation materials in accordance with entry of disclosure statement order. |



Volunteer Energy Services, Inc.

| | | | Client: | 117047 |
| | | | Invoice: | 3769543 |
| | | | Invoice Date: | 05/30/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B320<br>04/03/23 | Plan and Disclosure Statement<br>G. Steinman | 0.40 | 468.00 | Email correspondence with P. Stovall and N. Rowles regarding solicitation package. |
| B320<br>04/04/23 | Plan and Disclosure Statement<br>G. Steinman | 1.20 | 1,404.00 | Review of revised drafts of solicitation package (.8); call and email correspondence with P. Stovall regarding same (.4). |
| B320<br>04/06/23 | Plan and Disclosure Statement<br>G. Steinman | 1.00 | 1,170.00 | Review of solicitation package for final. |
| B320<br>04/07/23 | Plan and Disclosure Statement<br>G. Steinman | 1.30 | 1,521.00 | Review of solicitation materials and publication notices (1.0); email correspondence with Epiq regarding same (.3). |
| B320<br>04/11/23 | Plan and Disclosure Statement<br>G. Steinman | 0.20 | 234.00 | Call with T. Buck regarding solicitation issues. |
| B320<br>04/20/23 | Plan and Disclosure Statement<br>N. Rowles | 0.20 | 199.00 | Correspond with G. Steinman and P. Stovall regarding plan inquiry from creditor (.1); analyze plan and disclosure statement in accordance with same (.1). |



**McDermott
Will & Emery**

Volunteer Energy Services, Inc.

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3769543 |
| Invoice Date: | 05/30/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320<br>04/27/23 | Plan and Disclosure Statement<br>G. Steinman | 2.30 | 2,691.00 | Call with P. Stovall regarding creditor plan inquiries and related confirmation preparation (.8); review of plan regarding same (1.2); revise Committee support letter (.3). |

| | **Total Hours** | **36.00** | **Total For Services** | **$40,232.00** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Green | 3.00 | 1,215.00 | 3,645.00 |
| C. Greer | 2.40 | 480.00 | 1,152.00 |
| S. Lutkus | 4.80 | 1,305.00 | 6,264.00 |
| N. Rowles | 5.80 | 995.00 | 5,771.00 |
| G. Steinman | 20.00 | 1,170.00 | 23,400.00 |
| **Totals** | **36.00** | | **$40,232.00** |

### Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.20 | 1,404.00 |
| B120 | Asset Analysis and Recovery | 0.80 | 936.00 |
| B150 | Mtgs/Communications w/Creditor | 0.30 | 351.00 |
| B160 | Fee/Employment Applications | 2.60 | 1,731.00 |
| B185 | Assumption/Rejection of Leases | 1.20 | 1,404.00 |
| B190 | Other Contested Matters | 4.10 | 4,863.00 |
| B210 | Business Operations | 0.20 | 96.00 |
| B230 | Financing/Cash Collections | 4.80 | 6,264.00 |
| B310 | Claims Administration & Object | 13.90 | 15,197.50 |
| B320 | Plan and Disclosure Statement | 6.90 | 7,985.50 |
| | | 36.00 | 40,232.00 |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3769543
Invoice Date: 05/30/2023

**Total This Invoice**          **$40,232.00**

**One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Invoice: 3799475                                          08/02/2023
Client: 117047

Volunteer Energy Services, Inc.
790 Windmiller Drive
Pickerington, OH  43147

For Services Rendered in Connection with:

Matter: 0013          Chapter 11 Bankruptcy

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 05/23/23 | Case Administration G. Steinman | 0.70 | 819.00 | Meeting with C. Wick, E. Reubel, P. Stovall, and T. Buck re: budget and confirmation preparation. |
| B120 05/09/23 | Asset Analysis and Recovery G. Steinman | 0.60 | 702.00 | Revise mutual release agreement re: bond. |
| B120 05/11/23 | Asset Analysis and Recovery G. Steinman | 0.50 | 585.00 | Revise MGU release (.3); email correspondence with Debtor regarding same (.2). |
| B120 05/24/23 | Asset Analysis and Recovery G. Steinman | 0.20 | 234.00 | Correspondence with client re: MGU release. |



McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client:         117047
Invoice:       3799475
Invoice Date:  08/02/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B120 05/25/23 | Asset Analysis and Recovery G. Steinman | 0.30 | 351.00 | Call with T. Buck re: MGU mutual release. |
| B120 05/26/23 | Asset Analysis and Recovery G. Steinman | 0.20 | 234.00 | Email correspondence with C. Wick re: MGU release. |
| B155 05/05/23 | Court Hearings G. Steinman | 1.00 | 1,170.00 | Prepare for May 8 omnibus hearing. |
| B155 05/08/23 | Court Hearings G. Steinman | 2.30 | 2,691.00 | Prepare for (.5) and attend May 8 omnibus hearing (1.5); call with N. Rowles regarding same (.3). |
| B160 05/08/23 | Fee/Employment Applications N. Rowles | 4.10 | 4,079.50 | Draft supplement to third interim fee application (2.7); analyze relevant provisions of third interim fee application and tenth monthly fee statement in connection with same (.8); teleconference with G. Steinman re: same (.1); revise same in accordance with G. Steinman's and other comments (.5). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*

2



Volunteer Energy Services, Inc.

| | | Client: | 117047 |
| | | Invoice: | 3799475 |
| | | Invoice Date: | 08/02/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 05/09/23 | Fee/Employment Applications N. Rowles | 0.20 | 199.00 | Revise supplement to third interim fee application of MWE. |
| B160 05/10/23 | Fee/Employment Applications C. Greer | 1.50 | 720.00 | Prepare MWE March fee statement. |
| B160 05/16/23 | Fee/Employment Applications C. Greer | 0.30 | 144.00 | Review MWE April invoice for privileged information. |
| B160 05/16/23 | Fee/Employment Applications C. Greer | 0.40 | 192.00 | Review notice regarding Epiq third interim fee application (.1); communicate with MWE team regarding same (.1); review notice of filing of supplement to GlassRatner third interim fee application (.1); communicate with MWE team regarding same (.1). |
| B160 05/24/23 | Fee/Employment Applications G. Steinman | 0.40 | 468.00 | Revise April monthly fee statement, including exhibits. |



**McDermott Will & Emery**

Volunteer Energy Services, Inc.

