**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: December 6, 2023**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-50804 |
| VOLUNTEER ENERGY SERVICES, INC., | ) | |
| | ) | Judge C. Kathryn Preston |
| Debtor[1]. | ) | |
| | ) | |

**ORDER APPROVING FOURTH INTERIM AND FINAL FEE APPLICATION OF HAHN LOESER & PARKS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE INTERIM PERIOD FROM JANUARY 1, 2023 THROUGH AND INCLUDING AUGUST 17, 2023 AND THE FINAL APPLICATION PERIOD FROM APRIL 5, 2022 THROUGH AND INCLUDING AUGUST 17, 2023
(Related to Doc . 956)**

This matter came before the Court upon the Fourth Interim and Final Fee Application [Doc. 956] (the "*Application*") of Hahn Loeser & Parks LLP ("*Hahn Loeser*"), counsel to the Official

---

[1] The last four digits of the Debtor's federal tax identification are (2693), and the address of the Debtor's corporate headquarters was 790 Windmiller Drive, Pickerington, Ohio 43147.

15048623.v1

Committee of Unsecured Creditors of Volunteer Energy Services, Inc. (the "**_Committee_**") in the above-captioned chapter 11 case, for Allowance of Compensation and Reimbursement of Expenses Incurred for (I) interim period from January 1, 2023 through August 17, 2023 (the "**_Fourth Interim Period_**") and (II) the final period from April 5, 2022 through August 17, 2023 (the "**_Final Fee Period_**")[2] entry of an order (the "**_Order_**") (a) allowing interim compensation to Hahn Loeser for professional services rendered during the Fourth Interim Period; (b) approving and authorizing the reimbursement of actual and necessary expenses incurred during the Fourth Interim Period; (c) on a final basis, allowing compensation to Hahn Loeser for professional fees rendered for the Final Fee Period; (d) on a final basis, approving the reimbursement to Hahn Loeser of actual and necessary expenses incurred during the Final Fee Period; (e) authorizing the payment to Hahn Loeser of all fees and expenses allowed and approved on a final basis, to the extent not already paid; and (f) granting related relief, all as more particularly set forth in the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S. C, § 157(b)(2); and venue of this proceeding and the Application in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the applicable requirements imposed under the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Complex Chapter 11 Procedures, and the prior orders of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonably and necessary; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice is necessary; it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1.  The Application is approved as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

15048623.v1

2. Hahn Loeser is allowed compensation for services rendered to the Committee during the Fourth Interim Period in the amount of $64,313.50, and reimbursement to Hahn Loeser for actual and necessary expenses incurred during the Fourth Interim Period in the amount of $88.50 is hereby approved.

3. The amounts of compensation allowed to Hahn Loeser by the orders entered for the First Interim Application, the Second Interim Application, the Third Interim Application, and in paragraph 2 of this Order, in the cumulative amount of $349,816.00 are hereby allowed and awarded to Hahn Loeser on a final basis, for services rendered to the Committee during the Final Fee Period.

4. The amounts of expenses approved for reimbursement to Hahn Loeser by the orders entered for the First Interim Application, the Second Interim Application, the Third Interim Application, and in paragraph 2 of this Order, in the cumulative amount of $1,123.39, are hereby allowed and approved for reimbursement to Hahn Loeser on a final basis, as actual and necessary expenses incurred during the Final Fee Period.

5. The liquidating trustee, John B. Pidcock, is authorized and directed to pay to Hahn Loeser all fees and expenses allowed and approved by this Order on a final basis, to the extent not already paid.

6. Hahn Loeser is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. Epiq shall serve a copy of this Order on the parties that were served with the Application and shall file a certificate of service confirming compliance with this requirement.

15048623.v1

      8.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Copies to:  Default List

15048623.v1