**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: January 9, 2024**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| | | Case No. 22-50804 |
| VOLUNTEER ENERGY SERVICES, INC., | | Judge Nami Khorrami |
| Debtor.[1] | | |

**ORDER GRANTING EMERGENCY MOTION OF THE LIQUIDATING TRUSTEE
FOR ENTRY OF A BRIDGE ORDER AND FINAL ORDER EXTENDING
THE CLAIMS OBJECTION BAR DATE
[Related to Doc. 1010]**

Upon consideration of *Emergency Motion of the Liquidating Trustee for Entry of a Bridge Order and Final Order Extending the Claims Objection Bar Date* [Docket No. 1010] (the

---

[1] The last four digits of the Debtor's federal tax identification are (2693). As of the Petition Date, the Debtor's corporate headquarters was located at 790 Windmiller Drive, Pickerington, Ohio 43147.

15269741.1

"**Motion**")[2] John B. Pidcock, solely in his capacity as the liquidating trustee (the "**Liquidating Trustee**") of the above-captioned debtor, Volunteer Energy Services, Inc. ("**VESI**" or the "**Debtor**"), under the confirmed *Third Amended Chapter 11 Plan of Liquidation of Volunteer Energy Services, Inc.* [Doc. 655] (the "**Plan**"); and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *General Order 30-4* from the United States Bankruptcy Court for the Southern District of Ohio, dated February 24, 2021; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9006, the Claims Objection Bar Date is extended through and including February 13, 2024.

3. This Order shall be without prejudice to the rights of the Liquidating Trustee to seek further extensions of the Claims Objection Bar Date.

4. Any response to the Motion not otherwise withdrawn, resolved or adjourned is hereby overruled on its merits.

5. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

15269741.1

APPROVED AND SUBMITTED BY:

*/s/ Christopher B. Wick*
Christopher B. Wick (0073126)
**Hahn Loeser & Parks LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 621-0150
Facsimile:  (216) 241-2824
Email:  cwick@hahnlaw.com

*Counsel to the Liquidating Trustee*


Copies to:  Default List

15269741.1