# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

<EASTERN DIVISION>

In re: VOLUNTEER ENERGY SERVICES, INC.　§　　Case No. 22-50804
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　Debtor(s)　　　　　　　§　　☐ Jointly Administered

## Post-confirmation Report　　　　　　　　　　　　　　　　　　　　Chapter 11

Quarter Ending Date: 12/31/2023　　　　　　　　　　Petition Date: 03/25/2022

Plan Confirmed Date: 07/27/2023　　　　　　　　　　Plan Effective Date: 08/17/2023

This Post-confirmation Report relates to:　◯ Reorganized Debtor
　　　　　　　　　　　　　　　　　　　　⦿ Other Authorized Party or Entity: LIQUIDATING TRUST
　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ John Pidcock　　　　　　　　　　　　　　　John Pidcock
Signature of Responsible Party　　　　　　　　Printed Name of Responsible Party

01/18/2024　　　　　　　　　　　　　　　　　　OXFORD RESTRUCTURING ADVISORS
Date　　　　　　　　　　　　　　　　　　　　　16781 Chagrin Blvd. Suite 503
　　　　　　　　　　　　　　　　　　　　　　　Shaker Heights, OH 44120
　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.  Case No. 22-50804

**Part 1: Summary of Post-confirmation Transfers**

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $430,494 | $540,614 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $430,494 | $540,614 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $643,689 | $7,325,718 | $409,958 | $7,325,718 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | McDermott Will & Emery LLP | Lead Counsel | $224,553 | $2,358,166 | $224,553 | $2,358,166 |
| ii | Isaac Wiles & Burkholder | Local Counsel | $25,933 | $555,640 | $25,933 | $555,640 |
| iii | B Riley Advisory Services | Financial Professional | $75,639 | $1,411,846 | $75,639 | $1,411,846 |
| iv | Epiq Corporate Restructuring, L | Other | $271,654 | $2,488,582 | $20,245 | $2,488,582 |
| v | Hahn Loeser & Parks LLP | Other | $33,789 | $350,939 | $36,844 | $350,939 |
| vi | Dundon Advisors LLC | Other | $12,121 | $160,545 | $26,744 | $160,545 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.    Case No. 22-50804

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

UST Form 11-PCR (12/01/2021)        3

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.                                    Case No. 22-50804

|         |   |   |   |   |   |   |
|---------|---|---|---|---|---|---|
| lxxii   |   |   |   |   |   |   |
| lxxiii  |   |   |   |   |   |   |
| lxxiv   |   |   |   |   |   |   |
| lxxv    |   |   |   |   |   |   |
| lxxvi   |   |   |   |   |   |   |
| lxxvii  |   |   |   |   |   |   |
| lxxviii |   |   |   |   |   |   |
| lxxix   |   |   |   |   |   |   |
| lxxx    |   |   |   |   |   |   |
| lxxxi   |   |   |   |   |   |   |
| lxxxii  |   |   |   |   |   |   |
| lxxxiii |   |   |   |   |   |   |
| lxxxiv  |   |   |   |   |   |   |
| lxxxv   |   |   |   |   |   |   |
| lxxxvi  |   |   |   |   |   |   |
| lxxxvi  |   |   |   |   |   |   |
| lxxxvi  |   |   |   |   |   |   |
| lxxxix  |   |   |   |   |   |   |
| xc      |   |   |   |   |   |   |
| xci     |   |   |   |   |   |   |
| xcii    |   |   |   |   |   |   |
| xciii   |   |   |   |   |   |   |
| xciv    |   |   |   |   |   |   |
| xcv     |   |   |   |   |   |   |
| xcvi    |   |   |   |   |   |   |
| xcvii   |   |   |   |   |   |   |
| xcviii  |   |   |   |   |   |   |
| xcix    |   |   |   |   |   |   |
| c       |   |   |   |   |   |   |
| ci      |   |   |   |   |   |   |

|    |    |    |    | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|----|----|----|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $21,095 | $0 | $21,095 |
|    | *Itemized Breakdown by Firm* | | | | | | |
|    |    | Firm Name | Role | | | | |
|    | i  | Boehm, Kurtz & Lowry | Special Counsel | $0 | $11,147 | $0 | $11,147 |
|    | ii | McNees, Wallace & Nurick LL | Special Counsel | $0 | $4,070 | $0 | $4,070 |
|    | iii| Clark Schaefer Hackett | Special Counsel | $0 | $5,878 | $0 | $5,878 |
|    | iv |    |    |   |   |   |   |
|    | v  |    |    |   |   |   |   |
|    | vi |    |    |   |   |   |   |

UST Form 11-PCR (12/01/2021)                                    4

Debtor's Name VOLUNTEER ENERGY SERVICES, INC. Case No. 22-50804

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)    5

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.  Case No. 22-50804

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.  Case No. 22-50804

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $6,750,002 | $0 | $6,692,269 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $500,000 | $409,958 | $439,958 | $439,958 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ○   No ●
  If yes, give date Final Decree was entered: _____
  If no, give date when the application for Final Decree is anticipated: 09/30/2024
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.                                                                 Case No. 22-50804

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ John Pidcock                                                                                John Pidcock
Signature of Responsible Party                                                      Printed Name of Responsible Party

Liquidating Trustee                                                                           01/18/2024
Title                                                                                                      Date

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.                              Case No. 22-50804



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name VOLUNTEER ENERGY SERVICES, INC.                    Case No. 22-50804



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page