# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| VOLUNTEER ENERGY SERVICES, INC., | Case No. 22-50804 |
| | Judge Nami Khorrami |
| Debtor. | |
| | Hearing: May 29, 2025 at 10:00 a.m. |
| | Objection Deadline: March 26, 2025 |

## NOTICE OF HEARING ON JOINT MOTION OF LIQUIDATING TRUSTEE AND CURNUTTE-RELATED PARTIES FOR ENTRY OF A STIPULATED PROTECTIVE ORDER
## (RELATED TO DOC. 1154)

**Subject of Hearing Notice:** This notice ("**Notice**") pertains to the *Joint Motion of Liquidating Trustee and Curnutte-Related Parties for Entry of a Stipulated Protective Order* [Doc. 1154] (the "**Motion**"), filed on March 5, 2025 by John B. Pidcock, solely in his capacity as the liquidating trustee (the "**Liquidating Trustee**") of the above-captioned debtor, Voluntary Energy Services, Inc.

**Hearing Date, Time and Location:** A hearing on the Motion will be held before the Honorable C. Mina Nami Khorrami, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, Courtroom A, 5th Floor, 170 North High Street, Columbus, Ohio 43215, on **May 29, 2025 at 10:00 a.m.** Eastern Time (the "**Hearing**")

**Objections, Responses and Replies:** The deadline to object or respond to the Motion is **March 26, 2025** (the "**Objection Deadline**"). Any reply to an objection or response shall be filed by **May 26, 2025**. Any responses or objections to the relief requested in the Motion must:

    (a) be in writing;

    (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Ohio, *General Order 30-7* from the United States

18477139.1

|  |  |
|---|---|
|  | Bankruptcy Court for the Southern District of Ohio, dated January 29, 2024 (the "**General Order**") |
|  | (c) be filed electronically with the Court on the docket of *In re Volunteer Energy Services, Inc.,* Case No. 22-50804, by registered users of the Court's electronic filing system and in accordance with the General Order (which is available on the Court's website at http://www.ohsb.uscourts.gov); *provided, however,* that any party properly acting *pro se* may file an objection or response by delivering, by mail or otherwise, a copy of the written objection or response to the Clerk of the U.S. Bankruptcy Court for the Southern District of Ohio, 170 N. High Street, Columbus, Ohio 43215. The Clerk **must receive** such objection or response prior to the Objection Deadline; and |
|  | (d) be served upon: |
|  | (i) the entities on the Master Service List available on the Debtor's case website at https://dm.epiq11.com/volunteerenergy; and |
|  | (ii) any person or entity with a particularized interest in the subject matter of the Motion. |
|  | **Any party that files an objection or response to the Motion must also appear at the Hearing to prosecute such objection or response.** |
| **If No Objections are Filed:** | If no objections are timely filed and served with respect to the Motion, the Court may enter an order granting the relief requested in the Motion without further notice or opportunity to be heard. |
| **Continuances and Adjournments:** | The hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the hearing. The Liquidating Trustee will file an agenda before the hearing, which may modify or supplement the Motion to be heard at the hearing. |
| **Copy of the Motion:** | A copy of the Motion and other documents filed in the above-captioned chapter 11 case may be obtained free of charge by (a) visiting the Debtor's case website maintained by Epiq Corporate Restructuring LLC ("**Epiq**"), at |

18477139.1

https://dm.epiq11.com/volunteerenergy; (b) contacting Epiq directly via its dedicated toll-free hotline at (855) 604-1885 or, for international callers, at +1 (503) 597-5544, Monday through Friday between 9:00 a.m. and 9:00 p.m. Eastern Time; or (c) contacting Epiq via e-mail volunteerenergyinfo@epiqglobal.com.

Dated: March 5, 2025

Respectfully submitted,

*/s/ Christopher B. Wick*
Christopher B. Wick (0073126)
Daniel A. DeMarco (0038920)
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Email: cwick@hahnlaw.com
dademarco@hahnlaw.com

*Counsel to John B. Pidcock, Trustee of the Volunteer Energy Liquidating Trust*

18477139.1