| | Client: | 117047 |
|---|---|---|
| | Invoice: | 3799475 |
| | Invoice Date: | 08/02/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 05/30/23 | Fee/Employment Applications C. Greer | 1.00 | 480.00 | Prepare MWE April fee statement. |
| B160 05/31/23 | Fee/Employment Applications G. Steinman | 0.50 | 585.00 | Review of MWE monthly fee statement and exhibits. |
| B190 05/08/23 | Other Contested Matters G. Steinman | 1.40 | 1,638.00 | Prepare mutual release agreement re: surety bond (1.2); email correspondence with T. Buck re: same (.2). |
| B190 05/11/23 | Other Contested Matters C. Greer | 0.80 | 384.00 | Research Columbia Gas Transmission, LLC registered agent, principal place of business, etc. for D. Green in preparation of complaint. |
| B190 05/11/23 | Other Contested Matters D. Green | 1.00 | 1,215.00 | Communications with C. Greer regarding information for draft complaint (.3); work on draft complaint (.7). |
| B190 05/12/23 | Other Contested Matters D. Green | 2.80 | 3,402.00 | Work on draft complaint against TCO. |



Volunteer Energy Services, Inc.

| | | Client: | 117047 |
| | | Invoice: | 3799475 |
| | | Invoice Date: | 08/02/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/15/23 | Other Contested Matters G. Steinman | 1.30 | 1,521.00 | Review of TCO complaint/objection (1); email correspondence with D. Green re: same (.1); call with P. Stovall re same (.2). |
| B190 05/15/23 | Other Contested Matters D. Green | 3.80 | 4,617.00 | Work on claim objection and complaint against TCO (3.7); communications with G. Steinman regarding same (.1). |
| B190 05/16/23 | Other Contested Matters R. Lamkin | 1.30 | 1,696.50 | Review/revise draft of TCO complaint. |
| B190 05/16/23 | Other Contested Matters D. Green | 5.80 | 7,047.00 | Work on claim objection and complaint against TCO (4.5); communications with G. Steinman and D. Azman regarding same (.4); communications with R. Lamkin regarding complaint (.4); review revisions by G. Steinman and further revise complaint (.5). |
| B190 05/16/23 | Other Contested Matters D. Azman | 1.20 | 1,566.00 | Review draft complaint. |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

| | | |
|---|---|---|
| Client: | 117047 |
| Invoice: | 3799475 |
| Invoice Date: | 08/02/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/16/23 | Other Contested Matters G. Steinman | 3.70 | 4,329.00 | Review and revise multiple drafts of preference/claim objection complaint (3.2); email correspondence with D. Green regarding same (.3); email correspondence with T. Buck regarding same (.2). |
| B190 05/17/23 | Other Contested Matters G. Steinman | 2.20 | 2,574.00 | Call with D. Green regarding TCO complaint (.5); revise same (.8); call with T. Buck re: same (.5); email correspondence with C. Wick re: same (.1); email correspondence with P. Stovall re: same (.3). |
| B190 05/17/23 | Other Contested Matters D. Green | 1.40 | 1,701.00 | Review and analyze revisions to draft complaint (.5); continue work on complaint (.3); communications with G. Steinman regarding same (.4); review communications with client and prosecuting counsel (.2). |
| B190 05/17/23 | Other Contested Matters D. Azman | 0.50 | 652.50 | Review draft complaint. |
| B190 05/18/23 | Other Contested Matters D. Green | 0.40 | 486.00 | Communications with co-counsel regarding draft complaint objection to TCO claim. |



Volunteer Energy Services, Inc.

Client:       117047
Invoice:      3799475
Invoice Date:  08/02/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/18/23 | Other Contested Matters G. Steinman | 2.10 | 2,457.00 | Call with D. Warner and T. Buck regarding TCO complaint (.5); review of same (.8); review of demand letter re: same (.6); email correspondence with T. Digioia re: same (.2). |
| B190 05/19/23 | Other Contested Matters D. Green | 0.50 | 607.50 | Review revisions to TCO claim objection (.3); communications with G. Steinman regarding same (.2). |
| B190 05/19/23 | Other Contested Matters G. Steinman | 1.50 | 1,755.00 | Multiple calls with P. Stovall and T. Buck re: TCO complaint (.8); review of revised draft of same (.5); call with P. Stovall re: service of same (.2). |
| B190 05/22/23 | Other Contested Matters D. Green | 0.10 | 121.50 | Communications with P. Stovall regarding adversary proceeding. |
| B230 04/16/23 | Financing/Cash Collections S. Lutkus | 1.40 | 1,827.00 | Prepare draft renewed e-mail waiver request to R. Kelbon (.4) and review relevant provisions of DIP Credit Agreement in connection with same (.9); e-mail correspondence to T. Buck re: same (.1). |
| B230 05/23/23 | Financing/Cash Collections S. Lutkus | 2.60 | 3,393.00 | Prepare documentation relevant to extension of budget period (1.4); review DIP order and November 30 and February 18 notices of extension of budget period in connection with same (.7); multiple e-mail messages |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

Client:        117047
Invoice:       3799475
Invoice Date:  08/02/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | from/to T. Buck (.3), then P. Stovall (.1) in connection with same; prepare summary transmission e-mail to PNC/Blank Rome re: same (.1). |
| B230 05/24/23 | Financing/Cash Collections G. Steinman | 0.20 | 234.00 | Correspondence with P. Stovall re: budget notice and hearing. |
| B230 05/24/23 | Financing/Cash Collections S. Lutkus | 0.30 | 391.50 | E-mail correspondence from T. Buck (.1), then to committee professionals (.1) re: matters relevant to extension of budget period; e-mail correspondence from/to P. Stovall re: requested holding date in connection with same (.1). |
| B230 05/25/23 | Financing/Cash Collections S. Lutkus | 0.60 | 783.00 | Telephone conference with (.1), then multiple e-mail messages from (.2) T. Buck re: matters relevant to finalization/filing of budget and notice of extension of budget period; e-mail correspondence to/from P. Stovall in connection with same (.2); e-mail correspondence from D. Warner re: responsible person approval of budget and notice (.1). |
| B230 05/26/23 | Financing/Cash Collections S. Lutkus | 1.60 | 2,088.00 | Prepare draft letter to PNC in connection with escrow of cash receipts and collections on account of accrued fee (1.1); e-mail correspondence to/from D. Warner, T. Buck in connection with same (.2); multiple e-mail messages |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



**Volunteer Energy Services, Inc.**

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3799475 |
| Invoice Date: | 08/02/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | from/to P. Stovall (.2) and T. Buck (.1) re: matters relevant to finalization and filing/service of notice of extension of budget period and holding date for same. |
| B310<br>05/01/23 | Claims Administration & Object<br>C. Greer | 0.60 | 288.00 | Review Logical Communication Services response to Debtor's first omnibus objection to certain overstated claims (.1); communicate with MWE team regarding same (.1); review Alternative Gas & Energy opposition to Debtor's second omnibus objection to certain late filed claims (.1); communicate with MWE team regarding same (.1); review Sequent Energy response to Debtor's first omnibus objection to certain overstated claims (.1); communicate with MWE team regarding same (.1). |
| B310<br>05/01/23 | Claims Administration & Object<br>D. Green | 0.10 | 121.50 | Communications with R. Lamkin regarding documents for claim objection. |
| B310<br>05/02/23 | Claims Administration & Object<br>D. Green | 0.20 | 243.00 | Communications with R. Lamkin re claim objection. |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott Will & Emery**

Volunteer Energy Services, Inc.

|  | | | |
|---|---|---|---|
| Client: | 117047 |
| Invoice: | 3799475 |
| Invoice Date: | 08/02/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 05/02/23 | Claims Administration & Object G. Steinman | 0.80 | 936.00 | Call with P. Stovall regarding claims resolutions (.3); review of subject claim objections (.5). |
| B310 05/03/23 | Claims Administration & Object G. Steinman | 0.80 | 936.00 | Review of revised claim objection order and CNO (.5); email correspondence with P. Stovall regarding same (.3). |
| B310 05/08/23 | Claims Administration & Object D. Green | 0.10 | 121.50 | Communications with G. Steinman regarding claims objection. |
| B310 05/30/23 | Claims Administration & Object G. Steinman | 0.50 | 585.00 | Call with landlord re: admin claim (.3); email correspondence with C. Wick re: same (.2). |
| B310 05/31/23 | Claims Administration & Object G. Steinman | 0.50 | 585.00 | Email correspondence with J. Gleason, C. Wick, and P. Stovall re: admin claims (.3); email correspondence with P. Stovall re: strategy on same (.2). |
| B320 05/16/23 | Plan and Disclosure Statement G. Steinman | 0.20 | 234.00 | Email correspondence with T. Buck and P. Stovall re: plan voting. |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott Will & Emery**

Volunteer Energy Services, Inc.

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3799475 |
| Invoice Date: | 08/02/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 05/26/23 | Plan and Disclosure Statement G. Steinman | 0.80 | 936.00 | Call with J. Cannizaro re confirmation proceeding (.5); email correspondence with L. Sizemore and T. Buck re same (.3). |
| B320 05/30/23 | Plan and Disclosure Statement G. Steinman | 0.20 | 234.00 | Email correspondence with P. Stovall re: voting tabulation. |
| B320 05/31/23 | Plan and Disclosure Statement G. Steinman | 0.30 | 351.00 | Call with T. Buck re: plan solicitation and voting. |

|  | **Total Hours** | **57.80** | **Total For Services** | **$65,711.00** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Azman | 1.70 | 1,305.00 | 2,218.50 |
| D. Green | 16.20 | 1,215.00 | 19,683.00 |
| C. Greer | 4.60 | 480.00 | 2,208.00 |
| R. Lamkin | 1.30 | 1,305.00 | 1,696.50 |
| S. Lutkus | 6.50 | 1,305.00 | 8,482.50 |
| N. Rowles | 4.30 | 995.00 | 4,278.50 |
| G. Steinman | 23.20 | 1,170.00 | 27,144.00 |
| **Totals** | **57.80** | | **$65,711.00** |

### Task Code Summary


McDermott
Will & Emery

Volunteer Energy Services, Inc.

| Client: | 117047 |
| Invoice: | 3799475 |
| Invoice Date: | 08/02/2023 |

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 0.70 | 819.00 |
| B120 | Asset Analysis and Recovery | 1.80 | 2,106.00 |
| B155 | Court Hearings | 3.30 | 3,861.00 |
| B160 | Fee/Employment Applications | 8.40 | 6,867.50 |
| B190 | Other Contested Matters | 31.80 | 37,770.00 |
| B230 | Financing/Cash Collections | 6.70 | 8,716.50 |
| B310 | Claims Administration & Object | 3.60 | 3,816.00 |
| B320 | Plan and Disclosure Statement | 1.50 | 1,755.00 |
| | | 57.80 | 65,711.00 |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


## McDermott
## Will & Emery

Invoice: 3799552                                          08/15/2023
Client: 117047

Volunteer Energy Services, Inc.
790 Windmiller Drive
Pickerington, OH  43147

For Services Rendered in Connection with:

Matter: 0013          Chapter 11 Bankruptcy

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 06/27/23 | Case Administration D. Northrop | 0.50 | 302.50 | E-mail correspondence with D. Azman regarding arranging for CourtCall line for 6/27 hearing (.1); telephone call with CourtCall to arrange for telephonic appearance at the 6/27 hearing (.1); e-mail correspondence with and telephone calls to Judge Preston's courtroom deputy and law clerks to obtain permission for telephonic appearance for D. Azman for 6/27 hearing (.3). |
| B150 06/16/23 | Mtgs/Communications w/Creditor D. Azman | 1.80 | 2,349.00 | Review and revise TCO reply |
| B155 06/21/23 | Court Hearings C. Greer | 0.40 | 192.00 | Prepare Debtor's witness and exhibit list binder for 6/23/23 hearing (.2); prepare Columbia Gas witness and exhibit list binder for 6/23/23 hearing (.2). |



McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client:      117047
Invoice:      3799552
Invoice Date:  08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 06/22/23 | Court Hearings G. Steinman | 4.90 | 5,733.00 | Review pleadings, plan and related documents, and caselaw in preparation for confirmation hearing (3.6); calls and email correspondence with S. Lutkus and N. Rowles re same (.5); revise outline for same (.8). |
| B155 06/22/23 | Court Hearings N. Rowles | 0.90 | 895.50 | Multiple correspondence with G. Steinman re 6.23.23 plan confirmation hearing (.2); correspond with D. Azman re same (.1); multiple correspondence with T. Buck re same (.2); multiple correspondence with P. Stovall re same (.3); teleconferences with P. Stovall re same (.1). |
| B155 06/23/23 | Court Hearings G. Steinman | 4.50 | 5,265.00 | Prepare for and attend confirmation hearing (4); debrief calls with D. Azman and N. Rowles re same (.5). |
| B155 06/23/23 | Court Hearings N. Rowles | 4.20 | 4,179.00 | Participate in plan confirmation hearing (2.3); revise proposed confirmation order in accordance with Court's comments at hearing (1.3); correspond with G. Steinman and P. Stovall re same (.3); teleconference with G. Steinman re same (.3). |
| B155 06/23/23 | Court Hearings S. Lutkus | 3.50 | 4,567.50 | Attend confirmation hearing. |

**One Vanderbilt Avenue**  New York, NY  10017-3852  **Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

| | | Client: | 117047 |
| | | Invoice: | 3799552 |
| | | Invoice Date: | 08/15/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B155<br>06/24/23 | Court Hearings<br>N. Rowles | 1.20 | 1,194.00 | Further revise proposed confirmation order in accordance with Court's comments at 6.23.23 plan confirmation hearing (1.0); correspond with G. Steinman and P. Stovall re same (.2). |
| B155<br>06/26/23 | Court Hearings<br>G. Steinman | 0.70 | 819.00 | Prepare June 27 hearing outline. |
| B155<br>06/27/23 | Court Hearings<br>G. Steinman | 0.80 | 936.00 | Call with D. Azman re June 27 hearing (.3); revise outline re same (.5). |
| B160<br>06/12/23 | Fee/Employment Applications<br>C. Greer | 0.60 | 288.00 | Review MWE third interim fee application and notice of supplement to same (.2); prepare certification of no objection and proposed order to MWE third interim fee application (.4). |
| B160<br>06/23/23 | Fee/Employment Applications<br>C. Greer | 0.40 | 192.00 | Review and revise MWE May invoice. |
| B180<br>06/12/23 | Avoidance Action Analysis<br>D. Azman | 1.20 | 1,566.00 | Call with G. Steinman re: plan confirmation issues (.4); develop strategy re: same (.8) |

**One Vanderbilt Avenue** New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



**Volunteer Energy Services, Inc.**

Client:        117047
Invoice:       3799552
Invoice Date:  08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B180 06/27/23 | Avoidance Action Analysis D. Azman | 1.60 | 2,088.00 | Prepare for fee application hearing (1.2); attend same (.4) |
| B195 06/22/23 | Non-Working Travel G. Steinman | 2.50 | 2,925.00 | Travel to Columbus for confirmation hearing. |
| B195 06/22/23 | Non-Working Travel S. Lutkus | 1.80 | 2,349.00 | Travel from New York city to Newark International Airport for travel to confirmation hearing (1.3); flight from Newark International to Columbus (.2); travel from Columbus airport to hotel (.3). |
| B195 06/23/23 | Non-Working Travel S. Lutkus | 0.20 | 261.00 | Travel from hotel/to courthouse (.2), then from courthouse/to hotel (.2) for confirmation hearing. |
| B195 06/24/23 | Non-Working Travel G. Steinman | 2.50 | 2,925.00 | Return travel from confirmation hearing. |
| B195 06/24/23 | Non-Working Travel S. Lutkus | 3.50 | 12.25 | Travel from Columbus, Ohio hotel to home. |



McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3799552
Invoice Date: 08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 06/12/23 | Financing/Cash Collections C. Greer | 0.20 | 96.00 | Review order approving extension of budget period (.1); communicate with MWE team regarding same (.1). |
| B230 06/20/23 | Financing/Cash Collections S. Lutkus | 3.90 | 5,089.50 | Prepare draft letter to PNC re: escrow of final installment of accrued fee, proposed treatment of escrowed amounts on effective date of plan (2.2); review background materials relevant to same (1.4); e-mail correspondence to/from T. Buck in connection with same (.1); telephone conference with G. Steinman re: matters relevant to same (.2). |
| B230 06/22/23 | Financing/Cash Collections S. Lutkus | 1.60 | 2,088.00 | Multiple telephone conferences with (.2), then e-mail correspondence from/to T. Buck (.3) re: matters relevant to draft letter describing final escrow installment of accrued fee; revise draft letter in accordance with same (.7); multiple e-mail messages to/from D. Warner in connection with same (.2); follow-up e-mail to PNC/Blank Rome teams re: same (.2). |
| B310 06/01/23 | Claims Administration & Object G. Steinman | 0.60 | 702.00 | Prepare for and attend call with C. Wick, P. Stovall, T. Buck, and J. Gleason re landlord admin claim. |

**One Vanderbilt Avenue** New York, NY 10017-3852 **Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

Client:        117047
Invoice:       3799552
Invoice Date:  08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 06/08/23 | Claims Administration & Object G. Steinman | 0.60 | 702.00 | Multiple email correspondence with C. Wick re admin claims (.3); call with J. Gleason re same (.3). |
| B310 06/12/23 | Claims Administration & Object N. Rowles | 1.30 | 1,293.50 | Review docket for motion to reject nonresidential lease and order allowing same and claims register for landlord's proof of claim in connection with drafting settlement agreement with landlord (.4); research related to precedent for drafting settlement agreement with landlord (.3); multiple correspondence with G. Steinman re same (.2); multiple correspondence with B. Podell and A. Sakni re same (.4). |
| B310 06/13/23 | Claims Administration & Object N. Rowles | 0.50 | 497.50 | Correspond with B. Podell re settlement agreement with landlord re asserted claims (.1); in-office meeting with B. Podell re same (.4). |
| B310 06/15/23 | Claims Administration & Object N. Rowles | 1.60 | 1,592.00 | Revise settlement agreement re claim of L.J.C. Real Estate Holdings, LLC (1.4); correspond with G. Steinman and B. Podell re same (.2). |
| B310 06/16/23 | Claims Administration & Object G. Steinman | 1.00 | 1,170.00 | Revise admin claim resolution stipulation (.8); email correspondence with C. Wick and J. Gleason re same (.2). |



## McDermott Will & Emery

Volunteer Energy Services, Inc.

Client:       117047
Invoice:      3799552
Invoice Date: 08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 06/01/23 | Plan and Disclosure Statement J. Jumbeck | 2.80 | 2,786.00 | Review and analyze Third Amended Plan of Liquidation (.7); review and analyze Disclose Statement (.7); review TCO objection to confirmation of plan (.4); research re impairment under section 1124 of the Bankruptcy Code and setoff rights (.3); research re injunctions and chapter 11 liquidating plans (.7). |
| B320 06/02/23 | Plan and Disclosure Statement J. Jumbeck | 2.20 | 2,189.00 | Continue to review Third Amended Plan and Disclosure Statement in connection with reply (.8); conference with G. Steinman re TCO objection to plan (.2); draft outline re reply brief (1.2). |
| B320 06/02/23 | Plan and Disclosure Statement G. Steinman | 1.50 | 1,755.00 | Review of TCO plan objection (.8); prepare for and attend call with J. Jumbeck re same (.3); review of plan language re same (.4). |
| B320 06/05/23 | Plan and Disclosure Statement J. Jumbeck | 1.30 | 1,293.50 | Draft reply to TCO Objection to confirmation of Third Amended Plan. |
| B320 06/06/23 | Plan and Disclosure Statement J. Jumbeck | 2.00 | 1,990.00 | Continue to review and analyze TCO Objection to plan confirmation (.4); research re public utility tariffs and applications of collateral (.7); draft reply to TCO objection (.9). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



**Volunteer Energy Services, Inc.**

Client:        117047
Invoice:      3799552
Invoice Date:  08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 06/07/23 | Plan and Disclosure Statement J. Jumbeck | 2.20 | 2,189.00 | Draft reply brief in response to TCO plan objection and in support of plan (1.3); review TCO comments to plan (.4); revise third amended plan (.4); correspondence with TCO counsel re same (.1). |
| B320 06/07/23 | Plan and Disclosure Statement G. Steinman | 0.50 | 585.00 | Multiple email correspondence with TCO regarding plan objection (.3); email correspondence with J. Jumbeck and P. Stovall regarding same (.2). |
| B320 06/08/23 | Plan and Disclosure Statement G. Steinman | 1.10 | 1,287.00 | Multiple email correspondence with TCO re plan objection (.3); email correspondence with J. Jumbeck re same (.3); call with P. Stovall re same and customer claims (.5). |
| B320 06/09/23 | Plan and Disclosure Statement G. Steinman | 0.40 | 468.00 | Review of proposed changes to plan (.2); email correspondence with J. Jumbeck re same (.2). |
| B320 06/09/23 | Plan and Disclosure Statement J. Jumbeck | 0.10 | 99.50 | Email with Bracewell team re revisions to plan of liquidation. |
| B320 06/10/23 | Plan and Disclosure Statement G. Steinman | 2.50 | 2,925.00 | Prepare comprehensive reply brief outline. |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

| | | | |
|---|---|---|---|
| Client: | 117047 |
| Invoice: | 3799552 |
| Invoice Date: | 08/15/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 06/12/23 | Plan and Disclosure Statement C. Greer | 0.20 | 96.00 | Review objection of Columbia Gas Transmission and ANR Pipeline Company to plan. |
| B320 06/12/23 | Plan and Disclosure Statement G. Steinman | 3.40 | 3,978.00 | Develop strategy regarding plan objections (.8); call with J. Jumbeck re same (.3); call with P. Stovall regarding same and confirmation hearing prep (.5); research caselaw re same (1.8). |
| B320 06/13/23 | Plan and Disclosure Statement G. Steinman | 4.90 | 5,733.00 | Draft declaration in support of confirmation (2.8); revise outline of reply to plan objection (.8); supplemental research re same (.6); email correspondence with P. Stovall and J. Jumbeck re same (.2); revise voting declaration (.3); email correspondence with P. Stovall re same (.2). |
| B320 06/13/23 | Plan and Disclosure Statement J. Jumbeck | 4.90 | 4,875.50 | Review G. Steinman draft of reply brief outline; review precedent in support re same (.2); research re claims allowance process under section 502 of the Bankruptcy Code (.9); draft reply brief in response to TCO objection to plan confirmation (3.8). |
| B320 06/14/23 | Plan and Disclosure Statement G. Steinman | 3.30 | 3,861.00 | Review and revise reply to plan objection (2.2); calls with D. Azman and S. Lutkus regarding same and confirmation (.6); revise Buck declaration in support of plan (.5). |

**One Vanderbilt Avenue** New York, NY 10017-3852 **Tel** +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott Will & Emery**

Volunteer Energy Services, Inc.

Client:       117047
Invoice:      3799552
Invoice Date: 08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 06/14/23 | Plan and Disclosure Statement J. Jumbeck | 0.30 | 298.50 | Review G. Steinman comments to draft of reply to TCO's objection to chapter 11 plan of liquidation. |
| B320 06/14/23 | Plan and Disclosure Statement S. Lutkus | 2.20 | 2,871.00 | Review and analysis of documentation relevant to plan confirmation hearing (1.6); telephone conference with G. Steinman re: matters relevant to plan confirmation (.6). |
| B320 06/15/23 | Plan and Disclosure Statement J. Jumbeck | 0.60 | 597.00 | Review G. Steinman revised draft of reply brief (.3); revise same (.3). |
| B320 06/15/23 | Plan and Disclosure Statement S. Lutkus | 2.90 | 3,784.50 | Receipt and review of/revisions to reply in support of confirmation addressing TCO plan objection (.7); multiple e-mail messages to/from G. Steinman re: same (.2); receipt and review of T. Buck declaration in support of confirmation (1.7); e-mail correspondence to G. Steinman re: same (.3). |
| B320 06/15/23 | Plan and Disclosure Statement G. Steinman | 2.60 | 3,042.00 | Revise Buck declaration in support of confirmation (.8); revise reply to plan objection (1); call with D. Azman re same (.3); email correspondence with S. Lutkus re same (.2); call with P. Stovall re voting affidavit (.3). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott Will & Emery**

Volunteer Energy Services, Inc.

Client:        117047
Invoice:       3799552
Invoice Date:  08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320<br>06/16/23 | Plan and Disclosure Statement<br>G. Steinman | 3.00 | 3,510.00 | Revise reply to Plan objection (1.2); revise Buck declaration in support of confirmation (.6); multiple calls and email correspondence with S. Lutkus, P. Stovall, and T. Buck re same (.8); review of witness and exhibit list (.2); call with P. Stovall re same (.2). |
| B320<br>06/16/23 | Plan and Disclosure Statement<br>S. Lutkus | 0.20 | 261.00 | E-mail correspondence from/to G. Steinman re: matters relevant to ongoing revisions to confirmation-related pleadings. |
| B320<br>06/17/23 | Plan and Disclosure Statement<br>G. Steinman | 2.80 | 3,276.00 | Revise Buck declaration in support of confirmation (.8); multiple calls and email correspondence with P. Stovall and T. Buck re same (.5); prepare for confirmation hearing (1.5). |
| B320<br>06/18/23 | Plan and Disclosure Statement<br>G. Steinman | 4.40 | 5,148.00 | Prepare confirmation hearing outline (3); revise proposed confirmation order (1.2); email correspondence with P. Stovall re same (.2). |
| B320<br>06/19/23 | Plan and Disclosure Statement<br>G. Steinman | 2.90 | 3,393.00 | Prepare for and attend confirmation hearing prep call with S. Lutkus, T. Buck, and P. Stovall (1); revise confirmation order and notice of filing same (1); call with TCO re confirmation hearing (.1); prepare for confirmation hearing (.8). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3799552
Invoice Date: 08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 06/19/23 | Plan and Disclosure Statement S. Lutkus | 4.00 | 5,220.00 | Receipt and review of draft confirmation order (2.6); e-mail correspondence to/from P. Stovall re: matters relevant to notice of effective date/notice of entry of confirmation order (.1); receipt and review of draft notice of filing of proposed confirmation order (.2); conference with G. Steinman, P. Stovall and T. Buck re: matters relevant to preparation for confirmation hearing (.7); receipt and review of redline showing revisions to proposed confirmation order (.2); multiple follow-up e-mail messages to/from P. Stovall and G. Steinman in connection with same (.2). |
| B320 06/20/23 | Plan and Disclosure Statement G. Steinman | 1.00 | 1,170.00 | Email correspondence with TCO, P. Stovall, and T. Buck re confirmation hearing (.3); call with S. Lutkus re same (.2); review of lender fee waive letter (.5). |
| B320 06/20/23 | Plan and Disclosure Statement G. Steinman | 2.20 | 2,574.00 | Prepare for confirmation hearing. |
| B320 06/21/23 | Plan and Disclosure Statement S. Lutkus | 1.10 | 1,435.50 | Receipt and initial cursory review of draft plan confirmation hearing outline (.9); telephone conference with G. Steinman re: matters relevant to final accrued fee escrow installment (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



## McDermott Will & Emery

Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3799552
Invoice Date: 08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 06/22/23 | Plan and Disclosure Statement S. Lutkus | 3.20 | 4,176.00 | In-depth review of/revisions to draft confirmation hearing outline (3.1); e-mail correspondence with G. Steinman re: same (.1). |
| B320 06/26/23 | Plan and Disclosure Statement G. Steinman | 1.10 | 1,287.00 | Revise confirmation order (.8); calls and email correspondence with P. Stovall and N. Rowles re same (.3). |
| B320 06/27/23 | Plan and Disclosure Statement G. Steinman | 0.80 | 936.00 | Review of revised confirmation order based on comments from hearing. |

**Total Hours**   **117.60**    **Total For Services**   **$131,359.25**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Azman | 4.60 | 1,305.00 | 6,003.00 |
| C. Greer | 1.80 | 480.00 | 864.00 |
| J. Jumbeck | 16.40 | 995.00 | 16,318.00 |
| S. Lutkus | 28.10 | 1,142.89 | 32,115.25 |
| D. Northrop | 0.50 | 605.00 | 302.50 |
| N. Rowles | 9.70 | 995.00 | 9,651.50 |
| G. Steinman | 56.50 | 1,170.00 | 66,105.00 |
| **Totals** | **117.60** | | **$131,359.25** |

### Task Code Summary

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3799552
Invoice Date: 08/15/2023

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.50 | 302.50 |
| B150 | Mtgs/Communications w/Creditor | 1.80 | 2,349.00 |
| B155 | Court Hearings | 21.10 | 23,781.00 |
| B160 | Fee/Employment Applications | 1.00 | 480.00 |
| B180 | Avoidance Action Analysis | 2.80 | 3,654.00 |
| B195 | Non-Working Travel | 10.50 | 8,472.25 |
| B230 | Financing/Cash Collections | 5.70 | 7,273.50 |
| B310 | Claims Administration & Object | 5.60 | 5,957.00 |
| B320 | Plan and Disclosure Statement | 68.60 | 79,090.00 |
| | | 117.60 | 131,359.25 |

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Invoice: 3799551                                                    08/15/2023
Client: 117047

Volunteer Energy Services, Inc.
790 Windmiller Drive
Pickerington, OH  43147

For Services Rendered in Connection with:

Matter: 0013          Chapter 11 Bankruptcy

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/07/23 | Case Administration G. Steinman | 0.50 | 585.00 | Review of proposed order re waiver of interim fee app (.3); email correspondence with P. Stovall re same (.2). |
| B160 07/13/23 | Fee/Employment Applications J. Bishop Jones | 0.20 | 59.00 | Conference with G. Steinman re preparation of month fee statements and applications. |
| B160 07/17/23 | Fee/Employment Applications J. Bishop Jones | 0.80 | 236.00 | Communications with G. Steinman re MWE monthly fee statements (.2)' prepare same (.6). |
| B160 07/17/23 | Fee/Employment Applications G. Steinman | 0.80 | 936.00 | Revise MWE June fee statement, including exhibits. |



**Volunteer Energy Services, Inc.**

Client:        117047
Invoice:       3799551
Invoice Date:  08/15/2023

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>07/26/23 | Fee/Employment Applications<br>J. Bishop Jones | 0.30 | 88.50 | Communications with A. Jackson re MWE June Monthly Fee Statement. |
| B160<br>07/28/23 | Fee/Employment Applications<br>J. Bishop Jones | 0.50 | 147.50 | Prepare MWE June Monthly Fee Statement. |
| B190<br>07/14/23 | Other Contested Matters<br>G. Steinman | 1.20 | 1,404.00 | Email correspondence with TCO re adversary proceeding and scheduling (.2); review of amended complaint and counterclaim (1). |
| B190<br>07/17/23 | Other Contested Matters<br>G. Steinman | 1.30 | 1,521.00 | Call with C. Wick re amended complaint (.3); review of counterclaim (.8); email correspondence with TCO re scheduling (.2). |
| B190<br>07/18/23 | Other Contested Matters<br>G. Steinman | 2.90 | 3,393.00 | Call with TCO, C. Wick, and P. Stovall re scheduling (.5); debrief call with P. Stovall and C. Wick re same (.8); review of counterclaim (.8); review of previous research re same (.5); email correspondence with P. Stovall and R. Lamkin re same (.3). |



Volunteer Energy Services, Inc.

| | | | | Client: | 117047 |
| | | | | Invoice: | 3799551 |
| | | | | Invoice Date: | 08/15/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>07/19/23 | Other Contested Matters<br>G. Steinman | 0.40 | 468.00 | Email correspondence with TCO re scheduling (.2); email correspondence with N. Rowles re motion to extend (.2). |
| B190<br>07/19/23 | Other Contested Matters<br>N. Rowles | 0.30 | 298.50 | Correspond wtih G. Steinman re: drafting motion to extend answer deadline in adversary proceeding (.1); review counterclaim in adversary proceeding in connection with same (.2). |
| B190<br>07/20/23 | Other Contested Matters<br>G. Steinman | 2.50 | 2,925.00 | Calls with P. Stovall and C. Wick re adversary proceeding (.7); develop strategy re same (.6); email correspondence with TCO re same (.2); revise motion to extend deadline (.8); email correspondence with N. Rowles and P. Stovall re same (.2). |
| B190<br>07/20/23 | Other Contested Matters<br>N. Rowles | 5.20 | 5,174.00 | Draft motion to extend answer deadline in adversary proceeding (3.1); review complaint, answer, counterclaim, and other docket filings in connection with drafting background section re same (.7); review plan provisions related to Liquidating Trustee's role and causes of action being transferred to Liquidating Trust in connection with same (.5); research precedent in S.D. Ohio and other jurisdictions in connection with same (.9). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

| | | Client: | 117047 |
| | | Invoice: | 3799551 |
| | | Invoice Date: | 08/15/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 07/20/23 | Other Contested Matters R. Lamkin | 0.50 | 652.50 | Review Columbia Gas's amended complaint and counterclaims relating to application of collateral. |
| B190 07/21/23 | Other Contested Matters G. Steinman | 1.40 | 1,638.00 | Multiple calls and email correspondence with C. Wick and P. Stovall re TCO adversary (1); review of revised motion to extend time (.4). |
| B190 07/27/23 | Other Contested Matters G. Steinman | 1.00 | 1,170.00 | Calls and email correspondence with P. Stovall re TCO adversary (.5); review of motion for extension of time (.5). |
| B190 07/28/23 | Other Contested Matters N. Rowles | 0.40 | 398.00 | Review P. Stovall revisions to motion to extend answer deadline in TCO adversary proceeding (.3); correspond with P. Stovall re same (.1). |
| B230 07/21/23 | Financing/Cash Collections S. Lutkus | 0.20 | 261.00 | E-mail correspondence from/to T. Buck and G. Steinman re: matters relevant to extension of budget period. |
| B230 07/25/23 | Financing/Cash Collections S. Lutkus | 2.60 | 3,393.00 | Prepare documentation relevant to extension of budget period (1.4); review DIP order and November 30, February 18 and May 26 notices of extension of budget period in connection with same (.7); multiple e-mail messages from/to T. Buck |



**Volunteer Energy Services, Inc.**

Client:          117047
Invoice:        3799551
Invoice Date:  08/15/2023

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.2), then P. Stovall (.1) in connection with same; prepare summary transmission e-mails to PNC/Blank Rome (.1), then Hahn Loeser/Dundon (.1) re: same. |
| B230 07/28/23 | Financing/Cash Collections S. Lutkus | 1.10 | 1,435.50 | E-mail correspondence from committee counsel, then PNC re: sign off on extended budget (.1); e-mail correspondence from/to T. Buck (.1), then P. Stovall (.1) re: matters relevant to finalization/filing of budget extension notice/proposed order; revise proposed notice (.3); e-mail correspondence to/from Blank Rome (.2), then to Hahn Loeser (.1) re: revisions to extension notice; follow up e-mail correspondence with T. Buck and P. Stovall re: matters relevant to finalization/filing of same (.2). |
| B310 07/18/23 | Claims Administration & Object G. Steinman | 0.90 | 1,053.00 | Review and revise omnibus priority claim objection (.7); call with P. Stovall re same (.2). |
| B310 07/25/23 | Claims Administration & Object G. Steinman | 0.50 | 585.00 | Call with P. Stovall re admin claims. |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



**Volunteer Energy Services, Inc.**

| | Client: | 117047 |
| --- | --- | --- |
| | Invoice: | 3799551 |
| | Invoice Date: | 08/15/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B320<br>07/10/23 | Plan and Disclosure Statement<br>N. Rowles | 1.70 | 1,691.50 | Revise proposed confirmation order in accordance with Court's comments (1.6); correspond with G. Steinman and P. Stovall re same (.1). |
| B320<br>07/11/23 | Plan and Disclosure Statement<br>N. Rowles | 0.30 | 298.50 | Revise proposed order confirming plan (.2); correspond with G. Steinman and P. Stovall re same (.1). |
| B320<br>07/11/23 | Plan and Disclosure Statement<br>G. Steinman | 1.50 | 1,755.00 | Review of comments to confirmation order and cross check with plan (1.2); email correspondence with N. Rowles and P. Stovall re same (.3). |
| B320<br>07/12/23 | Plan and Disclosure Statement<br>G. Steinman | 1.80 | 2,106.00 | Review of revised confirmation order (.6); meeting with P. Stovall re same (1); email correspondence with N. Rowles re same (.2). |
| B320<br>07/12/23 | Plan and Disclosure Statement<br>N. Rowles | 2.20 | 2,189.00 | Analyze P. Stovall and G. Steinman comments in response to Court's comments on proposed confirmation order (.9); revise proposed confirmation order in accordance with same (1.1); multiple correspondence with G. Steinman and P. Stovall re same (.2). |



Volunteer Energy Services, Inc.

| | | Client: | 117047 |
| | | Invoice: | 3799551 |
| | | Invoice Date: | 08/15/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320<br>07/13/23 | Plan and Disclosure Statement<br>G. Steinman | 1.90 | 2,223.00 | Calls and email correspondence with P. Stovall and N. Rowles re revised confirmation order (.6); review of same for circulation (1.3). |
| B320<br>07/13/23 | Plan and Disclosure Statement<br>N. Rowles | 0.50 | 497.50 | Make further edits to proposed order confirming chapter 11 plan (.3); correspond with G. Steinman and P. Stovall re same (.2). |
| B320<br>07/14/23 | Plan and Disclosure Statement<br>G. Steinman | 0.50 | 585.00 | Email correspondence with all interested parties, including UST, PNC, and Committee,  re revised confirmation order. |
| B320<br>07/17/23 | Plan and Disclosure Statement<br>G. Steinman | 0.70 | 819.00 | Calls and email correspondence with C. Wick and S. Tarr re confirmation order revisions. |
| B320<br>07/17/23 | Plan and Disclosure Statement<br>N. Rowles | 0.50 | 497.50 | Revise proposed order in accordance with preliminary Committee comments (.3); multiple correspondence with G. Steinman and P. Stovall re same (.2). |
| B320<br>07/24/23 | Plan and Disclosure Statement<br>G. Steinman | 0.90 | 1,053.00 | Email correspondence with P. Stovall re confirmation order (.2); review of final version of same (.7). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott**
**Will & Emery**

Volunteer Energy Services, Inc.

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3799551 |
| Invoice Date: | 08/15/2023 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 07/27/23 | Plan and Disclosure Statement G. Steinman | 0.50 | 585.00 | Email correspondence with P. Stovall and T. Buck re effective date planning and entry of confirmation order. |
| B320 07/27/23 | Plan and Disclosure Statement N. Rowles | 0.20 | 199.00 | Review plan confirmation order. |
| B320 07/28/23 | Plan and Disclosure Statement N. Rowles | 0.30 | 298.50 | Continue review of plan confirmation order (.2); correspond with G. Steinman re outstanding items (.1). |
| B320 07/31/23 | Plan and Disclosure Statement G. Steinman | 0.20 | 234.00 | Email correspondence with Epiq re effective date planning. |

**Total Hours**    **39.20**      **Total For Services**    **$42,853.00**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Bishop Jones | 1.80 | 295.00 | 531.00 |
| R. Lamkin | 0.50 | 1,305.00 | 652.50 |
| S. Lutkus | 3.90 | 1,305.00 | 5,089.50 |
| N. Rowles | 11.60 | 995.00 | 11,542.00 |



Volunteer Energy Services, Inc.

Client: 117047
Invoice: 3799551
Invoice Date: 08/15/2023

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Steinman | 21.40 | 1,170.00 | 25,038.00 |
| **Totals** | **39.20** | | **$42,853.00** |

### Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 0.50 | 585.00 |
| B160 | Fee/Employment Applications | 2.60 | 1,467.00 |
| B190 | Other Contested Matters | 17.10 | 19,042.00 |
| B230 | Financing/Cash Collections | 3.90 | 5,089.50 |
| B310 | Claims Administration & Object | 1.40 | 1,638.00 |
| B320 | Plan and Disclosure Statement | 13.70 | 15,031.50 |
| | | 39.20 | 42,853.00 |

**Total This Invoice** $42,853.00

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Invoice: 3808463                                              09/28/2023
Client: 117047

Volunteer Energy Services, Inc.
790 Windmiller Drive
Pickerington, OH  43147

For Services Rendered in Connection with:

Matter: 0013          Chapter 11 Bankruptcy

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 08/02/23 | Court Hearings N. Rowles | 0.60 | 597.00 | Correspond with G. Steinman re appearances at August 7 hearing (.2); correspond with Courtcall re same (.4). |
| B155 08/07/23 | Court Hearings G. Steinman | 0.50 | 585.00 | Pre-hearing call with P. Stovall (.2); attend omnibus hearing (.3). |
| B160 08/18/23 | Fee/Employment Applications J. Bishop Jones | 0.50 | 147.50 | Prepare MWE June Monthly Fee Statement. |
| B190 08/16/23 | Other Contested Matters R. Lamkin | 1.40 | 1,827.00 | VESI transition call; prepare for same. |



**McDermott
Will & Emery**

Volunteer Energy Services, Inc.

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3808463 |
| Invoice Date: | 09/28/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>08/03/23 | Financing/Cash Collections<br>S. Lutkus | 0.20 | 261.00 | Receipt and review of draft certificate of no objection in connection with notice of extension of budget period (.1); e-mail correspondence with P. Stovall re: same (.1). |
| B310<br>08/14/23 | Claims Administration &<br>Object<br>G. Steinman | 0.60 | 702.00 | Review of draft Buhl claim objection and order. |
| B320<br>08/01/23 | Plan and Disclosure Statement<br>N. Rowles | 0.40 | 398.00 | Correspond with G. Steinman, T. Buck, P. Stovall, and Epiq re notice of effective date (.2); correspond with G. Steinman and VESI management re: August 7 omnibus hearing (.2). |
| B320<br>08/02/23 | Plan and Disclosure Statement<br>N. Rowles | 0.30 | 298.50 | Participate in teleconference with Epiq team, G. Steinman, P. Stovall, and T. Buck re effective date of Plan. |
| B320<br>08/02/23 | Plan and Disclosure Statement<br>G. Steinman | 0.40 | 468.00 | Prepare for and attend call with P. Stovall, N. Rowles, T. Buck, and Stretto re effective date planning. |
| B320<br>08/07/23 | Plan and Disclosure Statement<br>G. Steinman | 0.80 | 936.00 | Prepare for and attend liquidating trustee transition call. |


## McDermott
## Will & Emery

Volunteer Energy Services, Inc.

| | |
|---|---|
| Client: | 117047 |
| Invoice: | 3808463 |
| Invoice Date: | 09/28/2023 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320<br>08/12/23 | Plan and Disclosure Statement<br>N. Rowles | 0.30 | 298.50 | Revise notice of effective date and email P. Stovall re same. |
| B320<br>08/13/23 | Plan and Disclosure Statement<br>N. Rowles | 0.20 | 199.00 | Correspond with P. Stovall re revised notice of effective date and quote for serving same from Epiq. |
| B320<br>08/15/23 | Plan and Disclosure Statement<br>G. Steinman | 0.60 | 702.00 | Review of notice of effective date (.2); email correspondence with N. Rowles re same (.2); email correspondence with T. Buck re transition issues (.2). |
| B320<br>08/15/23 | Plan and Disclosure Statement<br>N. Rowles | 0.40 | 398.00 | Multiple correspondence with G. Steinman re notice of effective date (.1); correspond with P. Stovall re same (.1); multiple correspondence with Epiq re same (.2). |
| B320<br>08/16/23 | Plan and Disclosure Statement<br>G. Steinman | 1.30 | 1,521.00 | Prepare for and attend trustee transition call (1); pre-call with R. Lamkin re pending energy matters (.3). |

| | Total Hours | 8.50 | Total For Services | $9,338.50 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Bishop Jones | 0.50 | 295.00 | 147.50 |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Volunteer Energy Services, Inc.

| | Client: | 117047 |
|---|---|---|
| | Invoice: | 3808463 |
| | Invoice Date: | 09/28/2023 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Lamkin | 1.40 | 1,305.00 | 1,827.00 |
| S. Lutkus | 0.20 | 1,305.00 | 261.00 |
| N. Rowles | 2.20 | 995.00 | 2,189.00 |
| G. Steinman | 4.20 | 1,170.00 | 4,914.00 |
| **Totals** | **8.50** | | **$9,338.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B155 | Court Hearings | 1.10 | 1,182.00 |
| B160 | Fee/Employment Applications | 0.50 | 147.50 |
| B190 | Other Contested Matters | 1.40 | 1,827.00 |
| B230 | Financing/Cash Collections | 0.20 | 261.00 |
| B310 | Claims Administration & Object | 0.60 | 702.00 |
| B320 | Plan and Disclosure Statement | 4.70 | 5,219.00 |
| | | 8.50 | 9,338.50 |

**<u>Exhibit D</u>**

**Summary of Expenses Incurred by MWE**

**EXPENSES SUMMARY**
**MARCH 1, 2023 THROUGH AUGUST 17, 2023**

| EXPENSES | FOURTH INTERIM PERIOD AMOUNTS |
|---|---|
| Business Meals | $120.22 |
| Computer Assisted | $0.00 |
| Court Fees | $300.75 |
| Document Retrieval | $0.00 |
| Document Services | $0.00 |
| Express Mail | $0.00 |
| Miscellaneous/Telephonic Appearances | $33.00 |
| Transportation/Parking | $355.87 |
| Travel Expenses | $2,967.12 |
| TOTAL: | $3,776.96 |